# EXHIBIT 1-A

THE WAVE STUDIO, LLC
COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1-432-324

**EFFECTIVE DATE OF REGISTRATION**

12   28   2010
Month   Day   Year

TE CONTINUATION SHEET.

---

**1**

**Title of This Work ▼**
Wave-s Photographs 2001

**NATURE OF THIS WORK ▼ See Instructions**
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 67 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼        Issue Date ▼       On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**

**a** Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of
☐ Domiciled in   Singapore

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of
☐ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
2001
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month  Mar. 26 – Sep. 17  Day   Year 2001
Nation  Singapore

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S,
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-28-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 10 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes *IN SIEDE / 8** 1-53977692*

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                        Account Number ▼

Jennison & Shultz, P.C.                       080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number ( 703 ) 415-1640         Fax number ( 703 ) 415-0788

Email  John@JennisonLaw com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  WAVE-S
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                     Date  28 December 2010

Handwritten signature (X) ▼
X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 324

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month) _12_ (Day) _28_ (Year) _2010_

CONTINUATION SHEET RECEIVED

Page _3_ of _10_ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

IDENTIFICATION OF AUTHOR AND CLAIMANT: Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author       WAVE-S

Name of Copyright Claimant       WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B

**Registration for Group of Published Photographs**

COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS: To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | Title of Photograph | phuket001 | | |
|---|---|---|---|---|
| | Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | Title of Photograph | phuket002 | | |
|---|---|---|---|---|
| | Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | Title of Photograph | phuket003 | | |
|---|---|---|---|---|
| | Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | Title of Photograph | phuket004 | | |
|---|---|---|---|---|
| | Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | Title of Photograph | phuket005 | | |
|---|---|---|---|---|
| | Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

**B**

Title of Photograph __phuket005__
Date of First Publication __26__ __March__ __2001__   Nation of First Publication __Singapore__
Description of Photograph __

Title of Photograph __phuket007__
Date of First Publication __26__ __March__ __2001__   Nation of First Publication __Singapore__
Description of Photograph __

Title of Photograph __phuket008__
Date of First Publication __26__ __March__ __2001__   Nation of First Publication __Singapore__
Description of Photograph __

Title of Photograph __phuket009__
Date of First Publication __26__ __March__ __2001__   Nation of First Publication __Singapore__
Description of Photograph __

Title of Photograph __phuket010__
Date of First Publication __26__ __March__ __2001__   Nation of First Publication __Singapore__
Description of Photograph __

Title of Photograph __phuket011__
Date of First Publication __26__ __March__ __2001__   Nation of First Publication __Singapore__
Description of Photograph __

Title of Photograph __phuket012__
Date of First Publication __26__ __March__ __2001__   Nation of First Publication __Singapore__
Description of Photograph __

Title of Photograph __phuket013__
Date of First Publication __26__ __March__ __2001__   Nation of First Publication __Singapore__
Description of Photograph __

Title of Photograph __phuket014__
Date of First Publication __26__ __March__ __2001__   Nation of First Publication __Singapore__
Description of Photograph __

Title of Photograph __phuket015__
Date of First Publication __26__ __March__ __2001__   Nation of First Publication __Singapore__
Description of Photograph __

**C**

Name ▼
Dunlson & Shutz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| | Title of Photograph | phuket016 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | phuket017 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | phuket018 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | phuket019 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | phuket020 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | phuket021 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | phuket022 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | phuket023 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | phuket024 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | phuket025 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee to check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | phuket026 | |
| Date of First Publication | 26 (Month)  March (Day)  2001 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket027 | |
| Date of First Publication | 26 (Month)  March (Day)  2001 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket028 | |
| Date of First Publication | 26 (Month)  March (Day)  2001 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket029 | |
| Date of First Publication | 26 (Month)  March (Day)  2001 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket030 | |
| Date of First Publication | 26 (Month)  March (Day)  2001 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket031 | |
| Date of First Publication | 26 (Month)  March (Day)  2001 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket032 | |
| Date of First Publication | 26 (Month)  March (Day)  2001 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket033 | |
| Date of First Publication | 26 (Month)  March (Day)  2001 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket034 | |
| Date of First Publication | 26 (Month)  March (Day)  2001 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket035 | |
| Date of First Publication | 26 (Month)  March (Day)  2001 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**
Registration for Group of Published Photographs (continued)

| Number | | | |
|---|---|---|---|
| | Title of Photograph | phuket036 | |
| | Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| | | (Month) (Day) (Year) | |
| | Description of Photograph | (Optional) | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | phuket037 | |
| | Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| | | (Month) (Day) (Year) | |
| | Description of Photograph | (Optional) | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | phuket038 | |
| | Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| | | (Month) (Day) (Year) | |
| | Description of Photograph | (Optional) | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | phuket039 | |
| | Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| | | (Month) (Day) (Year) | |
| | Description of Photograph | (Optional) | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | phuket040 | |
| | Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| | | (Month) (Day) (Year) | |
| | Description of Photograph | (Optional) | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | phuket041 | |
| | Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| | | (Month) (Day) (Year) | |
| | Description of Photograph | (Optional) | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | lalu001 | |
| | Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | | (Month) (Day) (Year) | |
| | Description of Photograph | (Optional) | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | lalu002 | |
| | Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | | (Month) (Day) (Year) | |
| | Description of Photograph | (Optional) | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | lalu003 | |
| | Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | | (Month) (Day) (Year) | |
| | Description of Photograph | (Optional) | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | lalu004 | |
| | Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | | (Month) (Day) (Year) | |
| | Description of Photograph | (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph: lalu005
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: lalu006
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: lalu007
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: lalu008
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: lalu009
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: lalu010
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: lalu011
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: lalu012
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: lalu013
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: lalu014
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph: _____

