# EXHIBIT 1-B

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legianclub005 | | | | |
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legianclub006 | | | | |
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legianclub007 | | | | |
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legianclub008 | | | | |
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legianclub009 | | | | |
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legianclub010 | | | | |
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legianclub011 | | | | |
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legianclub012 | | | | |
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legianclub013 | | | | |
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legianclub014 | | | | |
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph  legianclub015
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
*(Month)*  *(Day)*  *(Year)*
Description of Photograph  *(Optional)*

Number

Title of Photograph  legian001
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
*(Month)*  *(Day)*  *(Year)*
Description of Photograph  *(Optional)*

Number

Title of Photograph  legian002
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
*(Month)*  *(Day)*  *(Year)*
Description of Photograph  *(Optional)*

Number

Title of Photograph  legian003
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
*(Month)*  *(Day)*  *(Year)*
Description of Photograph  *(Optional)*

Number

Title of Photograph  legian004
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
*(Month)*  *(Day)*  *(Year)*
Description of Photograph  *(Optional)*

Number

Title of Photograph  legian005
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
*(Month)*  *(Day)*  *(Year)*
Description of Photograph  *(Optional)*

Number

Title of Photograph  legian006
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
*(Month)*  *(Day)*  *(Year)*
Description of Photograph  *(Optional)*

Number

Title of Photograph  phuket042
Date of First Publication  2  December  2002  Nation of First Publication  Singapore
*(Month)*  *(Day)*  *(Year)*
Description of Photograph  *(Optional)*

Number

Title of Photograph
Date of First Publication  *(Month)*  *(Day)*  *(Year)*  Nation of First Publication
Description of Photograph  *(Optional)*

Number

Title of Photograph
Date of First Publication  *(Month)*  *(Day)*  *(Year)*  Nation of First Publication
Description of Photograph  *(Optional)*

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-432-326

EFFECTIVE DATE OF REGISTRATION

12  30  2010
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**

The Wave Design Pte. Ltd. Photographs 2007(A)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 388 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed    2007
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Feb. 7 - July 6
Month    Day    Year 2007
Singapore
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.;
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |

| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has the registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

Jennison & Shultz, P.C.          080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number    (703 ) 415-1640          Fax number    ( 703 )415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   **THE WAVE DESIGN PTE LTD**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin          Date   28 December 2010

Handwritten signature (X) ▼

**X**

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Jennison & Shultz, PC | |
| | **Number/Street/Apt** ▼ 2001 Jefferson Davis Hwy.; Suite 1102 | |
| | **City/State/Zip** ▼ Arlington, VA 22202-3604 | |

**9**

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 326

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

12 — 30 — 2010

(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**

Page 3 of 41 pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author     **THE WAVE DESIGN PTE. LTD.**

Name of Copyright Claimant     **THE WAVE DESIGN PTE. LTD.,  10A Trengganu Street, Singapore 058464**

## B

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph     chiangmai076
Date of First Publication     7   February   2007     Nation of First Publication   Singapore
Description of Photograph

Title of Photograph     chiangmai077
Date of First Publication     7   February   2007     Nation of First Publication   Singapore
Description of Photograph

Title of Photograph     chiangmai078
Date of First Publication     7   February   2007     Nation of First Publication   Singapore
Description of Photograph

Title of Photograph     chiangmai079
Date of First Publication     7   February   2007     Nation of First Publication   Singapore
Description of Photograph

Title of Photograph     chiangmai080
Date of First Publication     7   February   2007     Nation of First Publication   Singapore
Description of Photograph

**B**

| | Title of Photograph | chiangmai081 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai082 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai083 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai084 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai085 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai086 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai087 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai088 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai089 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai090 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Dunlap & Scott, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Preregistered Published Photographs (continued)

Title of Photograph ___ chiangmai091 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai092 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai093 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai094 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai095 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai096 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai097 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai098 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai099 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai100 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenkson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number

