# EXHIBIT 1-C

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Title of Photograph __namhai115__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai116__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai117__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai118__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai119__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai120__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai121__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai122__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai123__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai124__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
__Jimison & Stoltz, PC__

Number / Street / Apt ▼
__2001 Jefferson Davis Hwy., Suite 1102__

City / State / Zip ▼
__Arlington, VA 22202-3604__

**B**

| | |
|---|---|
| Title of Photograph | namhai125 |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai126 |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai127 |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai128 |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai129 |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai130 |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai131 |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai132 |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai133 |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai134 |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / Town / St ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | namhai135 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | namhai136 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | namhai137 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | namhai138 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | namhai139 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | namhai140 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | namhai141 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | namhai142 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | namhai143 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | namhai144 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

**C**

Name ▼
Siminoff & Stulz, PC

Number, Street, Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    namhai145
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai146
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai147
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai148
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai149
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai150
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai151
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai152
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai153
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai154
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Leason & Shotz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | namhai155 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai156 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai157 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai158 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai159 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai160 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai161 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai162 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai163 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai164 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jennison & Shutz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / ZIP ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | namhai165 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai166 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai167 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai168 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai169 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai170 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai171 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai172 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai173 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai174 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Name
Jacobson & Shafer, PC

Number / Street / Apt #
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip #
Arlington, VA 22202-3604

**B**

Title of Photograph ____ namhai175

Date of First Publication ____ 6 ____ July ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

---

Title of Photograph ____ namhai176

Date of First Publication ____ 6 ____ July ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

---

Title of Photograph ____ namhai177

Date of First Publication ____ 6 ____ July ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

---

Title of Photograph ____ namhai178

Date of First Publication ____ 6 ____ July ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

---

Title of Photograph ____ namhai179

Date of First Publication ____ 6 ____ July ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

---

Title of Photograph ____ namhai180

Date of First Publication ____ 6 ____ July ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

---

Title of Photograph ____ namhai181

Date of First Publication ____ 6 ____ July ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

---

Title of Photograph ____ namhai182

Date of First Publication ____ 6 ____ July ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

---

Title of Photograph ____ namhai183

Date of First Publication ____ 6 ____ July ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

---

Title of Photograph ____ namhai184

Date of First Publication ____ 6 ____ July ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

---

**C**

Name ▼
Neustel & Shultz, PC

Number / Street / Apt ▼
2061 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai185__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai186__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai187__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai188__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai189__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai190__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai191__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai192__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai193__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai194__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Ivanhoe & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai195__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai196__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai197__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai198__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai199__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai200__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai201__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai202__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai203__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai204__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Name ▼
Justice & Stude, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | namhai205 |
| | Date of First Publication | 6 (Month)  July (Day)  2007 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai206 |
| | Date of First Publication | 6 (Month)  July (Day)  2007 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai207 |
| | Date of First Publication | 6 (Month)  July (Day)  2007 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai208 |
| | Date of First Publication | 6 (Month)  July (Day)  2007 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai209 |
| | Date of First Publication | 6 (Month)  July (Day)  2007 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai210 |
| | Date of First Publication | 6 (Month)  July (Day)  2007 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai211 |
| | Date of First Publication | 6 (Month)  July (Day)  2007 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai212 |
| | Date of First Publication | 6 (Month)  July (Day)  2007 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai213 |
| | Date of First Publication | 6 (Month)  July (Day)  2007 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai214 |
| | Date of First Publication | 6 (Month)  July (Day)  2007 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | namhai215 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai216 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai217 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai218 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai219 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai220 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai221 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai222 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai223 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai224 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph __namhai225__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai226__
Date of First Publication __5__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai227__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai228__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai229__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai230__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai231__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai232__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai233__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai234__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph __none__

**C**

Name ▼
Jacobson & Slate, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai235__

Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

Title of Photograph __namhai236__

Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

Title of Photograph __namhai237__

Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

Title of Photograph __namhai238__

Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

Title of Photograph __namhai239__

Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

Title of Photograph __namhai240__

Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

Title of Photograph __namhai241__

Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

Title of Photograph __namhai242__

Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

Title of Photograph __namhai243__

Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

Title of Photograph __namhai244__

Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai245__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai246__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai247__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai248__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai249__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai250__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai251__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai252__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai253__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai254__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Justino A. Sinto, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3694

**B**

Title of Photograph    namhai255
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai256
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai257
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai258
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai259
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai260
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai261
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai262
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai263
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai264
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Name ▼
Dunlap & Shultz, PC

Number / Street / Apt ▼
2061 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| Title of Phonograph | namhai265 |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Phonograph

| Title of Phonograph | namhai266 |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Phonograph

| Title of Phonograph | namhai267 |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Phonograph

| Title of Phonograph | namhai268 |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Phonograph

| Title of Phonograph | namhai269 |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Phonograph

Title of Phonograph

Date of First Publication          Nation of First Publication

Description of Phonograph

Title of Phonograph

Date of First Publication          Nation of First Publication

Description of Phonograph

Title of Phonograph

Date of First Publication          Nation of First Publication

Description of Phonograph

Title of Phonograph

Date of First Publication          Nation of First Publication

Description of Phonograph

Title of Phonograph

Date of First Publication          Nation of First Publication

Description of Phonograph

**C**

Fanwood & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1 – 432 – 327

**EFFECTIVE DATE OF REGISTRATION**

12    30    2010
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2007 (B)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 32 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**

The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    { Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed**    2007
This information must be given in all cases.    Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month November  Day 28  Year 2007
Singapore    Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-30-2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼
Jennison & Shultz, P.C.                  080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number   (703 ) 415-1640                     Fax number   ( 703 ) 415-0788
Email  John@JennisonLaw.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   **THE WAVE DESIGN PTE LTD**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                         Date  28 December 2010

