# EXHIBIT 1-D

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Title of Photograph — muscat075

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat076

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat077

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat078

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat079

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat080

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat081

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat082

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat083

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat084

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph  muscat085

Date of First Publication  18  March  2003  Nation of First Publication  Singapore

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat086

Date of First Publication  18  March  2003  Nation of First Publication  Singapore

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat087

Date of First Publication  18  March  2003  Nation of First Publication  Singapore

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat088

Date of First Publication  18  March  2003  Nation of First Publication  Singapore

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat089

Date of First Publication  18  March  2003  Nation of First Publication  Singapore

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat090

Date of First Publication  18  March  2003  Nation of First Publication  Singapore

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat091

Date of First Publication  18  March  2003  Nation of First Publication  Singapore

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat092

Date of First Publication  18  March  2003  Nation of First Publication  Singapore

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat093

Date of First Publication  18  March  2003  Nation of First Publication  Singapore

Description of Photograph  (Optional)

---

Number

Title of Photograph  muscat094

Date of First Publication  18  March  2003  Nation of First Publication  Singapore

Description of Photograph  (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph — muscat095
Date of First Publication — 18 March 2003   Nation of First Publication — Singapore
Description of Photograph

Number

Title of Photograph — muscat096
Date of First Publication — 18 March 2003   Nation of First Publication — Singapore
Description of Photograph

Number

Title of Photograph — muscat097
Date of First Publication — 18 March 2003   Nation of First Publication — Singapore
Description of Photograph

Number

Title of Photograph — muscat098
Date of First Publication — 18 March 2003   Nation of First Publication — Singapore
Description of Photograph

Number

Title of Photograph — muscat099
Date of First Publication — 18 March 2003   Nation of First Publication — Singapore
Description of Photograph

Number

Title of Photograph — muscat100
Date of First Publication — 18 March 2003   Nation of First Publication — Singapore
Description of Photograph

Number

Title of Photograph — muscat101
Date of First Publication — 18 March 2003   Nation of First Publication — Singapore
Description of Photograph

Number

Title of Photograph — muscat102
Date of First Publication — 18 March 2003   Nation of First Publication — Singapore
Description of Photograph

Number

Title of Photograph — muscat103
Date of First Publication — 18 March 2003   Nation of First Publication — Singapore
Description of Photograph

Number

Title of Photograph — muscat104
Date of First Publication — 18 March 2003   Nation of First Publication — Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number

Title of Photograph   muscat105
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph (Optional)

Number

Title of Photograph   muscat106
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph (Optional)

Number

Title of Photograph   muscat107
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph (Optional)

Number

Title of Photograph   muscat108
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph (Optional)

Number

Title of Photograph   muscat109
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph (Optional)

Number

Title of Photograph   muscat110
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph (Optional)

Number

Title of Photograph   muscat111
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph (Optional)

Number

Title of Photograph   muscat112
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph (Optional)

Number

Title of Photograph   muscat113
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph (Optional)

Number

Title of Photograph   muscat114
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __muscat115__

Date of First Publication __18__ __March__ __2003__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat116__

Date of First Publication __18__ __March__ __2003__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat117__

Date of First Publication __18__ __March__ __2003__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat118__

Date of First Publication __18__ __March__ __2003__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat119__

Date of First Publication __18__ __March__ __2003__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat120__

Date of First Publication __18__ __March__ __2003__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat121__

Date of First Publication __18__ __March__ __2003__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat122__

Date of First Publication __18__ __March__ __2003__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat123__

Date of First Publication __18__ __March__ __2003__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat124__

Date of First Publication __18__ __March__ __2003__ Nation of First Publication __Singapore__

Description of Photograph

---

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph **muscat125**

Date of First Publication **18** (Month) **March** (Day) **2003** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

Number

Title of Photograph **muscat126**

Date of First Publication **18** (Month) **March** (Day) **2003** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

Number

Title of Photograph **muscat127**

Date of First Publication **18** (Month) **March** (Day) **2003** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

