# EXHIBIT 1-E

THE WAVE STUDIO, LLC
COMPLAINT

**B**

| | |
|---|---|
| Title of Photograph | setai026 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai027 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai028 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai029 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai030 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai031 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai032 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai033 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai034 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai035 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | retail035 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | none | | | | | |

| | Title of Photograph | retail037 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | none | | | | | |

| | Title of Photograph | retail038 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | none | | | | | |

| | Title of Photograph | retail039 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | none | | | | | |

| | Title of Photograph | retail040 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | none | | | | | |

| | Title of Photograph | retail041 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | none | | | | | |

| | Title of Photograph | chsclclub001 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | none | | | | | |

| | Title of Photograph | chsclclub002 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | none | | | | | |

| | Title of Photograph | chsclclub003 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | none | | | | | |

| | Title of Photograph | chsclclub004 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | none | | | | | |

**C**

Jimenez & Slade, PC

2001 Jefferson Davis Hwy ; Suite 1102

Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub005 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub006 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub007 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub008 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub009 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub010 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub011 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub012 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub013 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub014 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

**C**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

Title of Photograph    chediclub015
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub016
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub017
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub018
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub019
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub020
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub021
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub022
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub023
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub024
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name
Jemison & Shultz, PC
Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip
Arlington, VA 22202-3604

**B**

| Title of Photograph | chedichub025 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 (month) | August (day) | 2004 (year) | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chedichub026 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 (month) | August (day) | 2004 (year) | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chedichub027 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 (month) | August (day) | 2004 (year) | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chedichub028 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 (month) | August (day) | 2004 (year) | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chedichub029 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 (month) | August (day) | 2004 (year) | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chedichub030 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 (month) | August (day) | 2004 (year) | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chedichub031 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 (month) | August (day) | 2004 (year) | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chedichub032 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 (month) | August (day) | 2004 (year) | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chedichub033 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 (month) | August (day) | 2004 (year) | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chedichub034 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 (month) | August (day) | 2004 (year) | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Kanzini & Rocha, PC

Number/Street/Apt ▼
2318 Jefferson Davis Hwy., Suite 1102

City/Town ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub035
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub036
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub037
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub038
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub039
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub040
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub041
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub042
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub043
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub044
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name:
Johnston & Shultz, PC

Number / Street / Apt:
2300 Jefferson Davis Hwy., Suite 1162

City / Town / State:
Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub045
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub046
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub047
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub048
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub049
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub050
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub051
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub052
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub053
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub054
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name:
Jenkins & Stein, PC

Number / Street / Apt #:
2001 Jefferson Davis Hwy., Suite 1102

City, State, Zip:
Arlington, VA 22202-3604

**B**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | chediclub055 | | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | chediclub056 | | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | chediclub057 | | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | chediclub058 | | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | chediclub059 | | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | chediclub060 | | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | chediclub061 | | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | chediclub062 | | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | chediclub063 | | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | chediclub064 | | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

**C**

Name ▼
Jenkins & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chediclub065 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub066 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub067 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub068 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub069 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub070 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub071 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub072 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub073 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub074 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name | Jennison & Shultz, PC |
| Number / Street / Apt | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip | Arlington, VA 22202-3604 |

**B**

Title of Photograph    chediclub075
Date of First Publication  12    August    2004    Nation of First Publication    Singapore
                        Month   Day     Year
Description of Photograph  _____

Title of Photograph    chediclub076
Date of First Publication  12    August    2004    Nation of First Publication    Singapore
                        Month   Day     Year
Description of Photograph  _____

Title of Photograph    chediclub077
Date of First Publication  12    August    2004    Nation of First Publication    Singapore
                        Month   Day     Year
Description of Photograph  _____

Title of Photograph    chediclub078
Date of First Publication  12    August    2004    Nation of First Publication    Singapore
                        Month   Day     Year
Description of Photograph  _____

Title of Photograph    chediclub079
Date of First Publication  12    August    2004    Nation of First Publication    Singapore
                        Month   Day     Year
Description of Photograph  _____

Title of Photograph    chediclub080
Date of First Publication  12    August    2004    Nation of First Publication    Singapore
                        Month   Day     Year
Description of Photograph  _____

