# EXHIBIT 1-F

THE WAVE STUDIO, LLC
COMPLAINT

**B**

| | |
|---|---|
| Title of Photograph | milan006 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan007 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan008 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan009 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan010 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan011 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan012 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan013 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan014 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan015 |
| Date of First Publication | 23 August 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name
Emirhan & Sheila, PC

Number / Street / Apt #
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip #
Arlington, VA 22202-3604

**B**

Title of Photograph __milan016__
Date of First Publication __23__ __August__ __2005__    Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __milan017__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __milan018__
Date of First Publication __23__ __August__ __2005__    Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __milan019__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __milan020__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __milan021__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __milan022__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __milan023__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __milan024__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __milan025__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph ___

**C**

Stanton & Blatts, PC

2901 Jefferson Davis Hwy : Suite 1102

Arlington VA 22202-3604

**B**

Number

Title of Photograph  milan026
Date of First Publication  23  August  2006
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  milan027
Date of First Publication  23  August  2006
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  milan028
Date of First Publication  23  August  2006
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  milan029
Date of First Publication  23  August  2006
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  milan030
Date of First Publication  23  August  2006
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  milan031
Date of First Publication  23  August  2006
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  milan032
Date of First Publication  23  August  2006
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  milan033
Date of First Publication  23  August  2006
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  milan034
Date of First Publication  23  August  2006
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  milan035
Date of First Publication  23  August  2006
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave, S.E.
Washington, DC 20559-6000

**B**

Title of Photograph _____ milan036
Date of First Publication __23_____August_____2005___  Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan037
Date of First Publication __23_____August_____2006___  Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan038
Date of First Publication __23_____August_____2006___  Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan039
Date of First Publication __23_____August_____2006___  Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan040
Date of First Publication __23_____August_____2006___  Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan041
Date of First Publication __23_____August_____2006___  Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan042
Date of First Publication __23_____August_____2006___  Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan043
Date of First Publication __23_____August_____2006___  Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan044
Date of First Publication __23_____August_____2006___  Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan045
Date of First Publication __23_____August_____2006___  Nation of First Publication _____ Singapore
Description of Photograph _____

**C**

Sheldon A. Shultz, PC

2031 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph _____ milan046
Date of First Publication __ 23 _____ August _____ 2006 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan047
Date of First Publication __ 23 _____ August _____ 2006 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan048
Date of First Publication __ 23 _____ August _____ 2006 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan049
Date of First Publication __ 23 _____ August _____ 2006 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan050
Date of First Publication __ 23 _____ August _____ 2006 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan051
Date of First Publication __ 23 _____ August _____ 2006 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan052
Date of First Publication __ 23 _____ August _____ 2006 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan053
Date of First Publication __ 23 _____ August _____ 2006 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan054
Date of First Publication __ 23 _____ August _____ 2006 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ milan055
Date of First Publication __ 23 _____ August _____ 2006 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

**C**

Name ▼
Jennison A Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __milan056__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan057__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan058__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan059__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan060__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan061__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan062__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan063__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan064__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan065__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Sandman & Stein, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | milan066 | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | milan067 | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | milan068 | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | milan069 | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | milan070 | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | milan071 | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | milan072 | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | milan073 | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | seraiclub001 | | |
| | Date of First Publication | 4 (Month) | September (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | seraiclub002 | | |
| | Date of First Publication | 4 (Month) | September (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub003 | |
| Date of First Publication | 4　September　2006 | Nation of First Publication　Singapore |
| | (Month)　(Day)　(Year) | |
| Description of Photograph | (Option) | |

Registration
for a
Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub004 | |
| Date of First Publication | 4　September　2006 | Nation of First Publication　Singapore |
| | (Month)　(Day)　(Year) | |
| Description of Photograph | (Option) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub005 | |
| Date of First Publication | 4　September　2006 | Nation of First Publication　Singapore |
| | (Month)　(Day)　(Year) | |
| Description of Photograph | (Option) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub006 | |
| Date of First Publication | 4　September　2006 | Nation of First Publication　Singapore |
| | (Month)　(Day)　(Year) | |
| Description of Photograph | (Option) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub007 | |
| Date of First Publication | 4　September　2006 | Nation of First Publication　Singapore |
| | (Month)　(Day)　(Year) | |
| Description of Photograph | (Option) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub008 | |
| Date of First Publication | 4　September　2006 | Nation of First Publication　Singapore |
| | (Month)　(Day)　(Year) | |
| Description of Photograph | (Option) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub009 | |
| Date of First Publication | 4　September　2006 | Nation of First Publication　Singapore |
| | (Month)　(Day)　(Year) | |
| Description of Photograph | (Option) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub010 | |
| Date of First Publication | 4　September　2006 | Nation of First Publication　Singapore |
| | (Month)　(Day)　(Year) | |
| Description of Photograph | (Option) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub011 | |
| Date of First Publication | 4　September　2006 | Nation of First Publication　Singapore |
| | (Month)　(Day)　(Year) | |
| Description of Photograph | (Option) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub012 | |
| Date of First Publication | 4　September　2006 | Nation of First Publication　Singapore |
| | (Month)　(Day)　(Year) | |
| Description of Photograph | (Option) | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Sinitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS
IN THE SAME PACKAGE:

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph    seraiclub013
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub014
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub015
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub016
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub017
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub018
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub019
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub020
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub021
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub022
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___ seraiclub023
Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ seraiclub024
Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ seraiclub025
Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ seraiclub026
Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ seraiclub027
Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ seraiclub028
Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ seraiclub029
Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ seraiclub030
Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ seraiclub031
Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ seraiclub032
Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Fanizzo & Stalz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | |

Title of Photograph  seraiclub033

Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph  seraiclub034

Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph  seraiclub035

Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph  seraiclub036

Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph  seraiclub037

Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph  seraiclub038

Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph  seraiclub039

Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph  seraiclub040

Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph  seraiclub041

Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph  seraiclub042

Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jenison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | seraiclub043 |
| Date of First Publication | 4   September   2006 |
| | month   day   Year |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seraiclub044 |
| Date of First Publication | 4   September   2006 |
| Description of Photograph | |

Nation of First Publication   Singapore

| | |
|---|---|
| Title of Photograph | seraiclub045 |
| Date of First Publication | 4   September   2006 |
| Description of Photograph | |

Nation of First Publication   Singapore

| | |
|---|---|
| Title of Photograph | seraiclub046 |
| Date of First Publication | 4   September   2006 |
| Description of Photograph | |

Nation of First Publication   Singapore

| | |
|---|---|
| Title of Photograph | seraiclub047 |
| Date of First Publication | 4   September   2006 |
| Description of Photograph | |

Nation of First Publication   Singapore

| | |
|---|---|
| Title of Photograph | seraiclub048 |
| Date of First Publication | 4   September   2006 |
| Description of Photograph | |

Nation of First Publication   Singapore

| | |
|---|---|
| Title of Photograph | seraiclub049 |
| Date of First Publication | 4   September   2006 |
| Description of Photograph | |

Nation of First Publication   Singapore

| | |
|---|---|
| Title of Photograph | seraiclub050 |
| Date of First Publication | 4   September   2006 |
| Description of Photograph | |

Nation of First Publication   Singapore

| | |
|---|---|
| Title of Photograph | seraiclub051 |
| Date of First Publication | 4   September   2006 |
| Description of Photograph | |

Nation of First Publication   Singapore

| | |
|---|---|
| Title of Photograph | seraiclub052 |
| Date of First Publication | 4   September   2006 |
| Description of Photograph | |

Nation of First Publication   Singapore

**C**

Name ▼
Jindins & Shali, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph legian066
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian067
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian068
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian069
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian070
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian071
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian072
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian073
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian074
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian075
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

**C**

Jacobson & Shinks, PC

3001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: legian076
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian077
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian078
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian079
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian080
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian081
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian082
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian083
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian084
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian085
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jacobson & Shults, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph    legian086
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian087
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian088
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian089
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian090
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian091
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian092
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian093
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian094
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian095
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jacobson & Shalis, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-9804

**B**

Title of Photograph ..... legian096
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian097
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian098
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian099
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian100
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian101
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian102
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian103
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian104
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian105
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

**C**

Name ▼
Furniss & Sheils, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ legian106

Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional) ___

Title of Photograph ___ legian107

Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional) ___

Title of Photograph ___ legian108

Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional) ___

Title of Photograph ___ legian109

Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional) ___

Title of Photograph ___ legian110

Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional) ___

Title of Photograph ___ legian111

Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional) ___

Title of Photograph ___ legian112

Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional) ___

Title of Photograph ___ legian113

Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional) ___

Title of Photograph ___ legian114

Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional) ___

Title of Photograph ___ legian115

Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional) ___

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ____ lepian116
Date of First Publication __4__  October  2005    Nation of First Publication ____ Singapore
Description of Photograph _____

Title of Photograph ____ lepian117
Date of First Publication __4__  October  2006    Nation of First Publication ____ Singapore
Description of Photograph _____

Title of Photograph ____ lepian118
Date of First Publication __4__  October  2005    Nation of First Publication ____ Singapore
Description of Photograph _____

Title of Photograph ____ lepian119
Date of First Publication __4__  October  2006    Nation of First Publication ____ Singapore
Description of Photograph _____

Title of Photograph ____ lepian120
Date of First Publication __4__  October  2006    Nation of First Publication ____ Singapore
Description of Photograph _____

Title of Photograph ____ setai393
Date of First Publication __12__  December  2006    Nation of First Publication ____ Singapore
Description of Photograph _____

Title of Photograph ____ setai394
Date of First Publication __12__  December  2006    Nation of First Publication ____ Singapore
Description of Photograph _____

Title of Photograph ____ setai395
Date of First Publication __12__  December  2006    Nation of First Publication ____ Singapore
Description of Photograph _____

Title of Photograph ____ setai396
Date of First Publication __12__  December  2006    Nation of First Publication ____ Singapore
Description of Photograph _____

Title of Photograph ____ setai397
Date of First Publication __12__  December  2006    Nation of First Publication ____ Singapore
Description of Photograph _____

Name ▼
Santucce & Stein, PC

Number/Street/Apt ▼
1901 Jefferson Davis Hwy, Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | |
|---|---|
| Title of Photograph | setai398 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai399 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai400 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai401 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai402 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai403 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai404 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai405 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai406 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai407 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Fandora & Sholts, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number

Title of Photograph ___ setai408

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional)

Registration for a Group of Published Photographs (continued)

---

Number

Title of Photograph ___ setai409

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional)

---

Number

Title of Photograph ___ setai410

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional)

---

Number

Title of Photograph ___ setai411

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional)

---

Number

Title of Photograph ___ setai412

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional)

---

Number

Title of Photograph ___ setai413

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional)

---

Number

Title of Photograph ___ setai414

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional)

---

Number

Title of Photograph ___ setai415

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional)

---

Number

Title of Photograph ___ setai416

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional)

---

Number

Title of Photograph ___ setai417

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional)

---

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jenison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington, DC 20559-6000

**B**

Title of Photograph ___setai418___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___setai419___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___setai420___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___setai421___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___setai422___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___setai423___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___setai424___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___setai425___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___setai426___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___setai427___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___

**C**

Name ▼
Jackson & Sluth, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | sstar428 | | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| month | day | year | | | | |
| Description of Photograph | layout | | | | | |

| | Title of Photograph | mendocino001 | | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | layout | | | | | |

| | Title of Photograph | mendocino002 | | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | layout | | | | | |

| | Title of Photograph | mendocino003 | | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | layout | | | | | |

| | Title of Photograph | mendocino004 | | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | layout | | | | | |

| | Title of Photograph | mendocino005 | | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | layout | | | | | |

| | Title of Photograph | mendocino006 | | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | layout | | | | | |

| | Title of Photograph | mendocino007 | | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | layout | | | | | |

| | Title of Photograph | mendocino008 | | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | layout | | | | | |

| | Title of Photograph | mendocino009 | | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | layout | | | | | |

**C**

Name ▼
Simdson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    mendocino010
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
                                          Month        Day        Year
Description of Photograph

Title of Photograph    mendocino011
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
                                          Month        Day        Year
Description of Photograph

Title of Photograph    mendocino012
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
                                          Month        Day        Year
Description of Photograph

Title of Photograph    mendocino013
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
                                          Month        Day        Year
Description of Photograph

Title of Photograph    mendocino014
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
                                          Month        Day        Year
Description of Photograph

Title of Photograph    mendocino015
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
                                          Month        Day        Year
Description of Photograph

Title of Photograph    mendocino016
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
                                          Month        Day        Year
Description of Photograph

Title of Photograph    mendocino017
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
                                          Month        Day        Year
Description of Photograph

Title of Photograph    mendocino018
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
                                          Month        Day        Year
Description of Photograph

Title of Photograph    mendocino019
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
                                          Month        Day        Year
Description of Photograph

**C**

Name ▼
Stockton & Stockton, PC

Number / Street Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino020 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | none | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino021 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | none | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino022 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | none | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino023 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | none | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino024 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | none | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino025 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | none | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino026 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | none | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino027 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | none | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino028 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | none | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino029 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | none | | | |

**C**

Name ▼
Jacobson & Shula, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    mendocino030
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino031
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino032
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino033
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino034
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino035
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino036
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino037
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino038
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino039
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jandinn & Shaha, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino040 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | digital | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino041 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | digital | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino042 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | digital | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino043 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | digital | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino044 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | digital | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino045 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | digital | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino046 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | digital | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino047 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | digital | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino048 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | digital | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino049 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | digital | | |

**C**

| | |
|---|---|
| Name ▼ | Abelman & Shahs, PC |
| Number / Street / Apt ▼ | 2081 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

Title of Photograph _____ mendocino050
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino051
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino052
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino053
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino054
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino055
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino056
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino057
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino058
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino059
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication _____ Singapore
Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __mendocino050__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __mendocino061__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __mendocino062__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __mendocino063__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __mendocino064__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __mendocino065__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __mendocino066__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __mendocino067__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __mendocino068__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __mendocino069__
Date of First Publication __12__ __December__ __2006__  Nation of First Publication __Singapore__
Description of Photograph __none__

**C**

Name ▼
Kneitart & Shaha, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / Town / St ▼
Arlington, VA 22202-3604

**Title of Photograph** mendocino070
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**B**

**Title of Photograph** mendocino071
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino072
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino073
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino074
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino075
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino076
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino077
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino078
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino079
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

Name ▼
Gauthier & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Registration for a Group of Published Photographs (continued)

Title of Photograph    mendocino080
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino081
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino082
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino083
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino084
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino085
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino086
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino087
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino088
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino089
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph   mendocino090
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino091
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino092
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino093
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino094
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino095
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino096
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino097
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino098
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino099
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

**C**

Name ▼
Jacobson & Bhatia, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino100 ___
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino101 ___
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino102 ___
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino103 ___
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino104 ___
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino105 ___
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino106 ___
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino107 ___
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino108 ___
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino109 ___
Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___
Description of Photograph _____

Name ▼
Jiménez & Reale, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph ___ mendocino110 ___
Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino111 ___
Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino112 ___
Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino113 ___
Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino114 ___
Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino115 ___
Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino116 ___
Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino117 ___
Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino118 ___
Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino119 ___
Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Name ▼
Jameson & Stahr, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino120
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ____

Title of Photograph ___ mendocino121
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ____

Title of Photograph ___ mendocino122
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ____

Title of Photograph ___ mendocino123
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ____

Title of Photograph ___ mendocino124
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ____

Title of Photograph ___ mendocino125
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ____

Title of Photograph ___ mendocino126
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ____

Title of Photograph ___ mendocino127
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ____

Title of Photograph ___ mendocino128
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ____

Title of Photograph ___ mendocino129
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ____

**C**

Name ▼
Jamison E. Stein, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy - Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __mendocino130__
Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino131__
Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino132__
Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino133__
Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino134__
Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino135__
Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino136__
Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino137__
Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino138__
Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __mendocino139__
Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Ikenson & Hintz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    mendocino140
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph    None

Title of Photograph    mendocino141
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph    None

Title of Photograph    mendocino142
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph    None

Title of Photograph    mendocino143
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph    None

Title of Photograph    mendocino144
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph    None

Title of Photograph    mendocino145
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph    None

Title of Photograph    mendocino146
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph    None

Title of Photograph
Date of First Publication    Month    Day    Year    Nation of First Publication
Description of Photograph    None

Title of Photograph
Date of First Publication    Month    Day    Year    Nation of First Publication
Description of Photograph    None

Title of Photograph
Date of First Publication    Month    Day    Year    Nation of First Publication
Description of Photograph    None

Name
Sandman & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**C**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-331**

4V00001432331#

**EFFECTIVE DATE OF REGISTRATION**

| 12 | 30 | 2010 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**

The Wave Pte. Ltd.  Photographs 2005 (A)

**NATURE OF THIS WORK ▼ See Instructions**

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 327 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

---

**2**

**NAME OF AUTHOR ▼**

**a**  The Wave Pte. Ltd.

**DATES OF BIRTH AND DEATH**
**Year Born ▼     Year Died ▼**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of
☐ Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☒ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
**Year Born ▼     Year Died ▼**

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of
☐ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

---

**3**

**a**  **Year in Which Creation of This Work Was Completed**  2005
This information must be given in all cases.

**b**  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month  Jan. 18 – June 15     Day     Year 2005
Nation  Singapore

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE PTE. LTD.;
36 Sago Street, Singapore 059027

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

**APPLICATION RECEIVED**
12-30-2010

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE