# EXHIBIT 1-I

THE WAVE STUDIO, LLC
COMPLAINT

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REG      VA 1–432–336

**USE ONLY WITH FORM VA**

**EFFECTIVE DATE OF REGISTRATION**

*1*          *5*          *2011*
(Month)        (Day)         (Year)

**CONTINUATION SHEET RECEIVED**

Page __3__ of __4__ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with your completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author      **WAVE-S**

Name of Copyright Claimant      **WAVE-S**

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Number

Title of Photograph __legianclub016__
Date of First Publication __July__ __12__ __2002__     Nation of First Publication __Singapore__
                        (Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

Number

Title of Photograph __legianclub023__
Date of First Publication __July__ __12__ __2002__     Nation of First Publication __Singapore__
                        (Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

Number

Title of Photograph __legianclub024__
Date of First Publication __July__ __12__ __2002__     Nation of First Publication __Singapore__
                        (Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

Number

Title of Photograph __legianclub025__
Date of First Publication __July__ __12__ __2002__     Nation of First Publication __Singapore__
                        (Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

Number

Title of Photograph __legianclub026__
Date of First Publication __July__ __12__ __2002__     Nation of First Publication __Singapore__
                        (Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legianclub027 | | | | **B** |
| | Date of First Publication | July | 12 | 2002 | Nation of First Publication  Singapore | |
| | | (Month) | (Day) | (Year) | | Registration for Group of Published Photographs (continued) |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legianclub028 | | | |
| | Date of First Publication | July | 12 | 2002 | Nation of First Publication  Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legianclub029 | | | |
| | Date of First Publication | July | 12 | 2002 | Nation of First Publication  Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legianclub030 | | | |
| | Date of First Publication | July | 12 | 2002 | Nation of First Publication  Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legianclub031 | | | |
| | Date of First Publication | July | 12 | 2002 | Nation of First Publication  Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legianclub032 | | | |
| | Date of First Publication | July | 12 | 2002 | Nation of First Publication  Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legianclub033 | | | |
| | Date of First Publication | July | 12 | 2002 | Nation of First Publication  Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legianclub034 | | | |
| | Date of First Publication | July | 12 | 2002 | Nation of First Publication  Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | | | | |
| | Date of First Publication | | | | Nation of First Publication |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | | | | |
| | Date of First Publication | | | | Nation of First Publication |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph (Optional) | | | | |

| Certificate will be mailed in window envelope to this address | Name ▼  Jennison & Shultz, P.C. | **C** |
|---|---|---|
| | Number / Street / Apt ▼  2001 Jefferson Davis Highway, Suite 1102 | • Complete all necessary spaces • Sign your application |
| | City / State / Zip ▼  Arlington, VA 22202-3604 | 1  Application form 2  Nonrefundable fee in check or money order payable to Register of Copyrights 3  Deposit material |
| | | Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1-433-816**

EFFECTIVE DATE OF REGISTRATION

MAY   2   2013
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

Wave-s Photographs 2002 (C)

NATURE OF THIS WORK ▼ See Instructions

Photographs

Previous or Alternative Titles ▼

Group Registration/Published Photos - 6 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ ___ Number ▼ ___ Issue Date ▼ ___ On Pages ▼ ___

**2**

**a** NAME OF AUTHOR ▼

Wave-s (employer for hire of Masano Kawana)

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in Singapore

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2002
This information must be given in all cases.
Year

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month July 12-20 Day ___ Year 2002
Singapore
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Wave Studio, LLC; One Barkley Avenue, White Plains, NY 10601

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement.

APPLICATION RECEIVED
5/2/2013
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
5/2/2013

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 p

EXAMINED BY _____  FOR

CHECKED BY

☑ CORRESPONDENCE
   Yes

F
COP
OF
L
O

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

See ins
before
this sp

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

Jennison & Shultz, P.C.                         080519

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

**b**

Area code and daytime telephone number   ( 703 ) 415-1640        Fax number   ( 703 ) 415-0788

Email  John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   The Wave Studio, LLC
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                                      Date  4/30/2013

Handwritten signature (X) ▼

X _____

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in co with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA  1-433-816

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

MAY        2       2013
(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

5 / 2 / 2013
Page __3__ of __4__ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author · Wave-s

Name of Copyright Claimant  The Wave Studio, LLC; One Barkley Avenue, White Plains, NY 10601

---

**B**
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**1**
Title of Photograph  legianclub035
Date of First Publication  July  12  2002  Nation of First Publication  Singapore
(Month) (Day) (Year)
Description of Photograph

**2**
Title of Photograph  legianclub036
Date of First Publication  July  12  2002  Nation of First Publication  Singapore
(Month) (Day) (Year)
Description of Photograph

**3**
Title of Photograph  legianclub037
Date of First Publication  July  12  2002  Nation of First Publication  Singapore
(Month) (Day) (Year)
Description of Photograph

**4**
Title of Photograph  legianclub038
Date of First Publication  July  12  2002  Nation of First Publication  Singapore
(Month) (Day) (Year)
Description of Photograph

**5**
Title of Photograph  legianclub039
Date of First Publication  July  12  2002  Nation of First Publication  Singapore
(Month) (Day) (Year)
Description of Photograph

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number 6 | | |
|---|---|---|
| Title of Photograph | lalu159 | |
| Date of First Publication | July (Month)  20 (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)  (Day)  (Year) | Nation of First Publication |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)  (Day)  (Year) | Nation of First Publication |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)  (Day)  (Year) | Nation of First Publication |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)  (Day)  (Year) | Nation of First Publication |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)  (Day)  (Year) | Nation of First Publication |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)  (Day)  (Year) | Nation of First Publication |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)  (Day)  (Year) | Nation of First Publication |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)  (Day)  (Year) | Nation of First Publication |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)  (Day)  (Year) | Nation of First Publication |
| Description of Photograph | (Optional) | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-758-524

**Effective date of
registration:**

February 18, 2011

---

## Title

| | |
|---|---|
| **Title of Work:** | Wave-s Photographs 2004 (B) |
| **Previous or Alternative Title:** | Group Registration / Published Photos - 14 photographs |
| **Nature of Work:** | Photographs |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2004 | | |
| **Date of 1st Publication:** | May 30, 2004 | **Nation of 1st Publication:** | Singapore |

## Author

| | |
|---|---|
| ▪ **Author:** | Wave-s (employer for hire of Masano Kawana) |
| **Author Created:** | Photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Singapore |
| **Anonymous:** | No    **Pseudonymous:** No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | WAVE-S |
| | 46 South Bridge Road, #04-02, Kingly Building, 058679, Singapore |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Lee Kar Yin |
| **Date:** | February 17, 2011 |

---

**Registration #:**   VA0001758524
**Service Request #:**   1-570833555



Jennison & Shultz, P.C.
Attn: John N. Jennison, Esq.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-055-458

**Effective date of
registration:**

February 18, 2011

## Title

| | |
|---|---|
| **Title of Work:** | The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 - setai803 |
| **Previous or Alternative Title:** | Group Registration / Unpublished Photos - 375 photographs |
| **Nature of Work:** | photographs |

## Completion/Publication

**Year of Completion:** 2005

## Author

| | |
|---|---|
| ■     **Author:** | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| **Author Created:** | Photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Singapore |
| **Anonymous:** | No           **Pseudonymous:** No |

## Copyright claimant

**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore 058464

## Limitation of copyright claim

**Previously registered:** No

## Certification

| | |
|---|---|
| **Name:** | Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd. |
| **Date:** | February 18, 2011 |

**Registration #:**  VAU001055458
**Service Request #:**  1-571517046



Jennison & Shultz, P.C.
Attn: John N. Jennison, Esq.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-055-459

**Effective date of registration:**

February 18, 2011

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) setai804 - setai958; setai960 - setai1179

**Previous or Alternative Title:** Group Registration / Unpublished Photos - 375 photographs

**Nature of Work:** photographs

## Completion/Publication

**Year of Completion:** 2005

## Author

**■ Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** Photographs

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore 058464

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd.

**Date:** February 18, 2011

**Registration #:**  VAU001055459
**Service Request #:**  1-571517011



Jennison & Shultz, P.C.
Attn: John N. Jennison
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
## VA 1-765-854

**Effective date of registration:**
January 10, 2011

## Title

**Title of Work:** The Wave Design Pte. Ltd. published legian 121

**Nature of Work:** photograph

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** October 4, 2006    **Nation of 1st Publication:** Singapore

## Author

- **Author:** The Wave Design Pte. Ltd.

**Author Created:** Photograph

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore, 058679

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin

**Date:** December 28, 2010

**Registration #:**   VA0001765854
**Service Request #:**   1-546889984



Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy; Suite II 02
Arlington, VA 2202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-824-376

**Effective date of
registration:**

June 5, 2012

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. - datai105

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 10, 2005          **Nation of 1st Publication:** Singapore

## Author

■          **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification

**Name:** John Jennison

**Date:** June 5, 2012

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-825-249

**Effective date of
registration:**

June 5, 2012

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. - detai104

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 10, 2005          **Nation of 1st Publication:** Singapore

## Author

■ **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** detai085 photo

**Previous registration and year:** VA 1-432-331     2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John Jennison

**Date:** June 5, 2012

---

**Correspondence:** Yes

Page 1 of 1

**Registration #:**  VA0001825249
**Service Request #:**  1-776639512

Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-825-264

**Effective date of registration:**

June 4, 2012

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. - andaman067

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 10, 2005    **Nation of 1st Publication:** Singapore

## Author

- **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** andaman006 photo

**Previous registration and year:** VA 1-432-332    2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John Jennison

**Date:** June 4, 2012

---

**Correspondence:** Yes

**Registration #:**   VA0001825264
**Service Request #:**   1-776145042

Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-825-429**

**Effective date of
registration:**

May 31, 2012

## Title

**Title of Work:** Wave-s Photographs 2004 (D) - chediclub141

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** August 12, 2004    **Nation of 1st Publication:** Singapore

## Author

**Author:** Wave-s (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** photo: chediclub033

**Previous registration and year:** VA 1-432-329    2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John Jennison

**Date:** August 1, 2012

**Correspondence:** Yes

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-825-431

**Effective date of
registration:**

May 31, 2012

## Title

**Title of Work:** Wave-s Photographs 2004 (C) - legian122

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** August 12, 2004        **Nation of 1st Publication:** Singapore

## Author

**Author:** Wave-s (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, United States

**Transfer Statement:** by written agreement

## Certification

**Name:** John Jennison

**Date:** August 1, 2012

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-829-021

**Effective date of
registration:**

August 27, 2012

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. - andaman068

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 10, 2005     **Nation of 1st Publication:** Singapore

## Author

■     **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** andaman052 photo

**Previous registration and year:** VA 1-432-332     2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John Jennison

**Date:** June 26, 2012

**Registration #:**  VA0001829021
**Service Request #:**  1-786544322

Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-842-228

**Effective date of registration:**

December 6, 2012

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. - bkk018 - bkk025

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** February 7, 2007 **Nation of 1st Publication:** Singapore

## Author

**Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification

**Name:** John Jennison

**Date:** December 6, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-842-230

**Effective date of
registration:**

December 6, 2012

## Title

**Title of Work:** Wave-s Photographs 2004 - chiangmai239

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** October 20, 2004     **Nation of 1st Publication:** Singapore

## Author

**Author:** Wave-s (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification

**Name:** John Jennison

**Date:** December 6, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-857-706

**Effective date of registration:**

April 16, 2013

---

## Title

**Title of Work:** Wave-S Photographs 2002 - lalu159

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** July 20, 2002  **Nation of 1st Publication:** Singapore

## Author

**Author:** Wave-S (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification

**Name:** John Jennison

**Date:** April 16, 2013

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-055-458

**Effective date of
registration:**

February 18, 2011

---

## Title

| | |
|---|---|
| **Title of Work:** | The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 - setai803 |
| **Previous or Alternative Title:** | Group Registration / Unpublished Photos - 375 photographs |
| **Nature of Work:** | photographs |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |

## Author

| | |
|---|---|
| ■ **Author:** | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| **Author Created:** | Photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Singapore |
| **Anonymous:** | No     **Pseudonymous:** No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | THE WAVE DESIGN PTE. LTD. |
| | 10A Trengganu Street, Singapore 058464 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd. |
| **Date:** | February 18, 2011 |

**Registration #:**  VAU001055458
**Service Request #:**  1-571517046



Jennison & Shultz, P.C.
Attn: John N. Jennison, Esq.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-055-459

**Effective date of
registration:**

February 18, 2011

---

## Title
**Title of Work:** The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) setai804 - setai958; setai960 - setai1179

**Previous or Alternative Title:** Group Registration / Unpublished Photos - 375 photographs

**Nature of Work:** photographs

## Completion/Publication
**Year of Completion:** 2005

## Author
■           **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** Photographs

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Anonymous:** No                          **Pseudonymous:** No

## Copyright claimant
**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore 058464

## Limitation of copyright claim
**Previously registered:** No

## Certification
**Name:** Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd.

**Date:** February 18, 2011

---

**Registration #:**   VAU001055459
**Service Request #:**   1-571517011



Jennison & Shultz, P.C.
Attn: John N. Jennison
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VAu 1-057-927**

**Effective date of registration:**

December 30, 2010

---

## Title

**Title of Work:** The Wave Pte. Ltd. unpublished setai 182

**Nature of Work:** photograph

## Completion/Publication

**Year of Completion:** 2005

## Author

- **Author:** The Wave Pte. Ltd.

**Author Created:** photograph

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** The Wave Pte. Ltd.
36 Sago Street, Singapore, 059027

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin

**Date:** December 29, 2010

**Registration #:** VAU001057927
**Service Request #:** 1-543670416

Jennison & Schultz, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

# VAu 1-060-180

**Effective date of registration:**

December 30, 2010

## Title

**Title of Work:** The Wave Design Pte. Ltd. unpublished setaiO183; 0184

**Nature of Work:** photographs

## Completion/Publication

**Year of Completion:** 2005

## Author

**Author:** The Wave Design Pte. Ltd.

**Author Created:** Photograph

**Work made for hire:** Yes

**Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore, 058464

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin

**Date:** December 29, 2010

**Registration #:**  VAU001060180
**Service Request #:**  1-543670205



Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-060-182

**Effective date of registration:**

December 30, 2010

---

## Title

**Title of Work:** Wave-s unpublished setai959

**Nature of Work:** photograph

## Completion/Publication

**Year of Completion:** 2004

## Author

■ **Author:** Wave-s

**Author Created:** Photograph

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** WAVE-S

46 South Bridge Road, #04-02, Kingly Building, Singapore, 058679

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin

**Date:** December 29, 2010

**Registration #:**   VAU001060182
**Service Request #:**   1-543670466



Jennison & Shultz, P.C.
2001 Jefferson Davis Highway, Suite 1 102
Arlington, VA 22202-3604

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-110-867**

**Effective date of
registration:**

September 7, 2012

## Title
**Title of Work:** The Wave Design Pte. Ltd. - Unpublished Photograph setai1180

## Completion/Publication
**Year of Completion:** 2005

## Author
**■ Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant
**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification
**Name:** John Jennison

**Date:** September 7, 2012

**Registration #:**   VAU001110867
**Service Request #:**   1-820050022



Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-144-751

**Effective date of registration:**

July 19, 2013

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. - Unpublished setai1181

## Completion/Publication

**Year of Completion:** 2005

## Author

**Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** setai287 photo

**Previous registration and year:** VA 1-432-332    2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John N. Jennison

**Date:** July 19, 2013

---