

Virgin Atlantic – Hotels and Cars – Hotel details for Carcosa Seri Negara

# Hotels and cars just for you...

## virgin atlantic

Home > Book Flights and More > Book Hotel

Previous | Search | Hotels | Hotel info | Car | Passengers | Payment

The details of your chosen hotel are shown below. If you're happy with your choice simply enter the number of rooms you require and click 'Book now'.

## Carcosa Seri Negara ★★★★★ 5

Location. Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers. Hotel Features.

Scroll down to read more ▽

Earn miles

View location map

| Rooms | Board basis | Average Cost (pn) | TOTAL | No. of rooms | |
|---|---|---|---|---|---|
| Stately suite | English Breakfast | £236.65 | £236.65 | 1 | BOOK NOW |
| Stately suite | English Breakfast | £473.30 | £473.30 | 2 | BOOK NOW |

To choose your rooms and continue your booking click 'Book now'.

## HOTEL INFORMATION

**Location.**
Carcosa Seri Negara is located in central Kuala Lumpur, close to Lake Gardens, Malaysian Houses of Parliament, and Kuala Lumpur Bird Park. Nearby points of interest also include Merdeka Square and Petronas Twin Towers.

See enlarged photo

**Hotel Features.**
Dining options at Carcosa Seri Negara include a restaurant and a coffee shop/café. A bar/lounge is open for drinks. Room service is available during limited hours. This 5-star property has a business center and offers a meeting/conference room, audio-visual equipment, and business services. High-speed Internet access is available in public areas. The property offers an area shuttle (surcharge). Guest parking is complimentary. Additional property amenities include a rooftop terrace, a concierge desk, and multilingual staff. This is a smoke-free property.

**Guestrooms.**
Air-conditioned guestrooms at Carcosa Seri Negara feature minibars and coffee/tea makers. In addition to complimentary newspapers and safes, guestrooms offer phones. Televisions have DVD players.

## ROOM INFORMATION

**Grand suite makmur**
&lt;strong&gt;&lt;ul&gt;&lt;li&gt;1 king&lt;/li&gt;&lt;/ul&gt;&lt;/strong&gt;Television with premium cable/satellite channels and DVD player. In-room safe. Complimentary newspapers. Minibar. Iron/ironing board. Air conditioning.

See enlarged photo

**Stately suite**
&lt;strong&gt;&lt;ul&gt;&lt;li&gt;1 king&lt;/li&gt;&lt;/ul&gt;&lt;/strong&gt;Television with premium cable/satellite channels and DVD player. In-room safe. Complimentary newspapers. Minibar. Iron/ironing board. Air conditioning.

## ADDITIONAL INFORMATION

You must present a photo ID when checking in. Your credit card is charged at the time you book. Bed type and smoking preferences are not guaranteed.Your reservation is prepaid and is guaranteed for late arrival. The total charge includes

### YOUR SEARCH

**You searched for:**
At least 1.0★ hotels
around Kuala Lumpur
Checking in: 18 Apr 12
Checking out: 19 Apr 12
For 2 Adults, 0 Children and 0 Infants

BACK TO SEARCH RESULTS

POWERED BY Virgin HOLIDAYS

Please note all bookings made through the Virgin Atlantic Travelplus website are managed by Virgin Holidays. For any queries regarding your hotel or car hire booking made via the Virgin Atlantic Travelplus website, please contact Virgin Holidays directly.

**DOUBLE FLYING CLUB MILES**

Earn 2 miles for every £1 you spend when you book a car through this page.







# Hotels and cars just for you...

virgin atlantic

Home > Book Flights and More > Book Hotel

Previous | Search | Hotels | Hotel info | Car | Passengers | Payment

The details of your chosen hotel are shown below. If you're happy with your choice simply enter the number of rooms you require and click 'Book now'.

## The Chedi Club at Tanah Gajah, Ubud ★★★★★ 5

**Location.** The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace. Hotel Features.

Scroll down to read more

Flying club — Earn miles

View location map

| Rooms | Board basis | Average Cost (pn) | TOTAL | No. of rooms | |
|---|---|---|---|---|---|
| One bedroom suite | Full Breakfast | £297.30 | **£297.30** | 1 | BOOK NOW |

To choose your room and continue your booking click 'Book now'

### HOTEL INFORMATION

See enlarged photo

**Location.**
The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Monkey Forest, and Rudana Museum. Additional points of interest include Puser Tasik Temple and Ubud Royal Palace.
**Hotel Features.**
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary cooked-to-order breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is available in public areas. This Ubud property has 35 square meters of event space. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a roundtrip airport shuttle (available on request). Wedding services, concierge services, and tour assistance are available. Complimentary guest parking is limited, and available on a first-come, first-served basis. Additional property amenities include multilingual staff, gift shops/newsstands, and currency exchange. A total renovation of this property was completed in July 2004.

**Guestrooms.**
20 air-conditioned guestrooms at The Chedi Club at Tanah Gajah, Ubud feature minibars and CD players. Accommodations offer garden views. Beds come with down comforters and premium bedding. These individually furnished and decorated rooms include desks. Accommodations include espresso makers and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads and rainfall showerheads. They also offer double sinks, makeup/shaving mirrors, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer direct-dial phones. LCD televisions have premium cable channels and DVD players. Also included are complimentary bottled water and windows that open. Guests may request irons/ironing boards and wake-up calls. A nightly turndown service is offered and housekeeping is available daily.

**Notifications and Fees:**
• All guests staying in hotel guestrooms must be registered with the hotel.

---

### YOUR SEARCH

You searched for:

At least 5.0★ hotels
around Bali
Checking in: 18 Apr 12
Checking out: 19 Apr 12
For 2 Adults, 0 Children and 0 Infants

BACK TO SEARCH RESULTS

POWERED BY HOLIDAYS

Please note all bookings made through the Virgin Atlantic Travelplus website are managed by Virgin Holidays. For any queries regarding your hotel or car hire booking made via the Virgin Atlantic Travelplus website, please contact Virgin Holidays directly.

### DOUBLE FLYING CLUB MILES

Earn 2 miles for every £1 you spend when you book a car through this page.

Case 7:15-cv-05960-CS    Document 1-10    Filed 03/02/15    Page 4 of 30






- No pets, including service animals, are allowed at this property.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- Deposit: USD 100 per night (for stays between 1 January - 31 December)

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

**Notifications and Fees:**

- All guests staying in hotel guestrooms must be registered with the hotel.
- No pets, including service animals, are allowed at this property.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- Deposit: USD 100 per night (for stays between 1 January - 31 December)

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

## ROOM INFORMATION

**One bedroom suite**

&lt;strong&gt;&lt;ul&gt;&lt;li&gt;1       double&lt;/li&gt;&lt;li&gt;1       sleeper sofa&lt;/li&gt;&lt;/ul&gt;&lt;/strong&gt;Premium bedding includes cotton linens and down duvet. &lt;strong&gt;753 square feet&lt;/strong&gt;. Windows open to &lt;strong&gt;view of the garden&lt;/strong&gt;. Desk. CD player. LCD television with premium cable channels and DVD player. &lt;strong&gt;Complimentary wired Internet access&lt;/strong&gt;. In-room safe. Minibar and espresso maker. Ensuite bathroom includes separate bathtub and shower with handheld showerhead and rainfall showerhead. Bath amenities include double sink, phone, and hair dryer. Bathrobes and slippers. Air conditioning.

[See enlarged photo](#)

**One bedroom pool villa**

&lt;strong&gt;&lt;ul&gt;&lt;li&gt;1       double&lt;/li&gt;&lt;li&gt;1       sleeper sofa&lt;/li&gt;&lt;/ul&gt;&lt;/strong&gt;Premium bedding includes cotton linens and down duvet. &lt;strong&gt;3014 square feet&lt;/strong&gt;. Windows open to       &lt;strong&gt;view     of     the     garden&lt;/strong&gt;;    and &lt;strong&gt;pool&lt;/strong&gt;;.    &lt;strong&gt;Private    pool&lt;/strong&gt;;. Separate dining area. &lt;strong&gt;Fireplace&lt;/strong&gt;;. Desk. CD player. LCD television with premium cable channels and DVD player. &lt;strong&gt;Complimentary wired Internet access&lt;/strong&gt;;. Laptop-compatible safe and in-room safe. Minibar and espresso maker. Ensuite bathroom includes separate bathtub and shower with handheld showerhead and rainfall showerhead. Bath amenities include double sink, phone, and hair dryer. Bathrobes and slippers. Air conditioning.

## ADDITIONAL INFORMATION

You must present a photo ID when checking in. Your credit card is charged at the time you book. Bed type and smoking preferences are not guaranteed.Your reservation is prepaid and is guaranteed for late arrival. The total charge includes all room charges and taxes, as well as fees for access and booking. Any incidental charges such as parking, phone calls, and room service will be handled directly between you and the property.

Note: It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. www.virginatlantictravelplus.com is not responsible for any inaccuracies in the photos.

## WHAT NOW?

**Book now**

Hotel look ok? **Return to the top of the page and book this hotel**

or

Look at other hotels on **your list**

Contact Us | FAQs | Accessibility | Privacy & Security | Terms & Conditions | Cookies |

© Copyright 2012 Virgin Holidays Ltd. All rights reserved.





Virgin Atlantic – Available hotels for your search

## The Andaman, a Luxury Collection Resort, Langkawi
✓✓✓✓✓ 5.0

A slice of paradise, the Andaman in Langkawi is the perfect tropical hideaway.

Room options and more details on this hotel

**Hotel facilities include:**
- Tennis
- Bar
- Swimming Pool
- Fitness Centre
- Windsurfing

*club* Earn miles

| Rooms | Board basis | Average Cost (pn) | TOTAL | |
|---|---|---|---|---|
| Deluxe rainforest | Room Only | £198.70 | **£198.70** | BOOK NOW |

To choose your room and continue your booking click 'Book now'.

## The Westin Langkawi Resort & Spa
✓✓✓✓✓ 5.0

In a magical setting on Langkawi Island, you will feel your senses come alive at the Westin.

Room options and more details on this hotel

**Hotel facilities include:**
- Breakfast
- Tennis
- Bar
- Swimming Pool
- Sailing

*club* Earn miles

| Rooms | Board basis | Average Cost (pn) | TOTAL | |
|---|---|---|---|---|
| 1 bed partial ocean view pool villa | Bed and Breakfast | £478.27 | **£478.27** | BOOK NOW |

To choose your room and continue your booking click 'Book now'.

## The Datai Langkawi
✓✓✓✓✓ 5.0

Setting new standards of luxury, the Datai Langkawi is simply drenched in glamour with world-class facilities at your disposal and a stunning film-set location.

Room options and more details on this hotel

**Hotel facilities include:**
- Tennis
- Swimming Pool
- Fitness Centre

*club* Earn miles

| Rooms | Board basis | Average Cost (pn) | TOTAL | |
|---|---|---|---|---|
| Deluxe room | Room Only | £450.31 | **£450.31** | BOOK NOW |

To choose your room and continue your booking click 'Book now'.

## Sheraton Langkawi Beach Resort
★★★★★ 4.5

Location. Sheraton Langkawi Beach Resort is located on the beach in Langkawi, close to Langkawi Beach, Oriental Village, and Langkawi Cable Car. Other points of interest are

Room options and more details on this hotel

**Hotel facilities include:**
- Business Centre
- Fitness Centre
- Internet access svailable
- Pool
- Restaurant on-site

*club* Earn miles

| Rooms | Board basis | Average Cost (pn) | TOTAL | No. of rooms |
|---|---|---|---|---|

Case 1:11-cv-09960-CS    Document 1-10    Filed 03/02/15    Page 9 of 30

# Hotels and cars just for you...

**virgin** atlantic

Home > Book Flights and More > Book Hotel

« Previous | Search | Hotels | Hotel info | Car | Passengers | Payment

The details of your chosen hotel are shown below. If you're happy with your choice simply enter the number of rooms you require and click 'Book now'.

## The Datai Langkawi ✓✓✓✓✓ 5.0



Setting new standards of luxury, the Datai Langkawi is simply drenched in glamour with world-class facilities at your disposal and a stunning film-set location.

Scroll down to read more

flying club    Earn miles

**Hotel facilities include:**
- Tennis
- Swimming Pool
- Fitness Centre

| Rooms | Board basis | Average Cost (pn) | TOTAL | No. of rooms | |
|---|---|---|---|---|---|
| Deluxe room | Room Only | £447.31 | £447.31 | 1 | BOOK NOW |
| Deluxe room | Bed and Breakfast | £511.61 | £511.61 | 1 | BOOK NOW |
| Deluxe room | Half Board | £637.42 | £637.42 | 1 | BOOK NOW |
| Superior villa room | Room Only | £615.05 | £615.05 | 1 | BOOK NOW |
| Superior villa room | Bed and Breakfast | £679.35 | £679.35 | 1 | BOOK NOW |
| Superior villa room | Half Board | £805.16 | £805.16 | 1 | BOOK NOW |

To choose your rooms and continue your booking click 'Book now'.

## HOTEL INFORMATION

Setting new standards of luxury, the Datai Langkawi is simply drenched in glamour with world-class facilities at your disposal and a stunning film-set location. Backed by the magnificent Mat Cincang Mountain Range and overlooking the Andaman Sea, the hotel is home to one of the region's most exclusive 18-hole golf courses. There are also 2 swimming pools to choose from, the upper swimming pool boasting views across the hillside and for adults only whilst the pool nearer the beach is for families to splash about in. If you feel in need of some pampering, look no further than the hotel's spa, beautifully integrated into its lush rainforest surrounds. A comprehensive menu of exquisite treatments includes the renowned Datai Massage and a Bamboo and Ginseng Body Polish, both leaving you feeling utterly relaxed. If you're in a romantic mood, treat yourself to the Love Bath Ritual instead, complete with love potion and rose petals! Water sports can be found in abundance down at the beach plus there's a state-of-the-art fitness centre and 2 floodlit tennis courts. After a busy day, relax in one of the hotel's restaurants. The Beach Club Restaurant is one of the four restaurants available, located by the beach serving Mediterranean and International cuisine. There's the Dining Room for international/Malaysian delights or head to the Pavilion in the heart of the rainforest for dining al-fresco on Thai cuisine. For that special evening, there's the Gulai House, again in the rainforest and accessed via a traditional 'Titi' bridge. Serving Malay and Indian dishes, you can opt for dining traditionally in the Nobat style (sitting on cushions on the floor) or at table and chairs. Every Sunday, the Gulai features traditional music and dance enriching the already magical atmosphere!

### Where is it?
On the northwestern tip of Langkawi Island, nestled beside an ancient rainforest and overlooking its own private stretch of white sandy beach. Private transfer time from Langkawi airport: 45 min.

**YOUR SEARCH**

You searched for:
At least **1.0\*** hotels
around **Langkawi**
Checking in: **18 Apr 12**
Checking out: **19 Apr 12**
For **2 Adults, 0 Children** and **0 Infants**

BACK TO SEARCH RESULTS

POWERED BY virgin HOLIDAYS

Please note all bookings made through the Virgin Atlantic Travelplus website are managed by Virgin Holidays. For any queries regarding your hotel or car hire booking made via the Virgin Atlantic Travelplus website, please contact Virgin Holidays directly.

virgin atlantic
flyingclub
**DOUBLE FLYING CLUB MILES**
Earn 2 Miles for every £1 you spend when you book a car through this page.





**who.is**

Whois | Site Info | Name Suggest | Premium Names | Web Search | Whois Index | IP Index | FAQ | Feedback

Whois ▾ | Who.is Search

Follow @namedotcom | 15.4K followers    Follow @whodotis | 429 followers    Like | 1k    +1

**Virginatlantictravelplus.com Whois Lookup - Who.is**

Whois | Archive | Information | Web Search | DNS Records | Suggestions | Expiring | Premium Domains

**DOMAIN AVAILABILITY FOR VIRGINATLANTICTRAVELPLUS.COM**

| ✗ com Backorder $49.95 | ☐ co $9.99 | ☐ net $10.99 | ☐ org $9.99 | ☐ info $3.99 | ☐ us $8.99 | ☐ biz $10.99 | ☐ mobi $8.99 | ☐ tel $9.99 |

Purchase at Name.com    Select all domains   Unselect All Domains

Ads by Google

**ARI Registry Services**
Consulting & Technology Services
For New Top Level .anything Domains
www.ariservices.com

How are you?

Chaing Mai hotels
save up to 75%
get instant confirmation
with agoda
book now!
agoda.com
smarter hotel booking

**REGISTRY WHOIS FOR VIRGINATLANTICTRAVELPLUS.COM**

Domain Name: virginatlantictravelplus.com
Updated: 2 seconds ago - Refresh

Registrar: CSC CORPORATE DOMAINS, INC.
Whois Server: whois.corporatedomains.com
Referral URL: http://www.cscglobal.com
Status: clientTransferProhibited

Expiration Date: 2012-06-28
Creation Date: 2006-06-28
Last Update Date: 2011-10-03

Name Servers:
a4.nstld.com
f4.nstld.com
g4.nstld.com
h4.nstld.com
j4.nstld.com
k4.nstld.com
l4.nstld.com
See virginatlantictravelplus.com DNS Records

Information Updated: Thu, 22 Mar 2012 18:05:38 UTC

**VIRGINATLANTICTRAVELPLUS.COM SITE INFORMATION**

Unable to load information... Please try again.

Name.com Ad | See Site Thumbnail

It's funny. Watch it. Subscribe.

See More Videos Like This

Like | 69 | Send    Tweet

**AVAILABLE DOMAINS**

Register these domains at name.com:

| | | | | | |
|---|---|---|---|---|---|
| ☐ VirginAtlanticTravelPlus.net | ☐ VirginOceanGoPlus.com | ☐ VirginOceanGoPlus.net | ☐ Virginantivirus.net | ☐ Datastoreplus.net | ☐ MaryAtlanticGoPlus.com |
| ☐ MaryAtlanticGoPlus.net | ☐ Misterplus.net | ☐ Freeantiviral.net | ☐ Antivirusmax.com | ☐ Realpayplus.com | ☐ Coolantivirus.com |
| ☐ Charityplush.net | ☐ Realpayplus.net | ☐ Rainathleticclub.net | ☐ Coolantivirus.net | ☐ Digitaldataplus.com | ☐ Addantivirus.com |
| ☐ Digitaldataplus.net | ☐ Hitantivirus.net | ☐ Addantivirus.net | ☐ Focusantivirus.com | ☐ Focusantivirus.net | ☐ Cayenneantivirus.com |
| ☐ Examineantivirus.com | | | | | |

Buy Now! $10.99 at name.com   Purchase

**TOOLS**
Ping
Traceroute
Name Server Search

# VIRGINATLANTICTRAVELPLUS.COM WHOIS

Updated: 2 seconds ago

Corporation Service Company(c) (CSC)  The Trusted Partner of More than 50% of the 100 Best Global Brands.

Contact us to learn more about our enterprise solutions for Global Domain Name Registration and Management, Trademark Research and Watching, Brand, Logo and Auction Monitoring, as well SSL Certificate Services and DNS Hosting.

NOTICE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in the CSC WHOIS database is provided by CSC for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. CSC does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: you agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to CSC (or its computer systems). CSC reserves the right to terminate your access to the WHOIS database in its sole discretion for any violations by you of these terms of use. CSC reserves the right to modify these terms at any time.

Registrant:
    Virgin Enterprises Ltd.
    Virgin Enterprises Limited
    120 Campden Hill Road
    London,  W8 7AR
    GB
    Email: domain_admin@virgin.com

Registrar Name....: CORPORATE DOMAINS, INC.
Registrar Whois...: whois.corporatedomains.com
Registrar Homepage: www.cscprotectsbrands.com

Domain Name: virginatlantictravelplus.com

    Created on..............: Wed, Jun 28, 2006
    Expires on..............: Thu, Jun 28, 2012
    Record last updated on..: Mon, Oct 03, 2011

Administrative Contact:
    Virgin Enterprises Ltd.
    Domain Administrator
    120 Campden Hill Road
    London,  W8 7AR
    GB
    Phone: +44.2073132000
    Email: domain_admin@virgin.com

Technical Contact:
    Virgin Enterprises Ltd.
    Domain Administrator
    The School House 50 Brook Green
    London, EN W6 7RR
    GB
    Phone: +44.2073132000
    Email: domain_admin@virgin.com

DNS Servers:

j4.nstld.com
h4.nstld.com
a4.nstld.com
f4.nstld.com
l4.nstld.com
k4.nstld.com
g4.nstld.com

Register your domain name at http://www.cscglobal.com

Information Updated: Thu, 22 Mar 2012 18:05:39 UTC

TOOLS
Ping
Traceroute
Name Server Search

Chaing Mai hotels
save up to 75%
get instant confirmation
with agoda
book now!
agoda.com
smarter hotel booking

## ROOM INFORMATION



See enlarged photo

**One bedroom villa**

&lt;strong&gt;&lt;ul&gt;&lt;li&gt;1 double&lt;/li&gt;&lt;/ul&gt;&lt;/strong&gt;Cotton linens and down duvet. &lt;strong&gt;1300 square feet&lt;/strong&gt;. Balcony with &lt;strong&gt;view of the ocean&lt;/strong&gt;, &lt;strong&gt;garden&lt;/strong&gt;, and &lt;strong&gt;pool&lt;/strong&gt;. Separate sitting and dining areas. Desk. CD player. 32-inch LCD television with cable channels and DVD player. &lt;strong&gt;Complimentary wired and wireless Internet access&lt;/strong&gt;. In-room safe. Refrigerator and minibar. Ensuite bathroom includes separate bathtub and shower with handheld showerhead. Bath amenities include double sink, phone, and hair dryer. Slippers. Air conditioning and ceiling fan.

**One bedroom studio suite**

&lt;strong&gt;&lt;ul&gt;&lt;li&gt;1 queen&lt;/li&gt;&lt;/ul&gt;&lt;/strong&gt;Cotton linens and down duvet. &lt;strong&gt;1066 square feet&lt;/strong&gt;. Balcony with &lt;strong&gt;view of the ocean&lt;/strong&gt;, &lt;strong&gt;garden&lt;/strong&gt;, and &lt;strong&gt;pool&lt;/strong&gt;. Desk. &lt;strong&gt;iPod docking station&lt;/strong&gt;. 32-inch LCD television with cable channels and DVD player. &lt;strong&gt;Complimentary wired and wireless Internet access&lt;/strong&gt;. In-room safe. Refrigerator and minibar. Ensuite bathroom includes separate bathtub and shower with handheld showerhead. Bath amenities include double sink, phone, and hair dryer. Slippers. Air conditioning. &lt;strong&gt;Non-Smoking&lt;/strong&gt;.

**One bedroom deluxe suite**

&lt;strong&gt;&lt;ul&gt;&lt;li&gt;1 double&lt;/li&gt;&lt;/ul&gt;&lt;/strong&gt;Cotton linens and down duvet. &lt;strong&gt;1184 square feet&lt;/strong&gt;. Balcony with &lt;strong&gt;view of the ocean&lt;/strong&gt;, &lt;strong&gt;garden&lt;/strong&gt;, and &lt;strong&gt;pool&lt;/strong&gt;. Separate sitting and dining areas. Desk. &lt;strong&gt;iPod docking station&lt;/strong&gt;. 32-inch LCD television with cable channels and DVD player. &lt;strong&gt;Complimentary wired and wireless Internet access&lt;/strong&gt;. In-room safe. Refrigerator and minibar. Ensuite bathroom includes separate bathtub and shower with handheld showerhead. Bath amenities include double sink, phone, and hair dryer. Slippers. Air conditioning.

**Two bedroom suite**

&lt;strong&gt;&lt;ul&gt;&lt;li&gt;2 double&lt;/li&gt;&lt;/ul&gt;&lt;/strong&gt;Cotton linens and down duvet. &lt;strong&gt;1668 square feet&lt;/strong&gt;. Balcony with &lt;strong&gt;view of the ocean&lt;/strong&gt;, &lt;strong&gt;garden&lt;/strong&gt;, and &lt;strong&gt;pool&lt;/strong&gt;. Separate sitting and dining areas. Desk. &lt;strong&gt;iPod docking station&lt;/strong&gt;. 32-inch LCD television with cable channels and DVD player. &lt;strong&gt;Complimentary wired and wireless Internet access&lt;/strong&gt;. In-room safe. Refrigerator and minibar. Ensuite bathroom includes separate bathtub and shower with handheld showerhead. Bath amenities include double sink, phone, and hair dryer. Second bathroom. Slippers. Air conditioning.

## ADDITIONAL INFORMATION

You must present a photo ID when checking in. Your credit card is charged at the time you book. Bed type and smoking preferences are not guaranteed.Your reservation is prepaid and is guaranteed for late arrival. The total charge includes all room charges and taxes, as well as fees for access and booking. Any incidental charges such as parking, phone calls, and room service will be handled directly between you and the property.

Note: It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. www.virginatlantictravelplus.com is not responsible for any inaccuracies in the photos.

## WHAT NOW?

**Book now**
Hotel look ok? Return to the top of the page and book this hotel

or

Look at other hotels on your list

Contact Us | FAQs | Accessibility | Privacy & Security | Terms & Conditions | Cookies |

© Copyright 2012 Virgin Holidays Ltd. All rights reserved.





## Al Nahda Resort & Spa
★★★★★ 5

Location. Al Nahda Resort & Spa is located in Barka, close to Barka Souq. Resort Features. Al Nahda Resort & Spa's restaurant serves breakfast and lunch. A

club  Earn miles

Room options and more details on this hotel

**Hotel facilities include:**
- Business Centre
- Fitness Centre
- Internet access svailable
- Pool
- Restaurant on-site

| Rooms | Board basis | Average Cost (pn) | TOTAL | No. of rooms | |
|---|---|---|---|---|---|
| Executive suite | Continental Breakfast | £186.81 | £186.81 | 1 | BOOK NOW |
| Executive suite | Continental Breakfast | £340.84 | £340.84 | 2 | BOOK NOW |

'To choose your rooms and continue your booking click 'Book now'.

## InterContinental Muscat
★★★★★ 5

Location. InterContinental Muscat is located near the beach in Muscat's Shatti Al Qurum neighborhood and local attractions include Sultan Qaboos Sports Complex. Other regional

club  Earn miles

Room options and more details on this hotel

**Hotel facilities include:**
- Business Centre
- Fitness Centre
- Internet access svailable
- Pool
- Restaurant on-site

| Rooms | Board basis | Average Cost (pn) | TOTAL | No. of rooms | |
|---|---|---|---|---|---|
| King bed mountain view standard - Advance purchase | Room only | £191.73 | £191.73 | 1 | BOOK NOW |
| King bed mountain view standard - Advance purchase | Room only | £345.10 | £345.10 | 2 | BOOK NOW |

'To choose your rooms and continue your booking click 'Book now'.

## The Chedi Muscat
★★★★★ 5

Location. The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

club  Earn miles

Room options and more details on this hotel

**Hotel facilities include:**
- Fitness Centre
- Pool
- Restaurant on-site
- Jacuzzi
- Room service

| Rooms | Board basis | Average Cost (pn) | TOTAL | No. of rooms | |
|---|---|---|---|---|---|
| Serai superior room - Non-Refundable | Room only | £293.33 | £293.33 | 1 | BOOK NOW |
| Serai superior room - Non-Refundable | Room only | £586.66 | £586.66 | 2 | BOOK NOW |

'To choose your rooms and continue your booking click 'Book now'.

showing 1 to 16 of 16

Contact Us | FAQs | Accessibility | Privacy & Security | Terms & Conditions | Cookies |

© Copyright 2012 Virgin Holidays Ltd. All rights reserved.

Virgin Atlantic – Hotels and Cars – Hotel details for The Chedi Muscat



Virgin Atlantic – Hotels and Car...

www.virginatlantictravelplus.com/Search/HotelDetails?ResultsID=EAN_211947

## Hotels and cars just for you...

virgin atlantic

Home > Book Flights and More > Book Hotel

| Previous | Search | Hotels | Hotel info | Car | Passengers | Payment |

The details of your chosen hotel are shown below. If you're happy with your choice simply enter the number of rooms you require and click 'Book now'.

### The Chedi Muscat ★★★★★ 5

Location. The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace. Hotel Features. This Muscat hotel has a private beach.

Scroll down to read more

View location map

| Rooms | Board basis | Average Cost (pn) | TOTAL | No. of rooms | |
|---|---|---|---|---|---|
| Serai superior room - Non-Refundable | Room only | £293.33 | **£293.33** | 1 | BOOK NOW |
| Serai superior room - Non-Refundable | Room only | £586.66 | **£586.66** | 2 | BOOK NOW |

To choose your rooms and continue your booking click 'Book now'.

### HOTEL INFORMATION

See enlarged photo

**Location.**
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.

**Hotel Features.**
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub, and a fitness facility. There is a full-service health spa on site. This 5-star property offers a meeting/conference room, limo/town car service, and business services. Complimentary wireless and wired high-speed Internet access is available in public areas. For a surcharge, the property offers a roundtrip airport shuttle (available on request). Guest parking is complimentary. Additional property amenities include a library, a concierge desk, and multilingual staff.

**Guestrooms.**
156 air-conditioned guestrooms at The Chedi Muscat feature minibars and CD players. Balconies offer beach, mountain, or desert views. Beds come with premium bedding. Bathrooms feature handheld showerheads and rainfall showerheads. They also offer bidets, designer toiletries, and bathrobes. Wireless Internet access is complimentary. In addition to desks and complimentary newspapers, guestrooms offer direct-dial phones with voice mail. Televisions have satellite channels and DVD players. Also included are complimentary bottled water and safes. Guests may request in-room massages, irons/ironing boards, and extra towels/bedding. Housekeeping is available daily.

**Notifications and Fees:**
- All guests staying in hotel guestrooms must be registered with the hotel.
- No pets, including service animals, are allowed at this property.

Some properties have extra fees for amenities or services that may apply even if you do not use them. Government fees or taxes also may be charged to you when you check in or check out. This property told us they will charge you for the following:

### YOUR SEARCH

**You searched for:**
At least 1.0★ hotels
around Oman
Checking in: 18 Apr 12
Checking out: 19 Apr 12
For 2 Adults, 0 Children and 0 Infants

BACK TO SEARCH RESULTS

POWERED BY Virgin HOLIDAYS

Please note all bookings made through the Virgin Atlantic Travelplus website are managed by Virgin Holidays. For any queries regarding your hotel or car hire booking made via the Virgin Atlantic Travelplus website, please contact Virgin Holidays directly.

**DOUBLE FLYING CLUB MILES**
Earn 2 miles for every £1 you spend when you book a car through this page.

Some properties have extra fees for amenities or services that may apply even if you do not use them. Government fees or taxes also may be charged to you when you check in or check out. This property told us they will charge you for the following:

- Christmas Eve (24 December) Gala Dinner per adult: OMR 45
- Christmas Eve (24 December) Gala Dinner per child: OMR 22.5 (from 2 to 12 years old)
- New Year's Eve (31 December) Gala Dinner per adult: OMR 98
- New Year's Eve (31 December) Gala Dinner per child: OMR 49 (from 2 to 12 years old)

We have included all charges provided to us by the property. However, charges can vary, for example, based on length of stay or the room you book.

Additional fees and deposits may be charged by the property at time of service, check-in, or check-out.

## ROOM INFORMATION



See enlarged photo

**Chedi Deluxe**
One king bed. Overlook the Hajar mountain range or the water gardens. Separate sitting area. Complimentary wired and wireless Internet access. TV with satellite channels. DVD player. Complimentary minibar and espresso maker. Safe. Music system with radio and CD player. Open-plan bathroom with rainfall shower, two wardrobes, two washbasins, bathrobe, slippers, and complimentary toiletries. Down comforter and blanket.

**Serai Superior Room**
One queen bed. Overlook the Hajar mountain ranges or the water gardens. Complimentary wired and wireless Internet access. Satellite television. DVD player. Complimentary bottled water, soft drinks, juice, and beer in the minibar. Safe. Open-plan bathroom with rainfall shower, bathrobes, slippers, and complimentary toiletries. Room type does not include complimentary access to all facilities.

**Chedi Club Suite**
One king bed. 67 square meters. Balcony with view of the Hajar mountain ranges or the water gardens. Separate sitting area. Down comforter. Complimentary wireless Internet access. 32-inch LCD TV with satellite channels. DVD player. Clock radio and iPod docking station. Safe. Complimentary minibar. Espresso maker. Coffee/tea maker. Open-plan bathroom with terrazzo sunken bath, rainfall shower, separate toilet, bidet, two washbasins, two closets, bathrobes, slippers, and complimentary toiletries. Makeup/shaving mirror. &#13;&#10;&lt;p&gt;&#13;&#10;Access to the library, with complimentary continental breakfast, tea, cocktails, and canap&#233;s. Complimentary round-trip airport transfers.

## ADDITIONAL INFORMATION

You must present a photo ID when checking in. Your credit card is charged at the time you book. Bed type and smoking preferences are not guaranteed. Your reservation is prepaid and is guaranteed for late arrival. The total charge includes all room charges and taxes, as well as fees for access and booking. Any incidental charges such as parking, phone calls, and room service will be handled directly between you and the property.

Note: It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. www.virginatlantictravelplus.com is not responsible for any inaccuracies in the photos.

## WHAT NOW?

**Book now**
Hotel look ok? Return to the top of the page and book this hotel

or

Look at other hotels on your list

Contact Us | FAQs | Accessibility | Privacy & Security | Terms & Conditions | Cookies |

© Copyright 2012 Virgin Holidays Ltd. All rights reserved.







🍎 Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

Virgin Atlantic – Hotels and Cars – Available hotels for your search

www.virginatlantictravelplus.com/Search/Hotels

Partial oceanview room     Room only   £703.24   **£703.24**   2   BOOK NOW

To choose your rooms and continue your booking click '**Book now**'.

## Mandarin Oriental Miami
★★★★★ 5

Location. Mandarin Oriental Miami is located in central Miami, close to Bayfront Park, Miami Convention Center, and Port of Miami. Nearby points of interest also include Vizcaya

Hotel facilities include:
- Business Centre
- Fitness Centre
- Internet access svailable
- Pool
- Restaurant on-site

Room options and more details on this hotel

club   Earn miles

| Rooms | Board basis | Average Cost (pn) | TOTAL | No. of rooms | |
|---|---|---|---|---|---|
| Deluxe skyline view-Two beds | Room only | £354.41 | **£354.41** | 1 | BOOK NOW |
| Deluxe skyline view-Two beds | Room only | £708.82 | **£708.82** | 2 | BOOK NOW |

To choose your rooms and continue your booking click '**Book now**'.

## Four Seasons Residences
★★★★★ 5

Location. Four Seasons Residences is located in Miami, close to Miami Convention Center, Vizcaya Museum and Gardens, and Port of Miami. Nearby points of interest also include Miami…

Hotel facilities include:
- Fitness Centre
- Pool
- Restaurant on-site
- Outdoor pool

Room options and more details on this hotel

club   Earn miles

| Rooms | Board basis | Average Cost (pn) | TOTAL | No. of rooms | |
|---|---|---|---|---|---|
| Studio deluxe city | Room only | £424.30 | **£424.30** | 1 | BOOK NOW |
| Studio deluxe city | Room only | £848.60 | **£848.60** | 2 | BOOK NOW |

To choose your rooms and continue your booking click '**Book now**'.

## The Setai
★★★★★ 5

Location. The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Bass Museum of Art, Lummus Park Beach, and Jungle Island. Nearby points of

Hotel facilities include:
- Fitness Centre
- Pool
- Restaurant on-site
- Accessible path of travel
- Accessible bathroom

Room options and more details on this hotel

club   Earn miles

| Rooms | Board basis | Average Cost (pn) | TOTAL | No. of rooms | |
|---|---|---|---|---|---|
| One bedroom suite ocean view | Room only | £1343.64 | **£1343.64** | 1 | BOOK NOW |
| One bedroom suite ocean view | Room only | £2687.28 | **£2687.28** | 2 | BOOK NOW |

To choose your rooms and continue your booking click '**Book now**'.

showing 1 to 9 of 9

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

**Notifications and Fees:**

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- Valet parking fee: USD 40.0 per night (in/out privileges)
- Rollaway beds are available for an additional fee

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

## ROOM INFORMATION



See enlarged photo

**Studio suite cityview**

&lt;strong&gt;&lt;ul&gt;&lt;li&gt;1 king&lt;/li&gt;&lt;/ul&gt;&lt;/strong&gt;Premium bedding. &lt;strong&gt;582 square feet&lt;/strong&gt;. &lt;strong&gt;View of the ocean&lt;/strong&gt;, &lt;strong&gt;ocean (partial)&lt;/strong&gt;, and &lt;strong&gt;beach&lt;/strong&gt;. Separate sitting area. Desk. CD player. Flat-panel television with cable channels. &lt;strong&gt;Complimentary wired Internet access&lt;/strong&gt;. In-room safe. Refrigerator and minibar. Ensuite bathroom with separate bathtub and shower. Bath amenities include phone, hair dryer, and designer toiletries. Bathrobes and slippers. Air conditioning. &lt;strong&gt;Non-Smoking&lt;/strong&gt;.

**Studio suite courtyard**

&lt;strong&gt;&lt;ul&gt;&lt;li&gt;1 king&lt;/li&gt;&lt;/ul&gt;&lt;/strong&gt;Premium bedding. &lt;strong&gt;582 square feet&lt;/strong&gt;. &lt;strong&gt;View of the ocean&lt;/strong&gt;, &lt;strong&gt;ocean (partial)&lt;/strong&gt;, and &lt;strong&gt;beach&lt;/strong&gt;. Separate sitting area. Desk. CD player. Flat-panel television with cable channels. &lt;strong&gt;Complimentary wired Internet access&lt;/strong&gt;. In-room safe. Refrigerator and minibar. Ensuite bathroom with separate bathtub and shower. Bath amenities include phone, hair dryer, and designer toiletries. Bathrobes and slippers. Air conditioning. &lt;strong&gt;Non-Smoking&lt;/strong&gt;.

**One bedroom suite ocean view**

&lt;strong&gt;&lt;ul&gt;&lt;li&gt;1 king&lt;/li&gt;&lt;/ul&gt;&lt;/strong&gt;Premium bedding. &lt;strong&gt;847 square feet&lt;/strong&gt;. &lt;strong&gt;View of the ocean&lt;/strong&gt;, &lt;strong&gt;ocean (partial)&lt;/strong&gt;, and &lt;strong&gt;beach&lt;/strong&gt;. Separate sitting area. Desk. CD player. Flat-panel television with cable channels. &lt;strong&gt;Complimentary wired Internet access&lt;/strong&gt;. In-room safe. Refrigerator and minibar. Ensuite bathroom with separate bathtub and shower. Bath amenities include phone, hair dryer, and designer toiletries. Bathrobes and slippers. Air conditioning. &lt;strong&gt;Non-Smoking&lt;/strong&gt;.

## ADDITIONAL INFORMATION

You must present a photo ID when checking in. Your credit card is charged at the time you book. Bed type and smoking preferences are not guaranteed. Your reservation is prepaid and is guaranteed for late arrival. The total charge includes all room charges and taxes, as well as fees for access and booking. Any incidental charges such as parking, phone calls, and room service will be handled directly between you and the property.

Note: It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. www.virginatlantictravelplus.com is not responsible for any inaccuracies in the photos.

## WHAT NOW?

**Book now**
Hotel look ok? **Return to the top of the page and book this hotel**

or

Look at other hotels on **your list**

Contact Us | FAQs | Accessibility | Privacy & Security | Terms & Conditions | Cookies |

© Copyright 2012 Virgin Holidays Ltd. All rights reserved.





# VACATIONS
### Fabulous Hotel Treats
*"More Than Just A Bed"*

## Click Here
### To Contact Us

Home > Search Results

Page 1 of 1

## Results in Miami Beach

### The Setai, South Beach ★★★★★

**$959.40 Average Price Per Night**

**RED HOT** *INCLUDES GRAND SETAI BREAKFAST BUFFET DAILY FOR TWO PEOPLE IN STUDIOS AND 1-BEDROOM SUITES AND FOR FOUR PEOPLE IN 2-BEDROOM SUITES.*

The hotel is located in the world-renowned Art Deco neighbourhood of South Beach on Collins Avenue at 20th Street. Close to shopping, fine dining, cultural events and the celebrated and ever-changing nightlife of South Beach, its oceanfront location provides guests with easy access to the magic of Miami. Next to it is the 40-storey glass tower that surpasses everything in sight in its elevation, v... More Details

**Book It**   ROOM TYPE: STUDIO CITY VIEW - ROOM ONLY (More Room Types Available)

**Price includes all taxes with no hidden fees**            **TOTAL PRICE: $959.40 USD**

### REFINE YOUR SEARCH

Use this form to search:
• New Dates
• Star Rating
• City Zone
• Hotel Name

**Check-in:**
04/18/2012

**Check-out:**
04/19/2012

**Rooms:**
1

**Adults:**
2

**Children:**
0

**Star Rating:**
All Ratings

**Hotel Name Contains:**

**Zone:**
Miami Beach

Refine Search

**Virgin Hotel Treats Has No Change or Cancellation Penalties** See Details

Virgin Vacations | The Setai, South Beach in



virgin-vacations.com Whois – virgin vacations – Who.is

# who.is

Whois   Site Info   Name Suggest   Premium Names   Web Search   DNS   Whois Index   IP Index   FAQ   Feedback

Whois ▾   Who.is Search

Follow @namedotcom   15.1K followers     Follow @whodotis   386 followers     Like   1k     +1

## Virgin-vacations.com Whois Lookup - Who.is

**Whois** | Archive | Information | Web Search | DNS Records | Suggestions | Expiring | Premium Domains

### DOMAIN AVAILABILITY FOR VIRGIN-VACATIONS.COM

| ✗ com ☑ Backorder $49.95 | ☐ co $9.99 | ✗ net ☐ Backorder $49.95 | ☐ info $3.99 | ✗ us ☐ Backorder $49.95 | ☐ biz $10.99 | ✗ mobi ☐ Backorder $49.95 | ☐ tel $9.99 |
| --- | --- | --- | --- | --- | --- | --- | --- |

**Purchase at Name.com**     Select all domains | Unselect All Domains

Ads by Google

**Chiang Mai Hotels**
Save up to 75% Instant confirmation
Get prices!
Agoda.com/Chiang_Mai_Hotels

### REGISTRY WHOIS FOR VIRGIN-VACATIONS.COM

Domain Name: **virgin-vacations.com**
Updated: 1 second ago -

Registrar: CSC CORPORATE DOMAINS, INC.
Whois Server: whois.corporatedomains.com
Referral URL: http://www.cscglobal.com
Status: clientTransferProhibited

Expiration Date: 2021-07-11
Creation Date: 2000-07-11
Last Update Date: 2012-02-24

Name Servers:
ns1.auth.atx.net
ns2.auth.atx.net
See virgin-vacations.com DNS Records

Information Updated: Sun, 11 Mar 2012 18:10:02 UTC

### VIRGIN-VACATIONS.COM SITE INFORMATION

Unable to load information... Please try again.

Name.com Ad | See Site Thumbnail

Short interview with the founder and CEO of Name.com

See More Videos Like This

Like   14   Send     Tweet

How are you?

otel.com

BALI

Are you interested

### AVAILABLE DOMAINS

Register these domains at name.com:

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| ☐ VirginVacation.net | ☐ VirginHoliday.net | ☐ VirginWork.net | ☐ VirgoVacations.net | ☐ MaryHoliday.com | ☐ MaryVacations.com |
| ☐ VirginSpend.com | ☐ Emotionstory.net | ☐ MaryVacations.net | ☐ VirgoVacation.com | ☐ MaryVacation.com | ☐ HouseHoliday.net |
| ☐ MaryVacation.net | ☐ MyVirginVacations.com | ☐ NewVirginVacations.com | ☐ TheVirginVacations.com | ☐ VirginSkiVacations.com | ☐ MaryHoliday.net |
| ☐ MyVirginVacations.net | ☐ NewVirginVacations.net | ☐ PersonVacations.com | ☐ TheVirginVacations.net | ☐ VirginSkiVacations.net | ☐ Pensionunlimited.com |
| ☐ MaryWork.com | | | | | |

Buy Now! $10.99 at name.com   **Purchase**

# VIRGIN-VACATIONS.COM WHOIS

Updated: 1 second ago

Corporation Service Company(c) (CSC)  The Trusted Partner of More than 50% of the 100 Best Global Brands.

Contact us to learn more about our enterprise solutions for Global Domain Name Registration and Management, Trademark Research and Watching, Brand, Logo and Auction Monitoring, as well SSL Certificate Services and DNS Hosting.

NOTICE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in the CSC WHOIS database is provided by CSC for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. CSC does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: you agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to CSC (or its computer systems). CSC reserves the right to terminate your access to the WHOIS database in its sole discretion for any violations by you of these terms of use. CSC reserves the right to modify these terms at any time.

Registrant:
    Virgin Enterprises Ltd.
    Virgin Enterprises Ltd.
    The School House 50 Brook Green
    London, EN W6 7RR
    GB
    Email: domain_admin@virgin.com

Registrar Name...: CORPORATE DOMAINS, INC.
Registrar Whois...: whois.corporatedomains.com
Registrar Homepage: www.cscprotectsbrands.com

Domain Name: virgin-vacations.com

    Created on..............: Tue, Jul 11, 2000
    Expires on..............: Sun, Jul 11, 2021
    Record last updated on..: Fri, Feb 24, 2012

Administrative Contact:
    Virgin Enterprises Ltd.
    Domain Administrator
    The School House 50 Brook Green
    London, EN W6 7RR
    GB
    Phone: +44.2073132000
    Email: domain_admin@virgin.com

Technical Contact:
    Gate1 travel
    Tal Pipano
    455 Maryland Dr
    Fort Washington, PA 19034
    US
    Phone: +1.2155727676
    Email: TPipano@gate1travel.com

DNS Servers:

    ns2.auth.atx.net
    ns1.auth.atx.net

Register your domain name at http://www.cscglobal.com

Information Updated: Sun, 11 Mar 2012 18:10:02 UTC

## RELATED DOMAINS FOR VIRGIN-VACATIONS.COM

name.com   corporatedomains.com   cscglobal.com   atx.net   virgin.com   cscprotectsbrands.com   europeexpress.com

The Chedi Club At Tanah Gajah – Ubud Indonesia Hotels – Virgin America





Case 2:15-cv-00360-CS    Document 1-10    Filed 03/02/15    Page 30 of 30

