

The Chedi Club At Tanah Gajah – Ubud Indonesia Hotels – Virgin America

Check-out: Wednesday, April 25, 2012
Nights: 1 Rooms: 1
Adults per room: 2
Children per room: 0
Change Search

Photos



Site Map    Secure Flight    Guest Service Commitment    Email Preferences    What is Elevate?
Contact Us    Careers    Contract of Carriage    Unsubscribe    Virgin America Credit Card
About Us    Corporate Travel    Int'l Contract of Carriage    Privacy Policy    Advertise Onboard
Press    Travel Agents    Group Travel    Travel Insurance    Corporate Responsibility

Our Airline Partners    australia    virgin atlantic      © 2012 Virgin America

The Chedi Club At Tanah Gajah – Ubud Indonesia Hotels – Virgin America

HOME | BOOK TRAVEL | MANAGE TRAVEL | ELEVATE | FLYING WITH US | DEALS | SHOP | FAQS | FEES









HOME | BOOK TRAVEL | MANAGE TRAVEL | ELEVATE | FLYING WITH US | DEALS | SHOP | FAQS | FEES

*Virgin* america

Book Online or By Phone

🖶 Print

## The Chedi Club At Tanah Gajah

< Back to Search Results

Overview | Photos | Map | Rates | Reviews

**THE CHEDI CLUB AT TANAH GAJAH**

★★★★ Rating ☆☆☆☆☆ 0 Reviews

Jl Goa Gajah Tengkulak Kaja
Ubud, ID 80571  Map It

**Bali :Ubud**

Add or View My Favorites 🔲 | More Hotels Nearby

from **$440.00** USD

**SELECT**

Check-in: Tuesday, April 24, 2012
Check-out: Wednesday, April 25, 2012
Nights: 1 Rooms: 1
Adults per room: 2
Children per room: 0
Change Search

Photos







The Chedi Chiang Mai – Chiang Mai Thailand Hotels – Virgin America

US soldier kills Afghan civilians in Kandahar    what time is it  ·  Old Navy  ·  ★ ★ ★ ★ ★    Add to Wish List

**virgin** *america*

HOME | BOOK TRAVEL | MANAGE TRAVEL | ELEVATE | FLYING WITH US | DEALS | SHOP | FAQS | FEES

Book Online or By Phone
🖨 Print

## The Chedi Chiang Mai

< Back to Search Results

Overview | Photos | Map | Rates | Reviews

**THE CHEDI CHIANG MAI**

★★★★★ Rating    ☆☆☆☆☆ 0 Reviews

123 Charoen Prathet Road
Chiang Mai, TH 50100 Map It
**Chiang Mai :Chiang Mai**

Add or View My Favorites ❓ | More Hotels Nearby

from **$282.99** USD

**SELECT**

Check-in: Tuesday, April 24, 2012
Check-out: Wednesday, April 25, 2012
Nights: 1 Rooms: 1
Adults per room: 2
Children per room: 0
Change Search

Photos





The Chedi Chiang Mai – Chiang Mai Thailand Hotels – Virgin America





Case 4:15-cv-00960-CS   Document 1-11   Filed 03/02/15   Page 14 of 30











**VIRGINAMERICA.COM WHOIS**

Updated: 1 second ago

Corporation Service Company(c) (CSC)  The Trusted Partner of More than 50% of the 100 Best Global Brands.

Contact us to learn more about our enterprise solutions for Global Domain Name Registration and Management, Trademark Research and Watching, Brand, Logo and Auction Monitoring, as well SSL Certificate Services and DNS Hosting.

NOTICE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in the CSC WHOIS database is provided by CSC for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. CSC does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: you agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to CSC (or its computer systems). CSC reserves the right to terminate your access to the WHOIS database in its sole discretion for any violations by you of these terms of use. CSC reserves the right to modify these terms at any time.

Registrant:
  Virgin Enterprises Limited
  Virgin Enterprises Limited
  120 Campden Hill Road .
  London, . W87AR
  GB
  Email: **domain_admin**@virgin.com

Registrar Name....: CORPORATE DOMAINS, INC.
Registrar Whois...: whois.corporatedomains.com
Registrar Homepage: www.cscprotectsbrands.com

Domain Name: virginamerica.com

  Created on..............: Wed, Jun 03, 1998
  Expires on..............: Sun, Jun 02, 2013
  Record last updated on..: Tue, May 31, 2011

Administrative Contact:
  Virgin Enterprises Limited
  Domain Administrator
  120 Campden Hill Road .
  London, . W87AR
  GB
  Phone: 044-2073-132000
  Email: **domain_admin**@virgin.com

Technical Contact:
  Virgin America
  Host Master
  555 Airport Blvd Suite 200
  Burlingame, CA 94010
  US
  Phone: 1--6507627000
  Email: **hostmaster**@virginamerica.com

DNS Servers:

  pdns1.ultradns.net
  pdns5.ultradns.info
  pdns4.ultradns.org
  pdns6.ultradns.co.uk
  pdns2.ultradns.net
  pdns3.ultradns.org

Register your domain name at http://www.cscglobal.com

Information Updated: Sun, 11 Mar 2012 15:10:31 UTC

TOOLS
Ping
Traceroute
Name Server Search

THE LEADING HOTELS
OF THE WORLD

DISCOVER ALL KINDS
OF ONE-OF-A-KIND

ENJOY 30% OFF
REGULAR RATES
AND
COMPLIMENTARY
BREAKFAST

THE
WORLDWIDE
SEASONAL
SALE



HOME    BOOK TRAVEL    MANAGE TRAVEL    ELEVATE    FLYING WITH US    DEALS    SHOP    FAQS    FEES

*Virgin* america

## CONTACT US

### Call Us.

Any questions? Check out our FAQ page. Or, if you're looking for help with a new or existing reservation, general information, or details on our Elevate program, call us at **1.877.FLY.VIRGIN (877.359.8474)** from the United States and Canada, **001.877.359.8474** from Mexico, or **+1.650.762.7005** if you're calling from other countries, between the hours of 3:30am - 11:30pm Pacific Time. Any guest calling from the United States has access to a complimentary telecommunication relay service by dialing 711. For more information, head to the Telecommunications Relay Services.

If you're looking to get in touch with one of our airport baggage offices, guest relations, or our media contacts, click here for additional phone numbers.

Email us with post-flight feedback. Response time may range from 21 to 30 days.

### Email Us.

If you have something nice to say, some helpful feedback, or any questions, write to us with post-flight feedback. Response time may range from 21 to 30 days.

**What would you like to tell us?**

-- Select Option --

elevate
SIGN IN    JOIN
Our Frequent Flyer Program
What's Elevate?    Earn Points

### QUICK LINKS

- Partners
- Credit Card
- Airline
- Hotel
- Car
- Shopping
- Mobile
- Lifestyle
- Cruise
- Transfer
- Extras
- Buy/Gift/Transfer Points

**FLY FREE. FAST.** Earn up to 15,000 bonus points. *Terms & Conditions Apply.* Apply Now

**SHOP YOUR FAVORITE BRANDS.** GET ELEVATE POINTS. THE RED STORE

Hertz. EARN DOUBLE ELEVATE POINTS AND TAKE UP TO 35% OFF View Cars

Site Map | Secure Flight | Guest Service Commitment | Email Preferences | What is Elevate?
Contact Us | Careers | Contract of Carriage | Email Unsubscribe | Virgin America Credit Card
About Us | Corporate Travel | Int'l Contract of Carriage | Privacy Policy | Advertise Onboard
Press | Travel Agents | Group Travel | Travel Insurance | Corporate Responsibility

Our Airline Partners    *V australia*    *virgin* atlantic

© 2012 Virgin America



ABOUT US

Virgin America is a new, California-based airline that is on a mission to make flying good again, with brand new planes, attractive fares, topnotch service, and a host of fun, innovative amenities that are reinventing domestic air travel. With fleetwide in-flight internet, mood-lit cabins, custom-designed leather seats, power outlets, and a video touch-screen at every seatback offering guests on-demand menus and countless entertainment options – the Virgin America experience is unlike anything else in the skies.

Since launching in August 2007, Virgin America has captured a host of travel industry best-in-class awards, including: "Number One U.S. Airline in 2010" in the 2010 Zagat Global Airline Survey, "Best Domestic Airline" by Condé Nast Traveler for three consecutive years; "Best Domestic Airline" in Travel + Leisure World's Best Awards for three consecutive years. Find out more on our awards and what the press is saying about us.

Virgin America flies from San Francisco (SFO), Los Angeles (LAX), Boston (BOS), Cancun (CUN), Chicago (ORD), Dallas-Fort Worth (DFW), Fort Lauderdale (FLL), Las Vegas (LAS), Los Cabos (SJD), New York (JFK), Orlando (MCO), Palm Springs (PSP), Puerto Vallarta (PVR), San Diego (SAN), Seattle (SEA), Washington D.C. (IAD), and Philadelphia (PHL) beginning in early April, 2012.

**COMPANY INFORMATION**

- A Message From Our CEO
- Corporate Fact Sheet
- Leadership Team
- Corporate Responsibility
  - Sustainability
  - Community

**PRESS**

- Press Contacts
- Press Releases
- Broadcast Quality B-Roll
- Hi-Res Photos
- In the News
- Awards
- Twitter
- Facebook
- YouTube

QUICK LINKS

- Corporate Fact Sheet
- Broadcast Quality B-Roll
- Lo-Res B-Roll
- Hi-Res Photos
- In the News
- Awards
- Twitter
- Facebook
- YouTube

elevate

SIGN IN    JOIN

Our Frequent Flyer Program
What's Elevate?    Earn Points

HOME    BOOK TRAVEL    MANAGE TRAVEL    ELEVATE    FLYING WITH US    DEALS    SHOP    FAQS    FEES

Site Map
Contact Us
About Us
Press

Secure Flight
Careers
Corporate Travel
Travel Agents

Guest Service Commitment
Contract of Carriage
Int'l Contract of Carriage
Group Travel

Email Preferences
Email Unsubscribe
Privacy Policy
Travel Insurance

What is Elevate?
Virgin America Credit Card
Advertise Onboard
Corporate Responsibility

Our Airline Partners    australia    virgin atlantic

© 2012 Virgin America

HOME   BOOK TRAVEL   MANAGE TRAVEL   ELEVATE   FLYING WITH US   DEALS   SHOP   FAQS   FEES

*virgin* america

**You searched for Goa,**

**Book Online** or **By Phone**

Check-in: **Tuesday, April 24, 2012**  Check-out: **Wednesday, April 25, 2012**    Nights: **1**  Rooms: **1**  Adults per room: **2**  Children per room: **0**

**Change Search**

Sort By:   **Top Picks**   **Price**   **Rating**   **Hotel Name**   **Area**

Change Currency ...   **GO**

**THE LEELA KEMPINSKI**                                                                        SOLD OUT

⭐⭐⭐⭐⭐ **Rating**   ☆☆☆☆☆ **0 Reviews**
Mobor Cavelossim Village Salc
Goa, 403731  IN  **Map It**
The Leela Goa rates among the ten most luxurious beach resorts in the world. It is set among 75 acres
of tropical gardens and peaceful lagoons bordered ... **more**
**Add or View My Favorites**   **More Hotels Nearby**

Select >  □   **Compare Hotels**  or   **Map** up to 5 hotels (0 of 5)

**THE LEELA PALACE GOA**                                                                      SOLD OUT

☆☆☆☆☆ **0 Reviews**
Cavelossim
**Photos**    Goa, 403731 IN  **Map It**
**Goa: South Goa**
**Add or View My Favorites**   **More Hotels Nearby**

Select >  □   **Compare Hotels**  or   **Map** up to 5 hotels (0 of 5)

* Currency exchange rates provided by **OANDA**

Site Map              Secure Flight           Guest Service Commitment      Email Preferences        What is Elevate?
Contact Us           Careers                 Contract of Carriage          Unsubscribe              Virgin America Credit Card
About Us             Corporate Travel        Int'l Contract of Carriage    Privacy Policy           Advertise Onboard
Press                Travel Agents           Group Travel                  Travel Insurance         Corporate Responsibility

**Our Airline Partners**     *virgin* australia    virgin atlantic              © 2012 Virgin America









The Leela Kempinski – Goa India Hotels – Virgin America

HOME    BOOK TRAVEL    MANAGE TRAVEL    ELEVATE    FLYING WITH US    DEALS    SHOP    FAQS    FEES

Book Online or By Phone
🖨 Print

## The Leela Kempinski

< Back to Search Results

Overview    Map    Rates    Reviews

### THE LEELA KEMPINSKI

★★★★★ Rating    ☆☆☆☆☆ 0 Reviews

Mobor Cavelossim Village Salc
Goa, IN 403731  Map It

Add or View My Favorites ?    More Hotels Nearby

from **$127.50** USD

**SELECT**

Check-in: Tuesday, April 24, 2012
Check-out: Wednesday, April 25, 2012
Nights: 1 Rooms: 1
Adults per room: 2
Children per room: 0
Change Search

The Leela Goa rates among the ten most luxurious beach resorts in the world. It is set among 75 acres of tropical gardens and peaceful lagoons bordered by the Arabian Sea and the banks of the river Sal. The architectural elements of the resort honor both Indian and Portuguese influences. The resort has its own restaurants and bars including room service and a beach restaurant, laundering service, banquet facilities, meeting rooms, business service, baby sitting service, as well as all other concierge service. On site, the hotel also has 12 whole par, three golf courses, two floodlit tennis courts, a well equipped gymnasium, ayurvedic center, yoga, steam and sauna, beauty parlor, casino games, and kids center. All accommodation overlooks either tranquil lagoons with landscaped islands the scenic golf course or the Arabian Sea. The accommodation accent is on elegant simplicity and soothing natural views. Marble bathrooms lend opulence and carefully selected objects d art create both an ancient Indian and goan feel. All accommodation includes a private terrace and four deluxe suites feature private plunge pools. Each room is equipped with a mini bar offering a selection of drinks and snacks, individually controlled air-conditioning, satellite TV, CD music system, DVD, IDD telephone, private patio, electronic safe, coffee and tea making facility, hairdryer, ceiling fans, complimentary toiletries, and bathrobe.

### The Leela Kempinski Features

- Golf
- Family Rooms
- Fitness Center
- On Beach
- Convention Center
- Swimming pool

- Resort
- Beach
- Kitchenette
- Dry Cleaning
- Nonsmoking

- Meeting rooms
- Restaurant
- Business center
- Tennis Courts
- Wheelchair accessible

### The Leela Kempinski Property Information:

Rooms: 185
Floors: 1

### The Leela Kempinski Reservation Policies:





