







Book Cruises | Virgin America



You searched for Muscat,

**Book Online or** By Phone

Check-in: Tuesday, April 24, 2012  Check-out: Wednesday, April 25, 2012   Nights: 1  Rooms: 1  Adults per room: 2  Children per room: 0

Change Search

Sort By:  Top Picks  Price  Rating  Hotel Name

Change Currency ...   GO

**CHEDI MUSCAT**

Rating   0 Reviews

North Ghubra 232, Way No. 3215, Street No. 46
Muscat, 133 OM  Map It

The Hotel Is an Exclusive Beach Resort That Offers World-Class Facilities for the Discerning Traveller. Designed in the Style of Traditional Omani Architecture, ... more

Add or View My Favorites   More Hotels Nearby

from $373.99

Virgin America
110% Best Rate Guaranteed

SELECT

Select >   Compare Hotels  or   Map up to 5 hotels (0 of 5)

Click to Hide Rates

| Room Type | Tue Apr 24 | Avg Nightly Rate | |
|---|---|---|---|
| Double 1 or 2 beds SERAI-BED AND BREAKFAST | $373.99 | $373.99 | Book Now |
| Double 1 or 2 beds DELUXE-BED AND BREAKFAST | $495.99 | $495.99 | Book Now |

View all rates

* Currency exchange rates provided by OANDA

Site Map  Secure Flight  Guest Service Commitment  Email Preferences  What is Elevate?
Contact Us  Careers  Contract of Carriage  Unsubscribe  Virgin America Credit Card
About Us  Corporate Travel  Int'l Contract of Carriage  Privacy Policy  Advertise Onboard
Press  Travel Agents  Group Travel  Travel Insurance  Corporate Responsibility

Our Airline Partners   australia  virginatlantic   © 2012 Virgin America

Chedi Muscat – Muscat Oman Hotels – Virgin America



HOME    BOOK TRAVEL    MANAGE TRAVEL    ELEVATE    FLYING WITH US    DEALS    SHOP    FAQS    FEES

# Chedi Muscat

< Back to Search Results

Overview    Map    Rates

Book Online or By Phone
🖶 Print

## CHEDI MUSCAT

★★★★ Rating    ☆☆☆☆☆ 0 Reviews

North Ghubra 232, Way No. 3215, Street No. 46
Muscat, OM 133  Map It

Add or View My Favorites ?    More Hotels Nearby

from **$373.99** USD

**SELECT**

Check-in: Tuesday, April 24, 2012
Check-out: Wednesday, April 25, 2012
Nights: 1 Rooms: 1
Adults per room: 2
Children per room: 0
Change Search

The Hotel is an Exclusive Beach Resort That Offers World-Class Facilities For the Discerning Traveller. Designed in the Style of Traditional Omani Architecture, the Hotel Offers 151 Rooms and Suites and Features a 370 Metre-Long Private Beach. Each Category of Room Has Its Own Magnificent View of the Water Gardens or the Hajjar Mountain Ranges of Oman. The Hotel Also Provides a Restaurant and Conference Facilities.

### Chedi Muscat Features

- Bathroom
- Hairdryer
- Massage
- Direct dial telephone
- TV

- Outdoor pool
- Restaurant -s
- Conference room
- Minibar
- Fridge

- Iron and board
- Safe
- Balcony
- Special SPA packages
- Internet access

- Shower
- Satellite / cable TV

### Chedi Muscat Reservation Policies:

Guarantee Policy: You must use a credit card to book online.

Cancellation Policy: Cancellation policies vary from hotel to hotel. Most current and accurate cancellation policies will appear on your reservation form.

Site Map            Secure Flight        Guest Service Commitment    Email Preferences      What is Elevate?
Contact Us          Careers             Contract of Carriage          Unsubscribe           Virgin America Credit Card
About Us            Corporate Travel    Int'l Contract of Carriage    Privacy Policy        Advertise Onboard



Chedi Muscat – Muscat Oman Hotels – Virgin America



**Virgin america**

HOME    BOOK TRAVEL    MANAGE TRAVEL    ELEVATE    FLYING WITH US    DEALS    SHOP    FAQS    FEES

Book Online or By Phone
Print

**Chedi Muscat**

< Back to Search Results

Overview    Map    Rates

**CHEDI MUSCAT**

★★★★ Rating    0 Reviews

North Ghubra 232, Way No. 3215, Street No. 46
Muscat, OM 133  Map It

Add or View My Favorites    More Hotels Nearby

Check-in: Tuesday
04/24/2012

Check-out: Wednesday
04/25/2012

| | Rooms: | Adults per room: (18+) | Children per room: (0-17) |
|---|---|---|---|
| | 1 | 2 | 0 |

UPDATE SEARCH

More Search Options

Change Currency ...    GO

**BEST RATE GUARANTEED ROOMS**

| Room Type | Tue Apr 24 | Avg Nightly Rate | |
|---|---|---|---|
| Double 1 or 2 beds SERAI-BED AND BREAKFAST | $ 373.99 | $ 373.99 | Book Now |
| Double 1 or 2 beds DELUXE-BED AND BREAKFAST | $ 495.99 | $ 495.99 | Book Now |

Nightly rates are based upon double occupancy and may not include Tax Recovery Charges and Service Fees unless otherwise noted.

| Site Map | Secure Flight | Guest Service Commitment | Email Preferences | What is Elevate? |
|---|---|---|---|---|
| Contact Us | Careers | Contract of Carriage | Unsubscribe | Virgin America Credit Card |
| About Us | Corporate Travel | Int'l Contract of Carriage | Privacy Policy | Advertise Onboard |
| Press | Travel Agents | Group Travel | Travel Insurance | Corporate Responsibility |

Our Airline Partners    australia  virgin atlantic

© 2012 Virgin America



Book Cruises | Virgin America

**You searched for Hoi An,**

Book Online or By Phone

Check-in: Tuesday, April 24, 2012  Check-out: Wednesday, April 25, 2012    Nights: 1  Rooms: 1  Adults per room: 2  Children per room: 0

Change Search

Sort By:   Top Picks   Price   Rating   Hotel Name   Area

Change Currency ...    GO

**THE NAM HAI**

0 Reviews

Hamlet 1, Dien Duong Village
Hoi An, - VN  Map It
**South Vietnam**

from $585.00

SELECT

Photos

Situated 30 km South of Da Nang and 11 km North of the historical city of Hoi An on the Central Coast of Quang Nam Province, the harmony between architecture ... more

Add or View My Favorites    More Hotels Nearby

Select >     Compare Hotels or    Map up to 5 hotels (0 of 5)

Click to Hide Rates

| Standard Rate Range: | $585.00 - $3000.00 | Select |
|---|---|---|

View all rates

* Currency exchange rates provided by OANDA

Site Map             Secure Flight          Guest Service Commitment      Email Preferences        What is Elevate?
Contact Us           Careers                Contract of Carriage          Unsubscribe              Virgin America Credit Card
About Us             Corporate Travel       Int'l Contract of Carriage    Privacy Policy           Advertise Onboard
Press                Travel Agents          Group Travel                  Travel Insurance         Corporate Responsibility

Our Airline Partners      australia   virgin atlantic

© 2012 Virgin America

**Firefox** File Edit View History Bookmarks Tools Window Help

Plane Tickets, Flights And Airfa... | The Nam Hai – Hoi An Viet Nam...

hotels.virginamerica.com/hotel/10026571-11354050O.html?ses=41ef586fac6780be1894b56affb4c55bps&unps=y&lrp=334e1e

Google

HOME    BOOK TRAVEL    MANAGE TRAVEL    ELEVATE    FLYING WITH US    DEALS    SHOP    FAQS    FEES

*virgin* america

Book Online or **By Phone**
🖨 Print

## The Nam Hai

< Back to Search Results

Overview | Photos | Map | Rates | Reviews

### THE NAM HAI



Photos

Hotel Not Rated ☆☆☆☆☆ 0 Reviews

Hamlet 1, Dien Duong Village
Hoi An, VN - Map It

**South Vietnam**

Add or View My Favorites ⓘ    More Hotels Nearby

from **$585.00** USD

**SELECT**

Check-in: Tuesday, April 24, 2012
Check-out: Wednesday, April 25, 2012
Nights: 1 Rooms: 1
Adults per room: 2
Children per room: 0

Change Search

** Accredited Leading Golf Hotel ** -Situated on a 35-hectare land on Ha My Beach unspoilt stretch of white sands. - Located near famous destinations such Hoi An Ancient town/ Marble mountins/ My Son/ Hai Van Pass/ Hue and Cham islands -GHM exceptional hotel design and impeccable service standards -World Class amenities such as plasma TVS/ Aqua Di Parma Toiletries/ IPODS/ Rain fall showers/ in room expresso coffee making facilities/ 24 hours Concierge and in room dinning services.

### The Nam Hai Features

- Air Conditioned
- Audio Visual Equipment
- Billiards / Pool Tables
- Breakfast Buffet
- Basketball

- Doctor on Call
- Family Plan
- Fishing
- Free Parking
- Exercise Gym

- Night Club
- Free Newspaper
- On the Ocean
- Overhead Projector
- Outdoor Pool

- Shops/Commercial Services
- Shower
- Smoke Detectors

- Bathroom Telephone
- Business Center
- Ceiling Fan
- Conference Facilities
- Coffee Shop

- Health Club
- High speed internet access
- Internet Access
- Wireless Internet Access
- Iron

- Poolside Snackbar
- Outdoor Parking
- Restaurant
- Room Service
- 24 Hour Room Service

- Steam Bath
- Telephone
- Tennis

- Coffee Maker in Room
- Concierge Desk
- Currency Exchange
- Data port Available
- 24 Hour Front Desk

- Childrens Activities
- Lounge
- Massage
- Mini Bar
- Multilingual

- Safe Deposit Box
- Safe
- Sauna
- Secretarial Service
- 24 Hour Security

- TV Remote Control
- Laundry/Valet Services
- Video Tapes



The Nam Hai – Hoi An Viet Nam Hotels – Virgin America

Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help   Related Links

Plane Tickets, Flights And Airfa... | The Nam Hai – Hoi An Viet Nam... |

hotels.virginamerica.com/hotel/10026571–11354050R.html?ses=41ef586fac6780be1894b56affb4c55bps&lrp=334e1e&unps=y

Web Search | #3,152 | OCEANSIDE: Big, big baby boy born in Tri... | what time is it | daylight savings time 2... | Add to Wish List



**virgin** america

HOME   BOOK TRAVEL   MANAGE TRAVEL   ELEVATE   FLYING WITH US   DEALS   SHOP   FAQS   FEES

Book Online **or** By Phone
🖨 **Print**

### The Nam Hai

< Back to Search Results

Overview   Photos   Map   Rates   Reviews

**THE NAM HAI**

Hotel Not Rated ☆☆☆☆☆ 0 Reviews
Hamlet 1, Dien Duong Village
Hoi An, VN - Map It
South Vietnam

Photos          Add or View My Favorites 🔲     More Hotels Nearby

Check-in: **Tuesday**
04/24/2012

Check-out: **Wednesday**
04/25/2012

| Rooms: | Adults per room: | Children per room: |
|---|---|---|
| | ( 18+) | (0-17) |
| 1 ▲▼ | 2 ▲▼ | 0 ▲▼ |

**UPDATE SEARCH**

More Search Options

Change Currency ... ▼    GO

**BOOK NOW & PAY LATER ROOMS**

| Room Type | Rate Plan | Nightly Rate | |
|---|---|---|---|
| One bedroom oceanview villa with king or hollywood twin beds 80sqm. | Save the date | $ 585.00 USD | Book Now |
| One bedroom oceanview villa with king or hollywood twin beds 80sqm. | Leading special | $ 650.00 USD | Book Now |
| One bedroom beach front villa 80sqm king bed ocean view | Save the date | $ 720.00 USD | Book Now |
| One bedroom beach front villa 80sqm king bed ocean view | Leading special | $ 800.00 USD | Book Now |
| One bedroom oceanview villa with king or hollywood twin beds 80sqm. | Daily rate | $ 800.00 USD | Book Now |
| One bedroom pool villa/ 250 sqm /king bed/ocean view/return airport transfers | Save the date | $ 900.00 USD | Book Now |
| One bedroom beach front villa 80sqm king bed ocean view | Daily rate | $ 950.00 USD | Book Now |
| One bedroom pool villa/ 250 sqm /king bed/ocean view/return airport transfers | Leading special | $ 1000.00 USD | Book Now |
| One bedroom pool villa/ 250 sqm /king bed/ocean view/return airport transfers | Daily rate | $ 1200.00 USD | Book Now |
| Two bedroom pool villa 400 sqm / king bed/ocean view | Save the date | $ 1440.00 USD | Book Now |
| Two bedroom pool villa 400 sqm / king bed/ocean view | Leading special | $ 1600.00 USD | Book Now |
| Three bedroom pool villa 520 sqm / king bed/ ocean view | Leading special | $ 2000.00 USD | Book Now |
| Two bedroom pool villa 400 sqm / king bed/ocean view | Daily rate | $ 2000.00 USD | Book Now |

Photos    Add or View My Favorites    More Hotels Nearby

room:    per room:
( 18+ )    (0-17)

UPDATE SEARCH

More Search Options

Change Currency ...    GO

**BOOK NOW & PAY LATER ROOMS**

| Room Type | Rate Plan | Nightly Rate | |
|---|---|---|---|
| One bedroom oceanview villa with king or hollywood twin beds 80sqm. | Save the date | $ 585.00 USD | Book Now |
| One bedroom oceanview villa with king or hollywood twin beds 80sqm. | Leading special | $ 650.00 USD | Book Now |
| One bedroom beach front villa 80sqm king bed ocean view | Save the date | $ 720.00 USD | Book Now |
| One bedroom beach front villa 80sqm king bed ocean view | Leading special | $ 800.00 USD | Book Now |
| One bedroom oceanview villa with king or hollywood twin beds 80sqm. | Daily rate | $ 800.00 USD | Book Now |
| One bedroom pool villa/ 250 sqm /king bed/ocean view/return airport transfers | Save the date | $ 900.00 USD | Book Now |
| One bedroom beach front villa 80sqm king bed ocean view | Daily rate | $ 950.00 USD | Book Now |
| One bedroom pool villa/ 250 sqm /king bed/ocean view/return airport transfers | Leading special | $ 1000.00 USD | Book Now |
| One bedroom pool villa/ 250 sqm /king bed/ocean view/return airport transfers | Daily rate | $ 1200.00 USD | Book Now |
| Two bedroom pool villa 400 sqm / king bed/ocean view | Save the date | $ 1440.00 USD | Book Now |
| Two bedroom pool villa 400 sqm / king bed/ocean view | Leading special | $ 1600.00 USD | Book Now |
| Three bedroom pool villa 520 sqm / king bed/ ocean view | Leading special | $ 2000.00 USD | Book Now |
| Two bedroom pool villa 400 sqm / king bed/ocean view | Daily rate | $ 2000.00 USD | Book Now |
| Three bedroom pool villa 520 sqm / king bed/ ocean view | Daily rate | $ 2500.00 USD | Book Now |
| Three bedroom beach front pool villa 520 sqm / king bed/ ocean view | Leading special | $ 2600.00 USD | Book Now |
| Three bedroom beach front pool villa 520 sqm / king bed/ ocean view | Daily rate | $ 3000.00 USD | Book Now |

Nightly rates are based upon double occupancy and may not include Tax Recovery Charges and Service Fees unless otherwise noted.

Site Map
Contact Us
About Us
Press

Secure Flight
Careers
Corporate Travel
Travel Agents

Guest Service Commitment
Contract of Carriage
Int'l Contract of Carriage
Group Travel

Email Preferences
Unsubscribe
Privacy Policy
Travel Insurance

What is Elevate?
Virgin America Credit Card
Advertise Onboard
Corporate Responsibility

Our Airline Partners    australia    virgin atlantic

© 2012 Virgin America



Firefox    File    Edit    View    History    Bookmarks    Tools    Window    Help    Related Links

Plane Tickets, Flights And Airfa...    Book Cruises | Virgin America    +

hotels.virginamerica.com/nexres/search/search_results.cgi?interstitial=done&doa_mm=04&doa_dd=24&doa_yy=2012&dod_mm=04&dod_dd=25&dod_yy=2012&src    Google

Web Search    #3,152    In This Oil Boomtown, Workers With No Experienc...    Peyton Manning    Game Change    Add to Wish List

HOME    BOOK TRAVEL    MANAGE TRAVEL    ELEVATE    FLYING WITH US    DEALS    SHOP    FAQS    FEES

*virgin* america

**You searched for Miami Beach, Florida**

Book Online or By Phone

Check-in: **Tuesday, April 24, 2012**  Check-out: **Wednesday, April 25, 2012**    Nights: 1  Rooms: 1  Adults per room: 2  Children per room: 0

Change Search

Sort By:    Top Picks ?    Price    Rating    Hotel Name    Area    Landmark

Change Currency ...    GO

**DELANO HOTEL**    FEATURED LISTING

★★★★★ Rating    ◔◔◔◔◔ 9 Reviews    Saved    from $403.75

1685 Collins Avenue    **Advanced Purchase - Save 15%**
Miami Beach, FL 33139 US  Map It
**Miami greater area: Miami Beach**    Virgin America
110% Best Rate Guaranteed
Designed by Philippe Starck, the Delano is located in South Beach's Art Deco District, directly on the
ocean, and approximately 12 miles from the Miami ... more

Add or View My Favorites ?    More Hotels Nearby    **SELECT**

Photos

Select > ☐  Compare Hotels  or  Map up to 5 hotels (0 of 5) ?    Click to Show Rates +

**THE SETAI**

★★★★★ Rating    ◔◔◔◔◔ 2 Reviews    Saved    from $1096.99

2001 Collins Avenue    Virgin America
Miami Beach, FL 33139 US  Map It    110% Best Rate Guaranteed
**Miami greater area: Miami Beach**
The Setai is an intimate, serene oceanfront resort in the heart of South Beach, and is approximately 12    **SELECT**
miles from Miami International Airport, two blocks ... more

Add or View My Favorites ?    More Hotels Nearby

Photos

Select > ☐  Compare Hotels  or  Map up to 5 hotels (0 of 5) ?    Click to Show Rates +

\* Currency exchange rates provided by OANDA

**Hotels in Cities Near Miami Beach**

| | | |
|---|---|---|
| North Bay Village | 4.1mi / 6.5km northwest from Miami Beach | 2 hotels |
| Miami | 4.1mi / 6.6km southwest from Miami Beach | 91 hotels |
| Surfside | 6.0mi / 9.7km northeast from Miami Beach | 1 hotel |
| Bal Harbour | 7.0mi / 11.2km northeast from Miami Beach | 5 hotels |







© 2012 Virgin America

The Setai – Miami Beach Florida Hotels – Virgin America

HOME   BOOK TRAVEL   MANAGE TRAVEL   ELEVATE   FLYING WITH US   DEALS   SHOP   FAQS   FEES

**Virgin america**

Book Online or **By Phone**
🖶 **Print**

## The Setai

< Back to Search Results

Overview   Photos   Map   Rates   Reviews

💡 **Important Hotel Information**

- Winter Music Conference (March 8 -12) and Ultra Music Fest (March 24 - 26)
- The Setai is pleased to host a series of events this March during Winter Music Conference (March 8 -12) and Ultra Music Fest (March 24 - 26). Please note the events will take place until approximately 1am each evening in The Courtyard. We appreciate your understanding of music during these special events and look forward to welcoming you to enjoy the beauty and elegance of The Setai.

**THE SETAI**

⭐⭐⭐⭐⭐ Rating   ⚪⚪⚪⚪⚪ 2 Reviews

2001 Collins Avenue
Miami Beach, FL US 33139  Map It
Miami greater area :Miami Beach

Add or View My Favorites 📋   More Hotels Nearby

Photos

Check-in: Tuesday
04/24/2012

Check-out: Wednesday
04/25/2012

Rooms:        Adults per      Children
              room:           per room:
[ 1 ⬍ ]        ( 18+)          (0-17)
              [ 2 ⬍ ]         [ 0 ⬍ ]

**UPDATE SEARCH**

More Search Options

[ Change Currency ...          ⬍ ]   **GO**

### BEST RATE GUARANTEED ROOMS

| Room Type | Tue Apr 24 | Avg Nightly Rate | |
|---|---|---|---|
| STUDIO CITY VIEW-ROOM ONLY | $ 1096.99 | $ 1096.99 | **Book Now** |
| STUDIO COURTYARD-ROOM ONLY | $ 1274.99 | $ 1274.99 | **Book Now** |
| STUDIO PARTIAL OCEAN VIEW-ROOM ONLY | $ 1353.99 | $ 1353.99 | **Book Now** |
| SUITE 1 BEDROOM-OCEAN VIEW-ROOM ONLY | $ 2578.99 | $ 2578.99 | **Book Now** |
| SUITE 2 BEDROOM-CITY VIEW-OCEAN VIEW-ROOM ONLY | $ 3062.99 | $ 3062.99 | **Book Now** |
| SUITE 2 BEDROOM-OCEAN VIEW-ROOM ONLY | $ 3707.99 | $ 3707.99 | **Book Now** |
| SUITE 2 BEDROOM-OCEANFRONT-ROOM ONLY | $ 4352.99 | $ 4352.99 | **Book Now** |

Nightly rates are based upon double occupancy and may not include Tax Recovery Charges and Service Fees unless otherwise noted.



Book Cruises | Virgin America

HOME   BOOK TRAVEL   MANAGE TRAVEL   ELEVATE   FLYING WITH US   DEALS   SHOP   FAQS   FEES

**Review Hotel Information: Step 1 of 2**

Book Online or By Phone

---

**1  Review Your Itinerary**

The Setai
2001 Collins Avenue
Miami Beach, FL 33139 US

Check-in: Tuesday, April 24, 2012
Check-out: Wednesday, April 25, 2012
Nights: 1  Rooms: 1
Adults per room: 2  Children per room:
Modify Search

**Room #1** , SUITE 2 BEDROOM-OCEANFRONT - ROOM ONLY

| | | |
|---|---|---|
| Nightly Rate Breakdown | Tuesday, April 24, 2012 | 4352.99 USD |
| Total Rate per Room | | 4352.99 USD |
| Tax Recovery Charge and Service Fees | | 1.75 USD |
| **Total** | | **4354.74 USD** |

The Setai, Miami Beach, FL
Check-in: Tuesday, April 24, 2012  Check-out: Wednesday, April 25, 2012       **Total 4354.74 USD**
Nights: 1  Rooms: 1  Adults per room: 2  Children per room:

Special Offer Code (optional)                    **UPDATE TOTAL**

---

**2  Review Policy Information**

▼ **General Policies**

- The total price includes Taxes & Fees.
- A government-issued photo ID is required.
- Changes to the name on a reservation are not permitted after the booking is completed.
- All Save Rate Hotels are prepaid at the time of booking to secure the discounted rate.
- 4354.74 USD charged to your credit card to secure this special rate. This amount includes room rate, tax recovery charges and extra person charges, if any.
- Loyalty program award points cannot be guaranteed when booking a Save Rate hotel.

▼ **Hotel Policies**

- Hotel rates are based on double occupancy unless otherwise noted. Charges for extra persons and / or children may apply and will be due directly to the hotel at the time of check-out.
- Any incidental charges will be assessed directly to you by the hotel at the time of checkout. Examples of incidentals include: parking fees, telephone call, room service, mini-bar snacks and in-room movies.
- Bed types, smoking preference, and in-room amenities are subject to hotel availability.
- Guests must be at least 18 to 21 years of age at time of check-in (depending on individual hotel policy) unless accompanied by a parent or guardian.

▼ **Cancellation and Refunds**

- Cancellations made from April 08, 2012 until April 24, 2012 will be assessed an additional 4352.99 USD fee.

By clicking "Continue with Reservation" you agree to accept the hotel policies and terms and conditions of the User Agreement

**CONTINUE WITH RESERVATION**

**1**  Review Your Itinerary

The Setai
2001 Collins Avenue
Miami Beach, FL 33139 US

Check-in: Tuesday, April 24, 2012
Check-out: Wednesday, April 25, 2012
Nights: 1  Rooms: 1
Adults per room: 2  Children per room:
Modify Search

Room #1 , SUITE 2 BEDROOM-OCEANFRONT - ROOM ONLY

| Nightly Rate Breakdown | Tuesday, April 24, 2012 | 4352.99 USD |
|---|---|---|
| Total Rate per Room | | 4352.99 USD |
| Tax Recovery Charge and Service Fees | | 1.75 USD |
| **Total** | | **4354.74 USD** |

The Setai, Miami Beach, FL
Check-in: Tuesday, April 24, 2012  Check-out: Wednesday, April 25, 2012     **Total 4354.74 USD**
Nights: 1  Rooms: 1  Adults per room: 2  Children per room:

Special Offer Code (optional)                          [ UPDATE TOTAL ]

**2**  Review Policy Information

▼ **General Policies**

- The total price includes Taxes & Fees.
- A government-issued photo ID is required.
- Changes to the name on a reservation are not permitted after the booking is completed.
- All Save Rate Hotels are prepaid at the time of booking to secure the discounted rate.
- 4354.74 USD charged to your credit card to secure this special rate. This amount includes room rate, tax recovery charges and extra person charges, if any.
- Loyalty program award points cannot be guaranteed when booking a Save Rate hotel.

▼ **Hotel Policies**

- Hotel rates are based on double occupancy unless otherwise noted. Charges for extra persons and / or children may apply and will be due directly to the hotel at the time of check-out.
- Any incidental charges will be assessed directly to you by the hotel at the time of checkout. Examples of incidentals include: parking fees, telephone call, room service, mini-bar snacks and in-room movies.
- Bed types, smoking preference, and in-room amenities are subject to hotel availability.
- Guests must be at least 18 to 21 years of age at time of check-in (depending on individual hotel policy) unless accompanied by a parent or guardian.

▼ **Cancellation and Refunds**

- **Cancellations made from April 08, 2012 until April 24, 2012 will be assessed an additional 4352.99 USD fee.**

By clicking "Continue with Reservation" you agree to accept the hotel policies and terms and conditions of the User Agreement

[ CONTINUE WITH RESERVATION ]

| Site Map | Secure Flight | Guest Service Commitment | Email Preferences | What is Elevate? |
|---|---|---|---|---|
| Contact Us | Careers | Contract of Carriage | Unsubscribe | Virgin America Credit Card |
| About Us | Corporate Travel | Int'l Contract of Carriage | Privacy Policy | Advertise Onboard |
| Press | Travel Agents | Group Travel | Travel Insurance | Corporate Responsibility |

Our Airline Partners        australia  virgin atlantic

© 2012 Virgin America



HOME    BOOK TRAVEL    MANAGE TRAVEL    ELEVATE    FLYING WITH US    DEALS    SHOP    FAQS    FEES

**virgin** america

Book Online or **By Phone**
🖶 Print

## The Setai

< Back to Search Results

Overview    Photos    Map    Rates    Reviews

### 💡 Important Hotel Information

- Winter Music Conference (March 8 -12) and Ultra Music Fest (March 24 - 26)
- The Setai is pleased to host a series of events this March during Winter Music Conference (March 8 -12) and Ultra Music Fest (March 24 - 26). Please note the events will take place until approximately 1am each evening in The Courtyard. We appreciate your understanding of music during these special events and look forward to welcoming you to enjoy the beauty and elegance of The Setai.

**THE SETAI**

★★★★★ Rating    😊😊😊😊😊 2 Reviews

2001 Collins Avenue
Miami Beach, FL US 33139 Map It
**Miami greater area :Miami Beach**

Add or View My Favorites    More Hotels Nearby

Photos

from **$1096.99** USD

**SELECT**

Check-in: Tuesday, April 24, 2012
Check-out: Wednesday, April 25, 2012
Nights: 1 Rooms: 1
Adults per room: 2
Children per room: 0
Change Search

The Setai is an intimate, serene oceanfront resort in the heart of South Beach.Its design vision artfully combines the rich architectural history of the neighborhood and its cultural diversity with the International Art Deco movement, particularly its influence in Asia. Infused with natural materials, space and light, The Setai bears the unmistakable imprint of legendary hotelier Adrian Zecha. The Art Deco landmark building was originally built between 1936 - 1938 as the famed Dempsey Vanderbilt Hotel. Next to it is our 40-story glass tower that surpasses all around it in elevation, views and design.The Setai comprises two buildings, different yet built on the same foundations of superlative service and exceptional design. The impeccable details of each guest room are exemplified by authentic jade pieces that were discovered in the antique markets of China and displayed to perfection on teak walls. Spacious. Stunning. Serene. The Setai awaits.The property offers three magnificent azure pools, each maintained at a separate temperature. From the more moderate 75-degrees, ideal for aquatic activity, to the 95-degree waters where guests prefer to linger. At the gates of the property lie the white sand and turquoise waters of South Beach. Whether you choose to spend your day by one of the three pools or at the beach in front of The Setai, the service will elevate your experience. Available by the pools or on the beach, the day-beds allow you to linger by the water in complete comfort. The full service includes towels, water, magazines and iPods for your use while you enjoy the sun. Select from a menu of light fare and refreshing beverages available from the pool-side restaurant. The beach service also includes a range of jet skis for rent. You can also enjoying refreshments in the courtyard, or in the dining pods, punctuated by water pools.The Setai charges a 20 per night Resort Fee for Portage Service, Pool and Beach Services.

### The Setai Features

- Luxury
- Resort
- All Suites
- Interior Corridor
- Pets accepted

- Fitness Center
- Swimming pool
- Wheelchair accessible
- Restaurant
- Meeting rooms

- Nonsmoking
- High-speed internet
- Hot Tub/Jacuzzi



The Setai – Miami Beach Florida Hotels – Virgin America

Book Online or **By Phone**
🖶 Print

HOME | BOOK TRAVEL | MANAGE TRAVEL | ELEVATE | FLYING WITH US | DEALS | SHOP | FAQS | FEES

virgin america

## The Setai

< Back to Search Results

Overview | Photos | Map | Rates | Reviews

### 💡 Important Hotel Information

- Winter Music Conference (March 8 -12) and Ultra Music Fest (March 24 - 26).
- The Setai is pleased to host a series of events this March during Winter Music Conference (March 8 -12) and Ultra Music Fest (March 24 - 26). Please note the events will take place until approximately 1am each evening in The Courtyard. We appreciate your understanding of music during these special events and look forward to welcoming you to enjoy the beauty and elegance of The Setai.

### THE SETAI

⭐⭐⭐⭐⭐ Rating   😊😊😊😊😊 2 Reviews

2001 Collins Avenue
Miami Beach, FL US 33139  Map It
Miami greater area :Miami Beach

Add or View My Favorites   More Hotels Nearby

Photos

from **$1096.99** USD

**SELECT**

Check-in: Tuesday, April 24, 2012
Check-out: Wednesday, April 25, 2012
Nights: 1 Rooms: 1
Adults per room: 2
Children per room: 0

Change Search

### Reviews

**WRITE A REVIEW**

**I love it ,I love it,I love it** Submitted on: 01/24/2008   😊😊😊😊😊

My best vacation !!!!. the hotel atmosphere just perfect harmony, style ,luxury . ...

+ Click to Show Review

**Excellent Experience** Submitted on: 07/19/2006   😊😊😊😊😊

The setai is one of the best hotel i ever been. the design is perfect, the persons and the attention with guest is also excellent. Iam very happy to visit ...

+ Click to Show Review

1 - 2

**WRITE A REVIEW**

Site Map
Contact Us
About Us
Press

Secure Flight
Careers
Corporate Travel
Travel Agents

Guest Service Commitment
Contract of Carriage
Int'l Contract of Carriage
Group Travel

Email Preferences
Unsubscribe
Privacy Policy
Travel Insurance

What is Elevate?
Virgin America Credit Card
Advertise Onboard
Corporate Responsibility









