1 | NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
2 | VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)
3 | AMANDA R. CONLEY (CA Bar No. 281270)
(amanda@cobaltlaw.com)
4 |
COBALT LLP
5 | 918 Parker Street, Bldg. A21
Berkeley, CA 94710
6 | Telephone: (510) 841-9800
Facsimile: (510) 295-2401
7 |
Attorneys for Plaintiff
8 | THE WAVE STUDIO, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>VIRGIN AMERICA INC., a Delaware Corporation, VIRGIN ATLANTIC AIRWAYS LIMITED, a United Kingdom Corporation, VIRGIN VACATIONS, INC., a Florida Corporation, and DOES 1-100,<br><br>Defendants. | Case No.: 3:15-cv-00952<br><br>**CERTIFICATE OF NON-PARTY INTERESTED ENTITIES**<br><br>**[Civil L.R. 3-15]** |
|---|---|

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

/ / /

/ / /

1
CERTIFICATE OF NON-PARTY INTERESTED ENTITIES

substantially affected by the outcome of this proceeding:

    Junior Lee, author of the copyrighted works at issue in this action.

DATED: March 2, 2015        COBALT LLP

By:   /s/ Vijay K. Toke_____
       Vijay K. Toke

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

CERTIFICATE OF NON-PARTY INTERESTED ENTITIES