United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE WAVE STUDIO, LLC, a New York Limited Liability Company,

    Plaintiff,

v.

VIRGIN AMERICA INC., a Delaware Corporation, et al.,

    Defendants.
_____/

No. C-15-0952 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Before the Court is plaintiff's Case Management Conference Statement, filed May 22, 2015, in which plaintiff requests the Case Management Conference, scheduled for June 5, 2015, be continued for 60 days, as no defendant has been served. Plaintiff represents therein that it expects to serve defendants within the next two weeks.[1]

Good cause appearing, the Case Management Conference is hereby CONTINUED from June 5, 2015 to August 7, 2015, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than July 31, 2015.

**IT IS SO ORDERED.**

Dated: May 28, 2015

                                MAXINE M. CHESNEY
                                United States District Judge

---

[1] The deadline to serve defendants has not passed, the complaint having been filed March 2, 2015. See Fed. R. Civ. P. 4(m) (providing, in absence of extension granted by court, deadline to serve summons and complaint is 120 days after date on which complaint is filed).