UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
The Wave Studio, LLC

                    Plaintiff,

    -against-

General Hotel Management
Ltd. et al             Defendant.
-------------------------------------------------------

Case No. 7:13-cv-09239-CS-PED

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐ I have cases pending      ☑ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Vijay K. Toke**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is CA-215079

I am,

☐ An attorney
☐ A Government Agency attorney
☑ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Hiaring Smith, LLP
                  FIRM ADDRESS: 101 Lucas Valley Rd, Suite 300, San Rafael, CA 94903
                  FIRM TELEPHONE NUMBER: 415-457-2040
                  FIRM FAX NUMBER: 415-457-2822

NEW FIRM:    FIRM NAME: Cobalt LLP
                  FIRM ADDRESS: 918 Parker St, A-21, Berkeley, CA 94710
                FIRM TELEPHONE NUMBER: 510-841-9800
                FIRM FAX NUMBER: 510-295-2401

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 04/21/17

_____
ATTORNEY'S SIGNATURE