UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

| | |
|---|---|
| THE WAVE STUDIO. LLC, | CIVIL ACTION NO.: 7:13-cv-09239-CS |
| Plaintiff, | |
| -against- | **NOTICE OF APPEARANCE** |
| GENERAL HOTEL MANAGEMENT LTD et al, | |
| Defendants. | |

-----------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Kindly enter my appearance as counsel in this case for defendant, VFM LEONARDO, INC.

I certify that I am admitted to practice in this Honorable Court.

Dated: New York, New York
October 22, 2024

                                       **CLAUSEN MILLER P.C.**

                                        */s/Josef C. Ghosn*

By: _____

                                        Josef C. Ghosn, Esq.
                                        *Attorneys for Defendant*
                                        *VFM Leonardo*
                                        28 Liberty Plaza, 39th Floor
                                        New York, New York 10005
                                        (212) 805-3900
                                        File No: 24-7287-00-6