# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC,

                    Plaintiff,

        -against-

General Hotel Management Ltd., et al.,

                    Defendants.

Case No. 7:13-cv-09239-CS-VR

**NOTICE OF APPEARANCE**

To:     The Clerk of Court and all parties of record:

        **PLEASE TAKE NOTICE** that I am admitted to practice in this Court, and I appear in this case as counsel for the Plaintiff, The Wave Studio, LLC.

Dated: February 19, 2025

*Michael Cilento*
Michael D. Cilento (Bar #: MC2221)
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Email: Michael@iLawco.com
Tel: (718) 243-9323
Fax: (718) 243-9326