# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>General Hotel Management LTD., et al.,<br><br>        Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**STIPULATION AND ORDER<br>SUBSTITUTING ATTORNEYS** |

Notice is hereby given that, subject to the approval by the Court, Plaintiff The Wave Studio, LLC, hereby substitutes Lewis & Lin LLC, by and through its attorney, Michael D. Cilento, Esq., as counsel of record in place of the law firm Robins Kaplan LLP, and its attorneys Roman M. Silberfeld, Waleed Abbasi, Gabriel Adam Berg, and Annie Huang.

Dated: February 26, 2025

*Consent of Outgoing Attorneys:*

**Robins Kaplan LLP**

_____
Roman M. Silberfeld
Waleed Abbasi
Gabriel Adam Berg
Annie Huang
1325 Avenue of the Americas
Suite 2601
New York, NY 10019
rsilberfeld@robinskaplan.com
612-349-8500
212-980-7499 (fax)

*Consent of Incoming Attorneys:*

**Lewis & Lin LLC**

_____
Michael D. Cilento, Esq
(State Bar #: 5459664)
(Bar #: MC2221)
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Michael@iLawco.com
718-243-9323
718-243-9326 (fax)

Docusign Envelope ID: 632C53EF-9BDA-4F43-927A-3A9C674E6CEF

Dated: February 27, 2025

*Consent of Plaintiff The Wave Studio, LLC:*

Signed by:
[signature]
EA9918452F8C4BF...
Lee Kar Yin, on behalf of
The Wave Studio, LLC

Dated: _____, 2025

**IT IS SO ORDERED.**

_____
Hon. Victoria Reznik
United States Magistate Judge