# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>    Plaintiff,<br><br> -against-<br><br>General Hotel Management Ltd., et al.,<br><br>    Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Virgin America Inc., Virgin Atlantic Airways Limited, and Virgin Vacations, Inc.

Dated: April 4, 2025
    Brooklyn, New York

                  Respectfully submitted,

                  **LEWIS & LIN, LLC**

                  */s/ Michael Cilento*
                  Michael D. Cilento, Esq.
                  77 Sands Street, 6th Floor
                  Brooklyn, NY 11201
                  Tel: (718) 243-9323
                  Fax: (718) 243-9326
                  Michael@iLawco.com
                  *Counsel for Plaintiff, The Wave Studio, LLC*