**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Wave Studio, LLC,<br>Plaintiff,<br>-against-<br>General Hotel Management Ltd., et al.,<br>Defendants. | Case No. 7:13-cv-09239-CS-VR<br>**NOTICE OF APPEARANCE** |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff The Wave Studio, LLC hereby notifies the Court and the parties to this action that Matthew S. Warren of the law firm Warren Kash Warren LLP, 305 Broadway, 7th Floor, New York, New York, 10007, an attorney admitted to practice in the State of New York and before this Court, appears as counsel for plaintiff The Wave Studio, LLC in this matter. Please serve all pleadings, correspondence, and other materials on Mr. Warren.

Date: September 19, 2025

Respectfully submitted,

Matthew S. Warren (Bar No. MW6275)
WARREN KASH WARREN LLP
305 Broadway, 7th Floor
New York, New York, 10007
+1 (646) 895-6440
+1 (646) 895-6996 facsimile
13-9239@cases.warrenlex.com

*Attorneys for Plaintiff The Wave Studio, LLC*