**C**

Name: Banakas & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip: Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | lalu015 | | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | lalu016 | | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | lalu017 | | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | lalu018 | | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | lalu019 | | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | lalu020 | | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | lalu021 | | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | lalu022 | | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | lalu023 | | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | lalu024 | | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

| | |
|--|--|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
For Group of
Published
Photographs
(continued)

| | |
|---|---|
| Number | |
| Title of Photograph | lalu025 |
| Date of First Publication | 17 September 2001 (Month) (Day) (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | lalu026 |
| Date of First Publication | 17 September 2001 (Month) (Day) (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year) Nation of First Publication |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year) Nation of First Publication |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year) Nation of First Publication |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year) Nation of First Publication |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year) Nation of First Publication |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year) Nation of First Publication |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year) Nation of First Publication |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year) Nation of First Publication |
| Description of Photograph (Optional) | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1-432-325**

EFFECTIVE DATE OF REGISTRATION

12 / 28 / 2010
Month / Day / Year

---

**1**

**Title of This Work ▼**
Wave-s Photographs 2002

**NATURE OF THIS WORK ▼** See Instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 183 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**  **NAME OF AUTHOR ▼**
Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☑ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

---

**3**

**a**  **Year in Which Creation of This Work Was Completed**
2002
Year  in all cases.
This information must be given

**b**  **Date and Nation of First Publication of This Particular Work**
Complete this information   Month  July 20   Day  Dec. 2   Year  2002
ONLY if this work
has been published.     Singapore     Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WAVE-S;
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-28-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 21

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
   Yes *(IN Sebel/ SR# 1-541040013*

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

**7**

Jennison & Shultz, P.C.                                   080519

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

b

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number   (703) 415-1640          Fax number   ( 703 )415-0788

Email   John@JennisonLaw.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

**8**

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _____ **WAVE-S**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                               Date   28 December 2010

Handwritten signature (X) ▼

X

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

**9**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 325



*USE ONLY WITH FORM VA*

EFFECTIVE DATE OF REGISTRATION

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

(Month) *12*   (Day) *28*   (Year) *2010*

CONTINUATION SHEET RECEIVED

Page *3* of *21* pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ WAVE-S

Name of Copyright Claimant ___ WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B

*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | Title of Photograph | lalu027 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | lalu028 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | lalu029 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | lalu030 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | lalu031 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu032 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu033 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu034 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu035 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu036 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu037 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu038 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu039 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu040 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu041 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jenkens & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu042 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu043 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu044 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu045 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu046 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu047 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu048 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu049 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu050 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu051 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**B**

Title of Photograph — lulu052
Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu053
Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu054
Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu055
Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu056
Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu057
Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu058
Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu059
Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu060
Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu061
Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore
Description of Photograph —

**C**

Name ▼
Jacobson & Shults, PC

Number / Street / Apt ▼
2601 Jefferson Davis Hwy.; Suite 1103

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Related Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu062 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu063 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu064 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu065 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu066 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu067 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu068 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu069 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu070 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu071 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Application
for Form of
Published
Photographs
Continuing

Title of Photograph __lalu072__

Date of First Publication __20__ __July__ __2002__   Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu073__

Date of First Publication __20__ __July__ __2002__   Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu074__

Date of First Publication __20__ __July__ __2002__   Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu075__

Date of First Publication __20__ __July__ __2002__   Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu076__

Date of First Publication __20__ __July__ __2002__   Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu077__

Date of First Publication __20__ __July__ __2002__   Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu078__

Date of First Publication __20__ __July__ __2002__   Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu079__

Date of First Publication __20__ __July__ __2002__   Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu080__

Date of First Publication __20__ __July__ __2002__   Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu081__

Date of First Publication __20__ __July__ __2002__   Nation of First Publication __Singapore__

Description of Photograph _____

---

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Ivanchen & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Number | |
| Title of Photograph | lalu082 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | lalu083 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | lalu084 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | lalu085 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | lalu086 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | lalu087 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | lalu088 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | lalu089 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | lalu090 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | lalu091 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu092 | | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | | | |

Number

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu093 | | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | | | |

Number

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu094 | | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | | | |

Number

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu095 | | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | | | |

Number

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu096 | | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | | | |

Number

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu097 | | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | | | |

Number

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu098 | | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | | | |

Number

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu099 | | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | | | |

Number

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu100 | | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | | | |

Number

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu101 | | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | | | |

**C**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for the Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | lalu102 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu103 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu104 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu105 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu106 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu107 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu108 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu109 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu110 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu111 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jenkins & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Application for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu112 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu113 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu114 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu115 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu116 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu117 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu118 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu119 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu120 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu121 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| **Number** | |

Title of Photograph ___ lalu122 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional) _____

Title of Photograph ___ lalu123 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional) _____

Title of Photograph ___ lalu124 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional) _____

Title of Photograph ___ lalu125 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional) _____

Title of Photograph ___ lalu126 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional) _____

Title of Photograph ___ lalu127 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional) _____

Title of Photograph ___ lalu128 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional) _____

Title of Photograph ___ lalu129 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional) _____

Title of Photograph ___ lalu130 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional) _____

Title of Photograph ___ lalu131 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional) _____

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | lalu132 |

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph (Optional)

| | |
|---|---|
| Title of Photograph | lalu133 |

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph (Optional)

| | |
|---|---|
| Title of Photograph | lalu134 |

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph (Optional)

| | |
|---|---|
| Title of Photograph | lalu135 |

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph (Optional)

| | |
|---|---|
| Title of Photograph | lalu136 |

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph (Optional)

| | |
|---|---|
| Title of Photograph | lalu137 |

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph (Optional)

| | |
|---|---|
| Title of Photograph | lalu138 |

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph (Optional)

| | |
|---|---|
| Title of Photograph | lalu139 |

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph (Optional)

| | |
|---|---|
| Title of Photograph | lalu140 |

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph (Optional)

| | |
|---|---|
| Title of Photograph | lalu141 |

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu142 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication __ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu143 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication __ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu144 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication __ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu145 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication __ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu146 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication __ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu147 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication __ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu148 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication __ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu149 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication __ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu150 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication __ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu151 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication __ Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph __lalu152__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)   Nation of First Publication __Singapore__
Description of Photograph (Optional)

Title of Photograph __lalu153__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)   Nation of First Publication __Singapore__
Description of Photograph (Optional)

Title of Photograph __lalu154__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)   Nation of First Publication __Singapore__
Description of Photograph (Optional)

Title of Photograph __lalu155__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)   Nation of First Publication __Singapore__
Description of Photograph (Optional)

Title of Photograph __lalu156__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)   Nation of First Publication __Singapore__
Description of Photograph (Optional)

Title of Photograph __lalu157__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)   Nation of First Publication __Singapore__
Description of Photograph (Optional)

Title of Photograph __lalu158__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)   Nation of First Publication __Singapore__
Description of Photograph (Optional)

Title of Photograph __muscat001__
Date of First Publication __16__ (Month) __July__ (Day) __2002__ (Year)   Nation of First Publication __Singapore__
Description of Photograph (Optional)

Title of Photograph __muscat002__
Date of First Publication __16__ (Month) __July__ (Day) __2002__ (Year)   Nation of First Publication __Singapore__
Description of Photograph (Optional)

Title of Photograph __muscat003__
Date of First Publication __16__ (Month) __July__ (Day) __2002__ (Year)   Nation of First Publication __Singapore__
Description of Photograph (Optional)

Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
__Jennison & Shultz, PC__

Number / Street / Apt ▼
__2001 Jefferson Davis Hwy., Suite 1102__

City / State / Zip ▼
__Arlington, VA 22202-3604__

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| Title of Photograph | muscat004 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat005 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat006 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat007 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat008 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat009 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat010 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat011 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat012 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat013 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph  muscat014

Date of First Publication  16        July        2002        Nation of First Publication  Singapore
                          (Month)     (Day)       (Year)

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat015

Date of First Publication  16        July        2002        Nation of First Publication  Singapore
                          (Month)     (Day)       (Year)

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat016

Date of First Publication  16        July        2002        Nation of First Publication  Singapore
                          (Month)     (Day)       (Year)

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat017

Date of First Publication  16        July        2002        Nation of First Publication  Singapore
                          (Month)     (Day)       (Year)

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat018

Date of First Publication  16        July        2002        Nation of First Publication  Singapore
                          (Month)     (Day)       (Year)

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat019

Date of First Publication  16        July        2002        Nation of First Publication  Singapore
                          (Month)     (Day)       (Year)

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat020

Date of First Publication  16        July        2002        Nation of First Publication  Singapore
                          (Month)     (Day)       (Year)

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat021

Date of First Publication  16        July        2002        Nation of First Publication  Singapore
                          (Month)     (Day)       (Year)

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat022

Date of First Publication  16        July        2002        Nation of First Publication  Singapore
                          (Month)     (Day)       (Year)

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat023

Date of First Publication  16        July        2002        Nation of First Publication  Singapore
                          (Month)     (Day)       (Year)

Description of Photograph  (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat024 | |
| Date of First Publication | 16 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat025 | |
| Date of First Publication | 16 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat026 | |
| Date of First Publication | 16 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat027 | |
| Date of First Publication | 16 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat028 | |
| Date of First Publication | 16 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat029 | |
| Date of First Publication | 16 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legianclub001 | |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legianclub002 | |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legianclub003 | |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legianclub004 | |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000