Title of Photograph ___ chiangmai101 _____

Date of First Publication ___ 7 _____ February _____ 2007 ___ Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

Number

Title of Photograph ___ chiangmai102 _____

Date of First Publication ___ 7 _____ February _____ 2007 ___ Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

Number

Title of Photograph ___ chiangmai103 _____

Date of First Publication ___ 7 _____ February _____ 2007 ___ Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

Number

Title of Photograph ___ chiangmai104 _____

Date of First Publication ___ 7 _____ February _____ 2007 ___ Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

Number

Title of Photograph ___ chiangmai105 _____

Date of First Publication ___ 7 _____ February _____ 2007 ___ Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

Number

Title of Photograph ___ chiangmai106 _____

Date of First Publication ___ 7 _____ February _____ 2007 ___ Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

Number

Title of Photograph ___ chiangmai107 _____

Date of First Publication ___ 7 _____ February _____ 2007 ___ Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

Number

Title of Photograph ___ chiangmai108 _____

Date of First Publication ___ 7 _____ February _____ 2007 ___ Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

Number

Title of Photograph ___ chiangmai109 _____

Date of First Publication ___ 7 _____ February _____ 2007 ___ Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

Number

Title of Photograph ___ chiangmai110 _____

Date of First Publication ___ 7 _____ February _____ 2007 ___ Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ chiangmai111
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai112
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai113
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai114
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai115
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai116
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai117
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai118
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai119
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai120
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jamison & Slain, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chiangmai121 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai122 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai123 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai124 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai125 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai126 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai127 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai128 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai129 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai130 |
| Date of First Publication | 7  February  2007  Nation of First Publication  Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___chiangmai131___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai132___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai133___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai134___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai135___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai136___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai137___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai138___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai139___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___chiangmai140___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

**C**

Name ▼
Scribner & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Number | Title of Photograph | chiangmai141 |
| | Date of First Publication | 7 February 2007 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | chiangmai142 |
| | Date of First Publication | 7 February 2007 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | chiangmai143 |
| | Date of First Publication | 7 February 2007 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | chiangmai144 |
| | Date of First Publication | 7 February 2007 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | chiangmai145 |
| | Date of First Publication | 7 February 2007 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | chiangmai146 |
| | Date of First Publication | 7 February 2007 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | chiangmai147 |
| | Date of First Publication | 7 February 2007 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | chiangmai148 |
| | Date of First Publication | 7 February 2007 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | chiangmai149 |
| | Date of First Publication | 7 February 2007 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | chiangmai150 |
| | Date of First Publication | 7 February 2007 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | chiangmai151 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chiangmai152 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chiangmai153 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chiangmai154 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chiangmai155 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chiangmai156 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chiangmai157 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chiangmai158 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chiangmai159 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chiangmai160 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jeanisox & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

Title of Photograph __ chiangmai161 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ chiangmai162 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ chiangmai163 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ chiangmai164 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ chiangmai165 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ chiangmai166 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ chiangmai167 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ chiangmai168 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ chiangmai169 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ chiangmai170 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai171__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai172__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai173__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai174__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai175__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai176__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai177__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai178__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai179__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai180__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__

Description of Photograph _____

**C**

Name ▼
Jacobson & Rooks, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy - Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _chiangmai181_
Date of First Publication _7_ _February_ _2007_    Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _chiangmai182_
Date of First Publication _7_ _February_ _2007_    Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _chiangmai183_
Date of First Publication _7_ _February_ _2007_    Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _chiangmai184_
Date of First Publication _7_ _February_ _2007_    Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _chiangmai185_
Date of First Publication _7_ _February_ _2007_    Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _chiangmai186_
Date of First Publication _7_ _February_ _2007_    Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _chiangmai187_
Date of First Publication _7_ _February_ _2007_    Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _chiangmai188_
Date of First Publication _7_ _February_ _2007_    Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _chiangmai189_
Date of First Publication _7_ _February_ _2007_    Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _chiangmai190_
Date of First Publication _7_ _February_ _2007_    Nation of First Publication _Singapore_
Description of Photograph _____

Name ▼
Ivaldson & Hanks, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1140

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph — chiangmai191
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — chiangmai192
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — chiangmai193
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — chiangmai194
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — chiangmai195
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — chiangmai196
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — chiangmai197
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — chiangmai198
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — chiangmai199
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — chiangmai200
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph —

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy, Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for a Group of Published Photographs (continued)

Title of Photograph — chiangmai201
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — chiangmai202
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — chiangmai203
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — chiangmai204
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — chiangmai205
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — chiangmai206
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — chiangmai207
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — chiangmai208
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — chiangmai209
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — chiangmai210
Date of First Publication — 7 — February — 2007 — Nation of First Publication — Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all applicable spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___ chiangmai211 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai212 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai213 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai214 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai215 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai216 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai217 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai218 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai219 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai220 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Name ▼
Fraiton & Sialie, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy , Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ chiangmai221 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai222 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai223 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai224 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai225 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai226 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai227 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai228 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai229 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai230 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Name ▼
Shutova & Shutov, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Published Photographs (continued)

| | |
|---|---|
| Number | Title of Photograph __ chiangmai231 |
| | Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore |
| | Month Day Year |
| | Description of Photograph __ (Option) |

| | |
|---|---|
| Number | Title of Photograph __ chiangmai232 |
| | Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore |
| | Month Day Year |
| | Description of Photograph __ (Option) |

| | |
|---|---|
| Number | Title of Photograph __ chiangmai233 |
| | Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore |
| | Month Day Year |
| | Description of Photograph __ (Option) |

| | |
|---|---|
| Number | Title of Photograph __ chiangmai234 |
| | Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore |
| | Month Day Year |
| | Description of Photograph __ (Option) |

| | |
|---|---|
| Number | Title of Photograph __ chiangmai235 |
| | Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore |
| | Month Day Year |
| | Description of Photograph __ (Option) |

| | |
|---|---|
| Number | Title of Photograph __ chiangmai236 |
| | Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore |
| | Month Day Year |
| | Description of Photograph __ (Option) |

| | |
|---|---|
| Number | Title of Photograph __ chiangmai237 |
| | Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore |
| | Month Day Year |
| | Description of Photograph __ (Option) |

| | |
|---|---|
| Number | Title of Photograph __ chiangmai238 |
| | Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore |
| | Month Day Year |
| | Description of Photograph __ (Option) |

| | |
|---|---|
| Number | Title of Photograph __ bkk001 |
| | Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore |
| | Month Day Year |
| | Description of Photograph __ (Option) |

| | |
|---|---|
| Number | Title of Photograph __ bkk002 |
| | Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore |
| | Month Day Year |
| | Description of Photograph __ (Option) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph ____ bkk003 ____

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore ____

Description of Photograph (Optional) ____

Title of Photograph ____ bkk004 ____

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore ____

Description of Photograph (Optional) ____

Title of Photograph ____ bkk005 ____

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore ____

Description of Photograph (Optional) ____

Title of Photograph ____ bkk006 ____

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore ____

Description of Photograph (Optional) ____

Title of Photograph ____ bkk007 ____

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore ____

Description of Photograph (Optional) ____

Title of Photograph ____ bkk008 ____

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore ____

Description of Photograph (Optional) ____

Title of Photograph ____ bkk009 ____

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore ____

Description of Photograph (Optional) ____

Title of Photograph ____ bkk010 ____

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore ____

Description of Photograph (Optional) ____

Title of Photograph ____ bkk011 ____

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore ____

Description of Photograph (Optional) ____

Title of Photograph ____ bkk012 ____

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore ____

Description of Photograph (Optional) ____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ____bkk013_____
Date of First Publication __7__ ____February____ __2007__ Nation of First Publication ____Singapore____
Description of Photograph _____

Title of Photograph ____bkk014_____
Date of First Publication __7__ ____February____ __2007__ Nation of First Publication ____Singapore____
Description of Photograph _____

Title of Photograph ____bkk015_____
Date of First Publication __7__ ____February____ __2007__ Nation of First Publication ____Singapore____
Description of Photograph _____

Title of Photograph ____bkk016_____
Date of First Publication __7__ ____February____ __2007__ Nation of First Publication ____Singapore____
Description of Photograph _____

Title of Photograph ____bkk017_____
Date of First Publication __7__ ____February____ __2007__ Nation of First Publication ____Singapore____
Description of Photograph _____

Title of Photograph ____namhai070_____
Date of First Publication __6__ ____July____ __2007__ Nation of First Publication ____Singapore____
Description of Photograph _____

Title of Photograph ____namhai071_____
Date of First Publication __6__ ____July____ __2007__ Nation of First Publication ____Singapore____
Description of Photograph _____

Title of Photograph ____namhai072_____
Date of First Publication __6__ ____July____ __2007__ Nation of First Publication ____Singapore____
Description of Photograph _____

Title of Photograph ____namhai073_____
Date of First Publication __6__ ____July____ __2007__ Nation of First Publication ____Singapore____
Description of Photograph _____

Title of Photograph ____namhai074_____
Date of First Publication __6__ ____July____ __2007__ Nation of First Publication ____Singapore____
Description of Photograph _____

**C**

Name ▼
Jamison A. Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph namhai075
Date of First Publication 6 July 2007   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai076
Date of First Publication 6 July 2007   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai077
Date of First Publication 6 July 2007   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai078
Date of First Publication 6 July 2007   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai079
Date of First Publication 6 July 2007   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai080
Date of First Publication 6 July 2007   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai081
Date of First Publication 6 July 2007   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai082
Date of First Publication 6 July 2007   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai083
Date of First Publication 6 July 2007   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai084
Date of First Publication 6 July 2007   Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai085__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai086__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai087__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai088__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai089__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai090__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai091__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai092__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai093__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai094__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Saulsbury & Bhatia, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __ namhai095 __
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ namhai096 __
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ namhai097 __
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ namhai098 __
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ namhai099 __
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ namhai100 __
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ namhai101 __
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ namhai102 __
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ namhai103 __
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ namhai104 __
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

**C**

Name ▼
Kantbut & Sinth, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number

Title of Photograph __ namhai105
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
_(Month)_ _(Day)_ _(Year)_
Description of Photograph __ _(Optional)_

Number

Title of Photograph __ namhai106
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
_(Month)_ _(Day)_ _(Year)_
Description of Photograph __ _(Optional)_

Number

Title of Photograph __ namhai107
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
_(Month)_ _(Day)_ _(Year)_
Description of Photograph __ _(Optional)_

Number

Title of Photograph __ namhai108
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
_(Month)_ _(Day)_ _(Year)_
Description of Photograph __ _(Optional)_

Number

Title of Photograph __ namhai109
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
_(Month)_ _(Day)_ _(Year)_
Description of Photograph __ _(Optional)_

Number

Title of Photograph __ namhai110
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
_(Month)_ _(Day)_ _(Year)_
Description of Photograph __ _(Optional)_

Number

Title of Photograph __ namhai111
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
_(Month)_ _(Day)_ _(Year)_
Description of Photograph __ _(Optional)_

Number

Title of Photograph __ namhai112
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
_(Month)_ _(Day)_ _(Year)_
Description of Photograph __ _(Optional)_

Number

Title of Photograph __ namhai113
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
_(Month)_ _(Day)_ _(Year)_
Description of Photograph __ _(Optional)_

Number

Title of Photograph __ namhai114
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
_(Month)_ _(Day)_ _(Year)_
Description of Photograph __ _(Optional)_

**C**

Certificate will be mailed in window envelope to this address:

_Name ▼_
Jennison & Shultz, PC

_Number / Street / Apt ▼_
2001 Jefferson Davis Hwy.; Suite 1102

_City / State / Zip ▼_
Arlington, VA 22202-3604