Handwritten signature (X) ▼
X

**9**

Certificate will be mailed in window envelope to this address:
Name ▼
Jennison & Shultz, PC
Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip ▼
Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REC   VA 1 – 432 – 327

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

12      30      2010
(Month)   (Day)    (Year)

CONTINUATION SHEET RECEIVED

Page  3  of  6  pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ——— THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant ——— THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | Title of Photograph | saujana001 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | saujana002 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | saujana003 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | saujana004 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | saujana005 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

**B**

| | |
|---|---|
| Title of Photograph | saujana006 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana007 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana008 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana009 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana010 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana011 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana012 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana013 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana014 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana015 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | saujana016 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph | (Optional) | | |

| | Title of Photograph | saujana017 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph | (Optional) | | |

| | Title of Photograph | saujana018 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph | (Optional) | | |

| | Title of Photograph | saujana019 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph | (Optional) | | |

| | Title of Photograph | saujana020 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph | (Optional) | | |

| | Title of Photograph | saujana021 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph | (Optional) | | |

| | Title of Photograph | saujana022 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph | (Optional) | | |

| | Title of Photograph | saujana023 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph | (Optional) | | |

| | Title of Photograph | saujana024 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph | (Optional) | | |

| | Title of Photograph | saujana025 | | |
|---|---|---|---|---|
| | Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph | (Optional) | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | saujana026 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana027 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana028 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana029 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana030 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana031 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana032 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | |
| Nation of First Publication | |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | |
| Nation of First Publication | |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | |
| Nation of First Publication | |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-328**

EFFECTIVE DATE OF REGISTRATION

12   29   2010
Month   Day   Year

---

**1**

**Title of This Work ▼**

Wave-s  Photographs 2003

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 139 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**NATURE OF THIS WORK ▼** See Instructions

Photographs

ATE CONTINUATION SHEET.

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

Wave-s  (employer for hire of Masano Kawana)

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes  ☒ No

**b** **Name of Author ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes  ☐ No

---

**3**

**a** **Year in Which Creation of This Work Was Completed**

2003
Year  In all cases

This information must be given

**b** **Date and Nation of First Publication of This Particular Work**

Complete this information ONLY if this work has been published.

March 18 - Nov. 4
Month   Day   Year  2003

Singapore
Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S:
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 11 pages

EXAMINED BY _____    **FORM VA**

CHECKED BY _____

CORRESPONDENCE
☒ Yes *( Tu Sie be / gpm 1-54209.5055 )*

**FOR COPYRIGHT OFFICE USE ONLY**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions before completing this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                 Account Number ▼

Jennison & Shultz, P.C.                 080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  ( 703 ) 415-1640        Fax number  ( 703 ) 415-0788

Email  John@JennisonLaw.com

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ **WAVE-S**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                    Date  28 December 2010

Handwritten signature (X) ▼

X _____

---

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGI      VA 1–432–328



USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

12          29          2010
(Month)     (Day)       (Year)

**CONTINUATION SHEET RECEIVED**

Page  3  of  17  pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    **WAVE-S**

Name of Copyright Claimant    **WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679**

## B

Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | |
|---|---|
| Number | |
| Title of Photograph | muscat030 |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat031 |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat032 |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat033 |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat034 |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

**B**

Title of Photograph — muscat035
Date of First Publication  18    March    2003    Nation of First Publication    Singapore
                           month   day     year
Description of Photograph

Title of Photograph — muscat036
Date of First Publication  18    March    2003    Nation of First Publication    Singapore
                           month   day     year
Description of Photograph

Title of Photograph — muscat037
Date of First Publication  18    March    2003    Nation of First Publication    Singapore
                           month   day     year
Description of Photograph

Title of Photograph — muscat038
Date of First Publication  18    March    2003    Nation of First Publication    Singapore
                           month   day     year
Description of Photograph

Title of Photograph — muscat039
Date of First Publication  18    March    2003    Nation of First Publication    Singapore
                           month   day     year
Description of Photograph

Title of Photograph — muscat040
Date of First Publication  18    March    2003    Nation of First Publication    Singapore
                           month   day     year
Description of Photograph

Title of Photograph — muscat041
Date of First Publication  18    March    2003    Nation of First Publication    Singapore
                           month   day     year
Description of Photograph

Title of Photograph — muscat042
Date of First Publication  18    March    2003    Nation of First Publication    Singapore
                           month   day     year
Description of Photograph

Title of Photograph — muscat043
Date of First Publication  18    March    2003    Nation of First Publication    Singapore
                           month   day     year
Description of Photograph

Title of Photograph — muscat044
Date of First Publication  18    March    2003    Nation of First Publication    Singapore
                           month   day     year
Description of Photograph

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Amsinos & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Number | |

Title of Photograph — muscat045
Date of First Publication — 18 March 2003 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — muscat046
Date of First Publication — 18 March 2003 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — muscat047
Date of First Publication — 18 March 2003 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — muscat048
Date of First Publication — 18 March 2003 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — muscat049
Date of First Publication — 18 March 2003 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — muscat050
Date of First Publication — 18 March 2003 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — muscat051
Date of First Publication — 18 March 2003 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — muscat052
Date of First Publication — 18 March 2003 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — muscat053
Date of First Publication — 18 March 2003 — Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — muscat054
Date of First Publication — 18 March 2003 — Nation of First Publication — Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | |
|---|---|
| Title of Photograph | muscat055 |
| Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat056 |
| Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat057 |
| Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat058 |
| Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat059 |
| Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat060 |
| Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat061 |
| Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat062 |
| Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat063 |
| Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat064 |
| Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**B**

Application for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | muscat065 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat066 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat067 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat068 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat069 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat070 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat071 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat072 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat073 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat074 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000