Number

Title of Photograph **muscat128**

Date of First Publication **18** (Month) **March** (Day) **2003** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

Number

Title of Photograph **muscat129**

Date of First Publication **18** (Month) **March** (Day) **2003** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

Number

Title of Photograph **muscat130**

Date of First Publication **18** (Month) **March** (Day) **2003** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

Number

Title of Photograph **muscat131**

Date of First Publication **18** (Month) **March** (Day) **2003** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

Number

Title of Photograph **muscat132**

Date of First Publication **18** (Month) **March** (Day) **2003** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

Number

Title of Photograph **muscat133**

Date of First Publication **18** (Month) **March** (Day) **2003** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

Number

Title of Photograph **muscat134**

Date of First Publication **18** (Month) **March** (Day) **2003** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼ **Jennison & Shultz, PC**

Number / Street / Apt ▼ **2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼ **Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat135 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat136 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat137 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat138 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat139 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat140 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat141 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat142 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat143 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat144 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Title of Photograph | muscat145 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| Title of Photograph | muscat146 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| Title of Photograph | muscat147 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| Title of Photograph | muscat148 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| Title of Photograph | lalu159 |
| Date of First Publication | 30  October  2003  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| Title of Photograph | legian007 |
| Date of First Publication | 4  November  2003  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| Title of Photograph | legian008 |
| Date of First Publication | 4  November  2003  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| Title of Photograph | legian009 |
| Date of First Publication | 4  November  2003  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| Title of Photograph | legian010 |
| Date of First Publication | 4  November  2003  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| Title of Photograph | legian011 |
| Date of First Publication | 4  November  2003  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Registration
for Change of
Published
(continuing)

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | legian012 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | legian013 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | legian014 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | legian015 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | legian016 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | legian017 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | legian018 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | legian019 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | legian020 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | legian021 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable fee in check or
money order payable to Register of
Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | |
|---|---|
| Number | Title of Photograph    legian022 |
| | Date of First Publication    4    November    2003    Nation of First Publication    Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph    legian023 |
| | Date of First Publication    4    November    2003    Nation of First Publication    Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph    legian024 |
| | Date of First Publication    4    November    2003    Nation of First Publication    Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph    legian025 |
| | Date of First Publication    4    November    2003    Nation of First Publication    Singapore |
| | Description of Photograph (Optional) |

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | Title of Photograph |
| | Date of First Publication    Nation of First Publication |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph |
| | Date of First Publication    Nation of First Publication |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph |
| | Date of First Publication    Nation of First Publication |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph |
| | Date of First Publication    Nation of First Publication |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph |
| | Date of First Publication    Nation of First Publication |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph |
| | Date of First Publication    Nation of First Publication |
| | Description of Photograph (Optional) |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC.

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office-COPUBPH
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1 – 432 – 329

EFFECTIVE DATE OF REGISTRATION

12 — 29 — 2010
Month — Day — Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
Wave-s Photographs 2004

NATURE OF THIS WORK ▼ See instructions
Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos - 462 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

NAME OF AUTHOR ▼

**a**  Wave-s

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
       Domiciled in Singapore

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes ☑ No
Pseudonymous?     ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☑ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
       Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2004
This information must be given
Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information March 12   Day 12 — Oct. 20
ONLY if this work has been published.
Singapore   Nation
2004

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S,
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-29-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼
Jennison & Shultz, P.C.                              080519

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

**b**

Area code and daytime telephone number   (703 ) 415-1640                    Fax number   ( 703 ) 415-0788
Email   John@JennisonLaw.com

**8** **CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     **WAVE-S**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kin Yin                                                          Date   28 December 2010

Handwritten signature (X) ▼

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Jennison & Shultz, PC
Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip ▼
Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1–432–329

EFFECTIVE DATE OF REGISTRATION

12   29   2010
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page __3__ of __79__ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author  **WAVE-S**

Name of Copyright Claimant  **WAVE-S, 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679**

## B
*Registration for Group of Individual Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within a calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph  **leela001**
Date of First Publication  12 (Month)  March (Day)  2004 (Year)   Nation of First Publication  **Singapore**
Description of Photograph (Optional)

Title of Photograph  **leela002**
Date of First Publication  12 (Month)  March (Day)  2004 (Year)   Nation of First Publication  **Singapore**
Description of Photograph (Optional)

Title of Photograph  **leela003**
Date of First Publication  12 (Month)  March (Day)  2004 (Year)   Nation of First Publication  **Singapore**
Description of Photograph (Optional)

Title of Photograph  **leela004**
Date of First Publication  12 (Month)  March (Day)  2004 (Year)   Nation of First Publication  **Singapore**
Description of Photograph (Optional)

Title of Photograph  **leela005**
Date of First Publication  12 (Month)  March (Day)  2004 (Year)   Nation of First Publication  **Singapore**
Description of Photograph (Optional)

**B**

Title of Photograph    leela006
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela007
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela008
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela009
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela010
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela011
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela012
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela013
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela014
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela015
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name    Jennison & Shultz, PC
Number / Street / Apt    2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip    Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela016 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela017 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela018 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela019 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela020 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela021 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela022 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela023 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela024 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela025 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

| Name ▼ | Jennison & Shultz, PC |
|---|---|
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

Title of Photograph ____ leela026
Date of First Publication ____ 12 ____ March ____ 2004 ____ Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ leela027
Date of First Publication ____ 12 ____ March ____ 2004 ____ Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ leela028
Date of First Publication ____ 12 ____ March ____ 2004 ____ Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ leela029
Date of First Publication ____ 12 ____ March ____ 2004 ____ Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ leela030
Date of First Publication ____ 12 ____ March ____ 2004 ____ Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ leela031
Date of First Publication ____ 12 ____ March ____ 2004 ____ Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ leela032
Date of First Publication ____ 12 ____ March ____ 2004 ____ Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ leela033
Date of First Publication ____ 12 ____ March ____ 2004 ____ Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ leela034
Date of First Publication ____ 12 ____ March ____ 2004 ____ Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ leela035
Date of First Publication ____ 12 ____ March ____ 2004 ____ Nation of First Publication ____ Singapore
Description of Photograph ____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela036 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela037 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela038 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela039 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela040 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela041 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela042 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela043 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela044 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela045 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Jacobson & Shats, PC

2011 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: **leela046**
Date of First Publication: **12** Month **March** Day **2004** Year    Nation of First Publication: **Singapore**
Description of Photograph: _none_

Title of Photograph: **leela047**
Date of First Publication: **12** Month **March** Day **2004** Year    Nation of First Publication: **Singapore**
Description of Photograph: _none_

Title of Photograph: **leela048**
Date of First Publication: **12** Month **March** Day **2004** Year    Nation of First Publication: **Singapore**
Description of Photograph: _none_

Title of Photograph: **leela049**
Date of First Publication: **12** Month **March** Day **2004** Year    Nation of First Publication: **Singapore**
Description of Photograph: _none_

Title of Photograph: **leela050**
Date of First Publication: **12** Month **March** Day **2004** Year    Nation of First Publication: **Singapore**
Description of Photograph: _none_

Title of Photograph: **leela051**
Date of First Publication: **12** Month **March** Day **2004** Year    Nation of First Publication: **Singapore**
Description of Photograph: _none_

Title of Photograph: **leela052**
Date of First Publication: **12** Month **March** Day **2004** Year    Nation of First Publication: **Singapore**
Description of Photograph: _none_

Title of Photograph: **leela053**
Date of First Publication: **12** Month **March** Day **2004** Year    Nation of First Publication: **Singapore**
Description of Photograph: _none_

Title of Photograph: **leela054**
Date of First Publication: **12** Month **March** Day **2004** Year    Nation of First Publication: **Singapore**
Description of Photograph: _none_

Title of Photograph: **leela055**
Date of First Publication: **12** Month **March** Day **2004** Year    Nation of First Publication: **Singapore**
Description of Photograph: _none_

Name ▼
Kimata & Binns, PC

Street / Street Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | | |
|---|---|---|
| Title of Photograph | leela056 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela057 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela058 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela059 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela060 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela061 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela062 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela063 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela064 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela065 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C**

Name:
Jacobson & Holtz, PC

2101 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela066 | | | | |
| | Date of First Publication | 12 _(Month)_ | March _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Option)_ | | | | | |

| | Title of Photograph | leela067 | | | | |
| | Date of First Publication | 12 _(Month)_ | March _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Option)_ | | | | | |

| | Title of Photograph | leela068 | | | | |
| | Date of First Publication | 12 _(Month)_ | March _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Option)_ | | | | | |

| | Title of Photograph | leela069 | | | | |
| | Date of First Publication | 12 _(Month)_ | March _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Option)_ | | | | | |

| | Title of Photograph | leela070 | | | | |
| | Date of First Publication | 12 _(Month)_ | March _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Option)_ | | | | | |

| | Title of Photograph | leela071 | | | | |
| | Date of First Publication | 12 _(Month)_ | March _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Option)_ | | | | | |

| | Title of Photograph | leela072 | | | | |
| | Date of First Publication | 12 _(Month)_ | March _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Option)_ | | | | | |

| | Title of Photograph | leela073 | | | | |
| | Date of First Publication | 12 _(Month)_ | March _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Option)_ | | | | | |

| | Title of Photograph | leela074 | | | | |
| | Date of First Publication | 12 _(Month)_ | March _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Option)_ | | | | | |

| | Title of Photograph | leela075 | | | | |
| | Date of First Publication | 12 _(Month)_ | March _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Option)_ | | | | | |

**C**

Name ▼
Jennison & Shultz, PC.

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: leela076
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela077
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela078
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela079
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela080
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela081
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela082
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela083
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela084
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela085
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Ionbros & Shalto, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph ___ leela086 ___
Date of First Publication ___ 12 ___ March ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ leela087 ___
Date of First Publication ___ 12 ___ March ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ leela088 ___
Date of First Publication ___ 12 ___ March ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ leela089 ___
Date of First Publication ___ 12 ___ March ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ leela090 ___
Date of First Publication ___ 12 ___ March ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ leela091 ___
Date of First Publication ___ 12 ___ March ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ leela092 ___
Date of First Publication ___ 12 ___ March ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ leela093 ___
Date of First Publication ___ 12 ___ March ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ leela094 ___
Date of First Publication ___ 12 ___ March ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ leela095 ___
Date of First Publication ___ 12 ___ March ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Name ▼
Jonathan A. Stein, PC

Number/Street/Apt ▼
2461 Jefferson Davis Hwy., Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: leela096
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela097
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela098
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela099
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela100
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela101
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela102
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela103
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela104
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela105
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Ieraldos & Burke, PC

2361 Jefferson Davis Hwy., Suite 1100

Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela106 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela107 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela108 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela109 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela110 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela111 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela112 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela113 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela114 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela115 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

**C**

Arlington, VA 22202-1604

**B**

Title of Photograph    leela116
Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    leela117
Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    leela118
Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    leela119
Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    leela120
Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    leela121
Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    leela122
Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    leela123
Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    leela124
Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    leela125
Date of First Publication    12    March    2004    Nation of First Publication    Singapore

Description of Photograph

**C**

Name ▼
Bacchus & Stultz, PC

Number / Street / Apt ▼
2461 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3805

**B**

Title of Photograph __leela136__
Date of First Publication __12__ __March__ __2004__   Nation of First Publication __Singapore__
                        day    month    year
Description of Photograph _____

Title of Photograph __leela137__
Date of First Publication __12__ __March__ __2004__   Nation of First Publication __Singapore__
                        day    month    year
Description of Photograph _____

Title of Photograph __leela128__
Date of First Publication __12__ __March__ __2004__   Nation of First Publication __Singapore__
                        day    month    year
Description of Photograph _____

Title of Photograph __leela129__
Date of First Publication __12__ __March__ __2004__   Nation of First Publication __Singapore__
                        day    month    year
Description of Photograph _____

Title of Photograph __leela130__
Date of First Publication __12__ __March__ __2004__   Nation of First Publication __Singapore__
                        day    month    year
Description of Photograph _____

Title of Photograph __leela131__
Date of First Publication __12__ __March__ __2004__   Nation of First Publication __Singapore__
                        day    month    year
Description of Photograph _____

Title of Photograph __leela132__
Date of First Publication __12__ __March__ __2004__   Nation of First Publication __Singapore__
                        day    month    year
Description of Photograph _____

Title of Photograph __leela133__
Date of First Publication __12__ __March__ __2004__   Nation of First Publication __Singapore__
                        day    month    year
Description of Photograph _____

Title of Photograph __leela134__
Date of First Publication __12__ __March__ __2004__   Nation of First Publication __Singapore__
                        day    month    year
Description of Photograph _____

Title of Photograph __leela135__
Date of First Publication __12__ __March__ __2004__   Nation of First Publication __Singapore__
                        day    month    year
Description of Photograph _____

**C**

**B**

Title of Photograph: leela136
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela137
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela138
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela139
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela140
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela141
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela142
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela143
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela144
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela145
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenkins & Shahr, PC.
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela146 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela147 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela148 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela149 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela150 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela151 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela152 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela153 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela154 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela155 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication   Singapore |
| Description of Photograph | | | | |

**C**

Name
Rothman & Rothman, PC

Number / Street / Apt #
2001 Jefferson Davis Hwy, Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela156 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela157 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela158 | | | | |
| Date of First Publication | 12 | April | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela159 | | | | |
| Date of First Publication | 12 | April | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela160 | | | | |
| Date of First Publication | 11 | June | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai001 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | setai | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai002 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | setai | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai003 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | setai | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai004 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | setai | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai005 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | setai | | | | |

**C**

Name ▼
Jackson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: setai006
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai007
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai008
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai009
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai010
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai011
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai012
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai013
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai014
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai015
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name:
Ikeshima & Noble, PC

2001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

**B**
Registration for Group of Published Photographs (continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai016 | | | | | |
| Date of First Publication | 30 _(Month)_ | May _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore | |
| Description of Photograph _(Optional)_ | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai017 | | | | | |
| Date of First Publication | 30 _(Month)_ | May _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore | |
| Description of Photograph _(Optional)_ | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai018 | | | | | |
| Date of First Publication | 30 _(Month)_ | May _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore | |
| Description of Photograph _(Optional)_ | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai019 | | | | | |
| Date of First Publication | 30 _(Month)_ | May _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore | |
| Description of Photograph _(Optional)_ | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai020 | | | | | |
| Date of First Publication | 30 _(Month)_ | May _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore | |
| Description of Photograph _(Optional)_ | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai021 | | | | | |
| Date of First Publication | 30 _(Month)_ | May _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore | |
| Description of Photograph _(Optional)_ | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai022 | | | | | |
| Date of First Publication | 30 _(Month)_ | May _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore | |
| Description of Photograph _(Optional)_ | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai023 | | | | | |
| Date of First Publication | 30 _(Month)_ | May _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore | |
| Description of Photograph _(Optional)_ | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai024 | | | | | |
| Date of First Publication | 30 _(Month)_ | May _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore | |
| Description of Photograph _(Optional)_ | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai025 | | | | | |
| Date of First Publication | 30 _(Month)_ | May _(Day)_ | 2004 _(Year)_ | Nation of First Publication | Singapore | |
| Description of Photograph _(Optional)_ | | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000