Title of Photograph    chediclub081
Date of First Publication  12    August    2004    Nation of First Publication    Singapore
                        Month   Day     Year
Description of Photograph  _____

Title of Photograph    chediclub082
Date of First Publication  12    August    2004    Nation of First Publication    Singapore
                        Month   Day     Year
Description of Photograph  _____

Title of Photograph    chediclub083
Date of First Publication  12    August    2004    Nation of First Publication    Singapore
                        Month   Day     Year
Description of Photograph  _____

Title of Photograph    chediclub084
Date of First Publication  12    August    2004    Nation of First Publication    Singapore
                        Month   Day     Year
Description of Photograph  _____

**C**

Forrest A. Shultz, PC

2001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

**B**

| | Title of Photograph | chediclub085 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub086 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub087 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub088 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub089 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub090 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub091 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub092 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub093 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub094 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Certificate will be mailed in window envelope to this address.

Name ▼
Jenison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub095
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub096
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub097
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub098
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub099
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub100
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub101
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub102
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub103
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub104
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

**C**

Jacobson & Stahl, PC

2461 Jefferson Davis Hwy., Suite 1102

Arlington VA 22202-3804

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph  chediclub105
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub106
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub107
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub108
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub109
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub110
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub111
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub112
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub113
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub114
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  chediclub115
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph  None

Title of Photograph  chediclub116
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph  None

Title of Photograph  chediclub117
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph  None

Title of Photograph  chediclub118
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph  None

Title of Photograph  chediclub119
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph  None

Title of Photograph  chediclub120
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph  None

Title of Photograph  chediclub121
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph  None

Title of Photograph  chediclub122
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph  None

Title of Photograph  chediclub123
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph  None

Title of Photograph  chediclub124
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph  None

**C**

Name ▼
Bernstein & Shulin, PC

Number / Street / Apt ▼
3311 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  chediclub125
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
      Month  Day  Year
Description of Photograph

Title of Photograph  chediclub126
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
      Month  Day  Year
Description of Photograph

Title of Photograph  chediclub127
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
      Month  Day  Year
Description of Photograph

Title of Photograph  chediclub128
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
      Month  Day  Year
Description of Photograph

Title of Photograph  chediclub129
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
      Month  Day  Year
Description of Photograph

Title of Photograph  chediclub130
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
      Month  Day  Year
Description of Photograph

Title of Photograph  chediclub131
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
      Month  Day  Year
Description of Photograph

Title of Photograph  chediclub132
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
      Month  Day  Year
Description of Photograph

Title of Photograph  chediclub133
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
      Month  Day  Year
Description of Photograph

Title of Photograph  chediclub134
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
      Month  Day  Year
Description of Photograph

Ivandano & Shahir, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**C**

**B**

| | |
|---|---|
| Title of Photograph | chediclub135 |
| Date of First Publication | 12   August   2004 |
| | Nation of First Publication   Singapore |
| Description of Photograph | above |

| | |
|---|---|
| Title of Photograph | chediclub136 |
| Date of First Publication | 12   August   2004 |
| | Nation of First Publication   Singapore |
| Description of Photograph | above |

| | |
|---|---|
| Title of Photograph | chediclub137 |
| Date of First Publication | 12   August   2004 |
| | Nation of First Publication   Singapore |
| Description of Photograph | above |

| | |
|---|---|
| Title of Photograph | chediclub138 |
| Date of First Publication | 12   August   2004 |
| | Nation of First Publication   Singapore |
| Description of Photograph | above |

| | |
|---|---|
| Title of Photograph | chediclub139 |
| Date of First Publication | 12   August   2004 |
| | Nation of First Publication   Singapore |
| Description of Photograph | above |

| | |
|---|---|
| Title of Photograph | legianclub017 |
| Date of First Publication | 12   August   2004 |
| | Nation of First Publication   Singapore |
| Description of Photograph | above |

| | |
|---|---|
| Title of Photograph | legianclub018 |
| Date of First Publication | 12   August   2004 |
| | Nation of First Publication   Singapore |
| Description of Photograph | above |

| | |
|---|---|
| Title of Photograph | legianclub019 |
| Date of First Publication | 12   August   2004 |
| | Nation of First Publication   Singapore |
| Description of Photograph | above |

| | |
|---|---|
| Title of Photograph | legianclub020 |
| Date of First Publication | 12   August   2004 |
| | Nation of First Publication   Singapore |
| Description of Photograph | above |

| | |
|---|---|
| Title of Photograph | legianclub021 |
| Date of First Publication | 12   August   2004 |
| | Nation of First Publication   Singapore |
| Description of Photograph | above |

**C**

Name #
Harrison & Shultz, PC

Number/Street/Apt #
5001 Jefferson Davis Hwy., Suite 1102

City/Town/Zip #
Arlington, VA 22202-3604

**B**

Title of Photograph __legionclub022__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legion026__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legion027__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legion028__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legion029__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legion030__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legion031__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legion032__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legion033__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __legion034__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph ____

**C**

Name ▼
Jonathan & Kiuko, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian035 | | | |
| Date of First Publication | 12 _(Month)_ | August _(Day)_ | 2004 _(Year)_ | Nation of First Publication  Singapore |
| Description of Photograph _(Partial)_ | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian036 | | | |
| Date of First Publication | 12 _(Month)_ | August _(Day)_ | 2004 _(Year)_ | Nation of First Publication  Singapore |
| Description of Photograph _(Partial)_ | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian037 | | | |
| Date of First Publication | 12 _(Month)_ | August _(Day)_ | 2004 _(Year)_ | Nation of First Publication  Singapore |
| Description of Photograph _(Partial)_ | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian038 | | | |
| Date of First Publication | 12 _(Month)_ | August _(Day)_ | 2004 _(Year)_ | Nation of First Publication  Singapore |
| Description of Photograph _(Partial)_ | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian039 | | | |
| Date of First Publication | 12 _(Month)_ | August _(Day)_ | 2004 _(Year)_ | Nation of First Publication  Singapore |
| Description of Photograph _(Partial)_ | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian040 | | | |
| Date of First Publication | 12 _(Month)_ | August _(Day)_ | 2004 _(Year)_ | Nation of First Publication  Singapore |
| Description of Photograph _(Partial)_ | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian041 | | | |
| Date of First Publication | 12 _(Month)_ | August _(Day)_ | 2004 _(Year)_ | Nation of First Publication  Singapore |
| Description of Photograph _(Partial)_ | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian042 | | | |
| Date of First Publication | 12 _(Month)_ | August _(Day)_ | 2004 _(Year)_ | Nation of First Publication  Singapore |
| Description of Photograph _(Partial)_ | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian043 | | | |
| Date of First Publication | 12 _(Month)_ | August _(Day)_ | 2004 _(Year)_ | Nation of First Publication  Singapore |
| Description of Photograph _(Partial)_ | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian044 | | | |
| Date of First Publication | 12 _(Month)_ | August _(Day)_ | 2004 _(Year)_ | Nation of First Publication  Singapore |
| Description of Photograph _(Partial)_ | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennifuel & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | legian045 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Option) | | | | | |

| | Title of Photograph | legian046 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Option) | | | | | |

| | Title of Photograph | legian047 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Option) | | | | | |

| | Title of Photograph | legian048 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Option) | | | | | |

| | Title of Photograph | legian049 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Option) | | | | | |

| | Title of Photograph | legian050 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Option) | | | | | |

| | Title of Photograph | legian051 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Option) | | | | | |

| | Title of Photograph | legian052 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Option) | | | | | |

| | Title of Photograph | legian053 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Option) | | | | | |

| | Title of Photograph | legian054 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph | (Option) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | legian055 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | month | day | year | | |
| | Description of Photograph | none | | | | |

| | Title of Photograph | legian056 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | month | day | year | | |
| | Description of Photograph | none | | | | |

| | Title of Photograph | legian057 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | month | day | year | | |
| | Description of Photograph | none | | | | |

| | Title of Photograph | legian058 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | month | day | year | | |
| | Description of Photograph | none | | | | |

| | Title of Photograph | legian059 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | month | day | year | | |
| | Description of Photograph | none | | | | |

| | Title of Photograph | legian060 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | month | day | year | | |
| | Description of Photograph | none | | | | |

| | Title of Photograph | legian061 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | month | day | year | | |
| | Description of Photograph | none | | | | |

| | Title of Photograph | legian062 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | month | day | year | | |
| | Description of Photograph | none | | | | |

| | Title of Photograph | legian063 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | month | day | year | | |
| | Description of Photograph | none | | | | |

| | Title of Photograph | legian064 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | month | day | year | | |
| | Description of Photograph | none | | | | |

**C**

Name ▼
Bernius & Kuhn PC

Street / PO Box ▼
2661 Jefferson Davis Hwy, Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  legian065
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub140
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai001
Date of First Publication  20  October  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai002
Date of First Publication  20  October  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai003
Date of First Publication  20  October  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai004
Date of First Publication  20  October  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai005
Date of First Publication  20  October  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai006
Date of First Publication  20  October  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai007
Date of First Publication  20  October  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai008
Date of First Publication  20  October  2004  Nation of First Publication  Singapore
Description of Photograph

**C**

Name
Jennison & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai009 | | |
| Date of First Publication | 20 **Month** | October **Day** | 2004 **Year** | Nation of First Publication | Singapore |
| Description of Photograph **(Optional)** | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai010 | | |
| Date of First Publication | 20 **Month** | October **Day** | 2004 **Year** | Nation of First Publication | Singapore |
| Description of Photograph **(Optional)** | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai011 | | |
| Date of First Publication | 20 **Month** | October **Day** | 2004 **Year** | Nation of First Publication | Singapore |
| Description of Photograph **(Optional)** | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai002 | | |
| Date of First Publication | 20 **Month** | October **Day** | 2004 **Year** | Nation of First Publication | Singapore |
| Description of Photograph **(Optional)** | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai013 | | |
| Date of First Publication | 20 **Month** | October **Day** | 2004 **Year** | Nation of First Publication | Singapore |
| Description of Photograph **(Optional)** | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai014 | | |
| Date of First Publication | 20 **Month** | October **Day** | 2004 **Year** | Nation of First Publication | Singapore |
| Description of Photograph **(Optional)** | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai015 | | |
| Date of First Publication | 20 **Month** | October **Day** | 2004 **Year** | Nation of First Publication | Singapore |
| Description of Photograph **(Optional)** | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai016 | | |
| Date of First Publication | 20 **Month** | October **Day** | 2004 **Year** | Nation of First Publication | Singapore |
| Description of Photograph **(Optional)** | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai017 | | |
| Date of First Publication | 20 **Month** | October **Day** | 2004 **Year** | Nation of First Publication | Singapore |
| Description of Photograph **(Optional)** | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai018 | | |
| Date of First Publication | 20 **Month** | October **Day** | 2004 **Year** | Nation of First Publication | Singapore |
| Description of Photograph **(Optional)** | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

**B**

| | |
|---|---|
| **Title of Photograph** | chiangmai019 |
| **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| **Description of Photograph** | |

| | |
|---|---|
| **Title of Photograph** | chiangmai020 |
| **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| **Description of Photograph** | |

| | |
|---|---|
| **Title of Photograph** | chiangmai021 |
| **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| **Description of Photograph** | |

| | |
|---|---|
| **Title of Photograph** | chiangmai022 |
| **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| **Description of Photograph** | |

| | |
|---|---|
| **Title of Photograph** | chiangmai023 |
| **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| **Description of Photograph** | |

| | |
|---|---|
| **Title of Photograph** | chiangmai024 |
| **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| **Description of Photograph** | |

| | |
|---|---|
| **Title of Photograph** | chiangmai025 |
| **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| **Description of Photograph** | |

| | |
|---|---|
| **Title of Photograph** | chiangmai026 |
| **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| **Description of Photograph** | |

| | |
|---|---|
| **Title of Photograph** | chiangmai027 |
| **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| **Description of Photograph** | |

| | |
|---|---|
| **Title of Photograph** | chiangmai028 |
| **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| **Description of Photograph** | |

**C**

**Name** ▼
Jennison & Shultz, PC

**Number / Street / Apt** ▼
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip** ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ chiangmai029 _____
Date of First Publication __ 20 __ October __ 2004 __ Nation of First Publication _____ Singapore _____
Description of Photograph _____ none _____

Title of Photograph _____ chiangmai030 _____
Date of First Publication __ 20 __ October __ 2004 __ Nation of First Publication _____ Singapore _____
Description of Photograph _____ none _____

Title of Photograph _____ chiangmai031 _____
Date of First Publication __ 20 __ October __ 2004 __ Nation of First Publication _____ Singapore _____
Description of Photograph _____ none _____

Title of Photograph _____ chiangmai032 _____
Date of First Publication __ 20 __ October __ 2004 __ Nation of First Publication _____ Singapore _____
Description of Photograph _____ none _____

Title of Photograph _____ chiangmai033 _____
Date of First Publication __ 20 __ October __ 2004 __ Nation of First Publication _____ Singapore _____
Description of Photograph _____ none _____

Title of Photograph _____ chiangmai034 _____
Date of First Publication __ 20 __ October __ 2004 __ Nation of First Publication _____ Singapore _____
Description of Photograph _____ none _____

Title of Photograph _____ chiangmai035 _____
Date of First Publication __ 20 __ October __ 2004 __ Nation of First Publication _____ Singapore _____
Description of Photograph _____ none _____

Title of Photograph _____ chiangmai036 _____
Date of First Publication __ 20 __ October __ 2004 __ Nation of First Publication _____ Singapore _____
Description of Photograph _____ none _____

Title of Photograph _____ chiangmai037 _____
Date of First Publication __ 20 __ October __ 2004 __ Nation of First Publication _____ Singapore _____
Description of Photograph _____ none _____

Title of Photograph _____ chiangmai038 _____
Date of First Publication __ 20 __ October __ 2004 __ Nation of First Publication _____ Singapore _____
Description of Photograph _____ none _____

**C**

Name ▼
Jonathan B. Hudis, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    chiangmai039
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai040
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai041
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai042
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai043
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai044
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai045
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai046
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai047
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai048
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Ivanhoe & Banks, PC

Mason Street, Fred W
2011 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai049
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai050
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai051
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai052
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai053
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai054
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai055
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai056
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai057
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

Title of Photograph: chiangmai058
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph: street

**C**

Stanford & Kraft, PC

2011 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai059
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai060
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai061
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai062
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai063
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai064
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai065
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai066
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai067
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai068
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Denison M. Bisho, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Number | |
| Title of Photograph | chiangmai069 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | chiangmai070 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | chiangmai071 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | chiangmai072 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | chiangmai073 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | chiangmai074 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | chiangmai075 |
| Date of First Publication | 20 (Month) October (Day) 2004 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year)   Nation of First Publication |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year)   Nation of First Publication |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year)   Nation of First Publication |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration



**Form VA**
For a Work of the Visual Arts

**VA 1–432–330**

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**EFFECTIVE DATE OF REGISTRATION**

12    29    2010
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2006

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 362 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

**NAME OF AUTHOR ▼**

**a**  The Wave Design Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map      ☐ Technical drawing
☐ 2-Dimensional artwork      ☑ Photograph      ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design      ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map      ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph      ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design      ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed    2006
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Month  8/23    Day  12/12/2006    Year  2006
Complete this information ONLY if this work has been published.
Singapore    Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**  12-29-2010
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 20

EXAMINED BY _____  **FORM VA**

CHECKED BY

☐ CORRESPONDENCE
   Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____  **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                           **Account Number** ▼

Jennison & Shultz, P.C.                              080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  ( 703 ) 415-1640                    Fax number   ( 703 ) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☒ authorized agent of   **THE WAVE DESIGN PTE LTD**
                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                                                      Date  28 December 2010

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Jennison & Shultz, PC

**Number/Street/Apt** ▼
2001 Jefferson Davis Hwy.; Suite 1102

**City/State/Zip** ▼
Arlington, VA 22202-3604

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-330

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

12         29         2010
(Month)    (Day)      (Year)

**CONTINUATION SHEET RECEIVED**

Page  3  of  39  pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____ THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant _____ THE WAVE DESIGN PTE. LTD. , 10A Trengganu Street, Singapore 058464

## B
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | | |
|---|---|---|
| Title of Photograph | milan001 | |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | milan002 | |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | milan003 | |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | milan004 | |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | milan005 | |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |